ELLIOTT J. WILLIAMS, Oregon Bar No. 144835
elliott.williams@stoel.com
BRIAN D. BOLLT, Oregon Bar No. 223576
brian.bollt@stoel.com
AUSTIN L. ZUCK, Bar No. 257130
austin.zuck@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Lynx Franchising Intellectual
Property, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LYNX FRANCHISING INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR FENCE AND CONSTRUCTION, INC., an Oregon corporation,<br><br>　　　　　Defendant. | Case No.:  3:25-cv-00150-MC<br><br>**DECLARATION OF ELLIOTT J. WILLIAMS IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

153104543.3 0084049-00001

I, Elliott J. Williams, hereby declare as follows:

1.      I am counsel of record for Plaintiff Lynx Franchising Intellectual Property, LLC, and am competent to testify to all matters contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of the September 25, 2024 complaint re Superior Fence and Construction, Inc. v. McGraw Enterprises, L.L.C. d/b/a Superior Fence and Rail of Portland Metro filed in Clackamas County, Oregon, case number 24CV46379.

3.      Attached as **Exhibit 2** is a true and correct copy of the January 14, 2026 privilege log submitted by Lynx in this matter.

4.      Attached as **Exhibit 3** are true and correct copies of the website of Superior Fence in Klamath Falls, Oregon, and business records of Superior Fence and Superior Fence LLC in Klamath Falls from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision.

5.      Attached as **Exhibit 4** are true and correct copies of business records of Superior Deck and Fence in Eugene, Oregon, from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision.

6.      Attached as **Exhibit 5** are true and correct copies of business records of Superior Fence & Deck and Superior Building Services in Hillsboro, Oregon, from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision. Superior Fence & Deck operated under Superior Building Services.

7.      Attached as **Exhibit 6** are true and correct copies of business records of Superior Concrete Fence of Texas, Inc. in Euless, Texas, from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision.

Page 1 – DECLARATION OF ELLIOTT WILLIAMS
153104543.3 0084049-00001

8.      Attached as **Exhibit 7** are true and correct copies of the business records of Superior Fencing in Medford from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision.

9.      Attached as **Exhibit 8** are true and correct copies of the website of Superior Fencing, LLC of Medford, Oregon and business records of Superior Fencing, LLC of Medford, Oregon, from the Oregon Business Registry and the Oregon Construction Contractors Board (CCB), downloaded under my supervision.

10.     Attached as **Exhibit 9** are true and correct copies of the business records of Superior Fence & Rail of Treasure Valley, LLC, from the Idaho Business Registry, downloaded under my supervision.

11.     Attached as **Exhibit 10** are true and correct copies of the business records of Superior Fence & Construction, Inc. (Idaho), from the Idaho Business Registry, downloaded under my supervision.

12.     Attached as **Exhibit 11** is a true and correct copy of excerpts from transcript of the deposition testimony taken from Greg Heath in this matter on March 17, 2026

13.     Attached as **Exhibit 12** are true and correct copies of the business records of other fencing companies using the phrase "Superior Fence" in Idaho: "Superior Fence and Supply" since 2023, "Superior Fence Solutions" since 2022, and "Superior Fence" since 2007, from the Idaho Business Registry, downloaded under my supervision.

14.     Superior Fence and Construction allowed its Washington business registration to lapse and did not renew until 2025 during the course of this litigation. Attached as **Exhibit 13** are true and correct copies of the business records of Superior Fence and Construction, from the Washington Business Registry, downloaded under my supervision.

Page 2 – DECLARATION OF ELLIOTT WILLIAMS
153104543.3 0084049-00001

15.     Attached as **Exhibit 14** are true and correct copies of the business records of other fencing companies using the phrase "Superior Fence" in Washington: "Superior Fence & Dirt Worx Inc." in 2023, "Superior Fence Inc." in 2023, and "Superior Fence and Gate Co." from 2008 to 2019.

16.     Attached as **Exhibit 15** is a true and correct copy of Superior Fence and Rail of Portland Metro's Application for Registration filed with the Oregon Secretary of State on July 6, 2023, and marked as exhibit 7 to the deposition of Brett McGraw taken on February 3, 2026.

17.     Attached as **Exhibit 16** are true and correct copies of Superior Fence and Construction advertisements from The Yellow Pages dated 2005 and 2010, produced in this case by Superior Fence and Construction as SUPERIOR_FENCE-00000065 and SUPERIOR_FENCE-00000090.

18.     Attached as **Exhibit 17** are true and correct copies of The Yellow Pages advertisements marked as exhibit 3 during the deposition of Greg Heath taken on March 17, 2026.

19.     Attached as **Exhibit 18** are true and correct copies of the applications to registration "Superior Fence & Construction" as an Oregon trademark marked as deposition exhibits 16 and 17 during the deposition of Greg Heath taken on March 17, 2026.

20.     Attached as **Exhibit 19** is a true and correct copy of a spreadsheet titled "Superior Brand Defense Search keyword report" marked as exhibit 13 to the deposition of David Resk taken on March 13, 2026.

21.     Attached as **Exhibit 20** is a true and correct copy of the webpage https://www.superiorfence.com/superior-fence-and-rail/ marked as exhibit 18 to the deposition of David Resk taken on March 13, 2026.

22.     Attached as **Exhibit 21** is true and correct copy of excerpts from the transcript of the deposition testimony taken from David Resk in this matter on March 13, 2026.

23.     Attached as **Exhibit 22** is a true and correct copy of an email from Greg Heath to Karen Bunn re New Submission from Contact Superior Fence With Our Online Form, dated March 9, 2026, marked as exhibit 30 to the deposition of Greg Heath taken on March 18, 2026.

24.     Attached as **Exhibit 23** is a true and correct copy of a webpage of Google search results dated January 29, 2026, marked as exhibit 3 to the deposition of David Resk taken on March 13, 2026.

25.     Attached as **Exhibit 24** is a true and correct copy of a spreadsheet titled "Superior Brand Defense Ad Report" marked as exhibit 14 to the deposition of David Resk taken on March 13, 2026.

26.     Attached as **Exhibit 25** is a true and correct copy of the excerpts from the transcript of the deposition testimony taken from Karen Bunn in this matter on March 18, 2026.

I declare under penalty of perjury that the foregoing is true.

DATED this 3rd day of June, 2026, at Portland, Oregon.

STOEL RIVES LLP

*Elliott Williams*

ELLIOTT J. WILLIAMS, Bar No. 144835
elliott.williams@stoel.com
Telephone:  503.224.3380

*Attorneys for Plaintiff Lynx Franchising
Intellectual Property, LLC*