IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | | |
|---|---|---|
| SUPERIOR FENCE AND CONSTRUCTION, INC., an Oregon Corporation, | ) ) ) | Case No. |
| | ) | COMPLAINT |
| | ) | (Unfair Competition; Dilution of |
| Plaintiff | ) | Trade Name) |
| v. | ) | |
| | ) | (Filing Fee Established by |
| MCGRAW ENTERPRISES, L.L.C., an | ) | ORS 21.135 (1), (2(a)) Claim |
| Oregon Limited Liability Company | ) | Not Subject to Mandatory |
| DBA SUPERIOR FENCE AND RAIL OF | ) | Arbitration |
| PORTLAND METRO, | | |
| | | |
| Defendant | | |

PLAINTIFF alleges:

FIRST CLAIM FOR RELIEF
(Unfair Competition)

1.

At all times material herein, Plaintiff is an Oregon corporation duly registered to conduct business in the State of Oregon.

2.

At all times material herein, Defendant is an Oregon Limited Liability Company doing business as Superior Fence and Rail of Portland Metro.

3.

Plaintiff was incorporated in Oregon on November 20, 1990, has been active and providing residential and commercial fencing sales, service, installation, and construction ever since, and has expended substantial sums in advertising and marketing its services under its registered name "Superior Fence and Construction Inc".

Page

1- COMPLAINT – UNFAIR COMPETITION; DILUTION OF TRADE NAME

BRADLEY C. BLYTH
Attorney at Law
4800 SW Meadows Rd., Suite 300
Lake Oswego, Oregon 97035
Telephone: (503) 641-9000

Exhibit 1
Page 1 of 4

5.

Through Plaintiff's long and continuous use  of the name "Superior Fence and Construction, Inc.", its advertising and marketing, and its quality of service, Plaintiff's business has become synonymous with the name "Superior Fence" and that term has acquired secondary meaning and special significance to the public so that a substantial number of present or prospective customers of its business understand the designation  as referring to Plaintiff's business.  As such, Plaintiff has established a protectable common law trademark rights in the phrase "Superior Fence".

6.

Defendant filed its application for use of the assumed business name "Superior Fence and Rail of Portland Metro" on July 6, 2023, and has marketed its fencing services under that name ever since.

7.

Defendant's assumed business name and use of the words "Superior Fence" in connection with the provision of fencing sales, service, installation, and construction is sufficiently similar to Plaintiff's name so as to cause confusion in the minds of present and potential customers of Plaintiff and constitutes an infringement and misappropriation of Plaintiff's common law right in the name "Superior Fence".

8.

Defendant's acts of infringement and misappropriation may cause,  have caused, and are causing, confusion to the public, including past, present, and future customers, and great and irreparable harm and damages to Plaintiff, Plaintiff's goodwill, and rights to usage of the term "Superior Fence".

Page

2- COMPLAINT – UNFAIR COMPETITION; DILUTION OF TRADE NAME

BRADLEY C. BLYTH
Attorney at Law
4800 SW Meadows Rd., Suite 300
Lake Oswego, Oregon 97035
Telephone: (503) 641-9000

Exhibit 1
Page 2 of 4

9.

On July 23, 2024, Plaintiff, through legal counsel, advised Defendant of its infringement and demanded Defendant cease and desist using the term "Superior Fence" in connection with the provision of fencing services. Despite said demand, Defendant continues to use the term. As such, Defendant's misappropriation of the term and name is willful and in gross disregard of Plaintiff's rights.

FOR A SECOND CLAIM FOR RELIEF, PLAINTIFF alleges:

SECOND CLAIM FOR RELIEF

(Dilution of Trade Name)

10.

Plaintiff incorporates by reference and realleges Paragraphs 1 through 9 of Plaintiff's First Claim for Relief.

10.

The use by Plaintiff of the trade name "Superior Fence and Construction, Inc." and the phrase "Superior Fence" in connection with its services has made the phrase famous and distinctive in that the general consuming public of this state and/or the Tri-County area of Multnomah, Washington, and Clackamas widely recognizes the name, phrase, and mark as a designation of Plaintiff's goods and services.

12.

Defendant's use of its assumed business name and the words "Superior Fence" in connection with its business and services is likely to cause dilution of Plaintiff's name and mark.

Page

3- COMPLAINT – UNFAIR COMPETITION; DILUTION OF TRADE NAME

BRADLEY C. BLYTH
Attorney at Law
4800 SW Meadows Rd., Suite 300
Lake Oswego, Oregon 97035
Telephone: (503) 641-9000

Exhibit 1
Page 3 of 4

WHEREFORE, Plaintiff prays for the following relief on both claims:

1.    A permanent injunction enjoining Defendant from using the business name "Superior Fence and Rail of Portland" in the Tri-County area consisting of Multnomah, Clackamas, and Washington counties;

2.    A permanent injunction enjoining Defendant from using the words or terms "Superior" or "Superior Fence" in the marketing or provision of fencing services in the Tri-County area consisting of Multnomah, Clackamas, and Washington counties

3.    For such other and further relief as the court deems just and proper.


DATED: September 25, 2024                 /s/ Bradley C. Blyth
                                          Bradley C. Blyth, OSB 841798
                                          Attorney for Plaintiff
                                          4800 SW Meadows Rd., Suite 300
                                          Lake Oswego, Or 97035
                                          Phone:  503-641-9000
                                          Facsimile:  503-534-3539
                                          Email:  law@bblyth.com

Page

4- COMPLAINT – UNFAIR COMPETITION; DILUTION OF TRADE NAME

BRADLEY C. BLYTH
Attorney at Law
4800 SW Meadows Rd., Suite 300
Lake Oswego, Oregon 97035
Telephone: (503) 641-9000

Exhibit 1
Page 4 of 4

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_001 | REV00018501 | 10/2/2024 20:33 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5726U.000019 EMPOWER BRANDS Serial Number 98782585: USPTO Received Your Trademark/Service Mark Application, Principal Register | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_002 | REV00018479 | 10/4/2024 20:38 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | RE: [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal. The renewal needs to be filed prior to October 7, 2024 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_003 | REV00018480 | 10/4/2024 20:38 | | | | 5952U.000007 CONSERVA IRRIGATION 8 and 9 Declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_004 | REV00018506 | 10/7/2024 17:52 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000004 ARCHADECK is due for its required USPTO 10-year renewal. The deadline for filing is due prior to April 2, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_005 | REV00018507 | 10/7/2024 17:52 | | | | 5952U.000004 ARCHADECK 8 and 9 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_006 | REV00018502 | 10/7/2024 19:36 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5726U.020 - TM - JUNK JUNK BABY | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_007 | REV00018503 | 10/7/2024 19:36 | | | | JUNK JUNK BABY Notice of Acceptance.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_008 | REV00018490 | 10/8/2024 15:15 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Shawn Martin <shawn.martin@empowerfranchising.com> | | FW: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_009 | REV00018491 | 10/8/2024 15:15 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_010 | REV00018488 | 10/8/2024 17:53 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_011 | REV00018489 | 10/8/2024 17:53 | | | | 2024-10-08 10-23 summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_012 | REV00018499 | 10/8/2024 22:14 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 4201U.000018 JAN JPS PRO logo is due for its required USPTO 6 year renewal. The renewal must be filed prior to December 11, 2024 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_013 | REV00018500 | 10/8/2024 22:14 | | | | 4201U.000018 JAN JPS PRO 8 and 15 declaration .docx | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_014 | REV00018486 | 10/10/2024 17:27 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com>; Chris Johnson <chris@superiorfenceandrail.com> | | Fwd: [External] Name use dispute | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_015 | REV00018487 | 10/10/2024 17:27 | | | | SFR notice.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_016 | REV00018472 | 10/10/2024 18:10 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | Emails from the firm and Empower matters | Email | Privileged - Withhold Entirely | Attorney Client |

Exhibit 2
Page 1 of 4

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_017 | REV00018496 | 10/11/2024 12:05 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_018 | REV00018509 | 10/11/2024 16:03 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_019 | REV00018510 | 10/11/2024 16:03 | | | | 5952U.000007 CONSERVA IRRIGATION 8 and 9 Declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_020 | REV00018504 | 10/11/2024 21:24 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.0000017 ARCHADECK OUTDOOR LIVING Logo Re-file in Black and White | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_021 | REV00018505 | 10/11/2024 21:24 | | | | 5952u.017 ArchadeckAU TM Application.docx | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_022 | REV00018512 | 10/14/2024 20:40 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com>; MariJo Reep <mreep@mchaleslavin.com> | [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Section 15 Declaration for Incontestability for signature | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_023 | REV00018513 | 10/14/2024 20:40 | | | | 5952U.000010 SUPERIOR FENCE & RAIL, INC. section 15 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_024 | REV00018481 | 10/14/2024 21:22 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com>; MariJo Reep <mreep@mchaleslavin.com> | RE: [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Section 15 Declaration for Incontestability for signature | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_025 | REV00018482 | 10/14/2024 21:22 | | | | 20241014172327429 Declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_026 | REV00018477 | 10/14/2024 21:35 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | RE: [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_027 | REV00018478 | 10/14/2024 21:35 | | | | 20241014172301145 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_028 | REV00018511 | 10/14/2024 22:13 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Registration Number 3873318: Received Your Declaration of Incontestability of a Mark under Section 15 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_029 | REV00018508 | 10/15/2024 14:16 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000007 CONSERVA IRRIGATION Registration Number 4616372:USPTO Received Your Combined Declaration of Use and Renewal under Sections 8 & 9 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_030 | REV00018514 | 10/16/2024 22:26 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_031 | REV00018473 | 10/17/2024 20:52 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | FW: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_032 | REV00018474 | 10/17/2024 20:52 | | | | 7677.001 - Response ltr with Attachments 9-3-2024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |

2

Exhibit 2
Page 2 of 4

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_033 | REV00018475 | 10/17/2024 20:52 | | | | ADL Ltr to Rouse 07242024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_034 | REV00018476 | 10/17/2024 20:52 | | | | ADL Ltr to Rouse 10182024 v2.docx | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_035 | REV00018484 | 10/21/2024 20:15 | Andrew Lockton <alockton@mchaleslavin.com> | Ben Benson <bbenson@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | RE: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_036 | REV00018485 | 10/21/2024 20:15 | | | | ADL Ltr to Rouse 10212024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_037 | REV00018483 | 10/21/2024 21:47 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | RE: [External] Routine Trademark Matters | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_038 | REV00018492 | 10/22/2024 15:00 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Ben Benson <bbenson@empowerfranchising.com> | | FW: [External] Superior Fence action [SR-ACTIVE.FID5963889] | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_039 | REV00018493 | 10/22/2024 15:00 | | | | 2023_Superior_Fence_Franchise_Agreement_(50303768.2)_-_McGraw_&_Bloemer_-_1.docx.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_040 | REV00018494 | 10/22/2024 15:00 | | | | SFR notice.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_041 | REV00018495 | 10/22/2024 15:00 | | | | 2024-10-08 10-23 Summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_042 | REV00018497 | 10/28/2024 15:17 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP is due for its required USPTO 10 year. The filing deadline is due prior to December 2, 2024. | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_043 | REV00018498 | 10/28/2024 15:17 | | | | 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP 8 and 9 declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_044 | REV00018465 | | | | | Draft 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP 8 and 9 declaration .pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_045 | REV00018466 | | | | | Draft 4201U.000018 JAN JPS PRO 8 and 15 declaration .docx | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_046 | REV00018467 | | | | | Draft 5952U.000004 ARCHADECK 8 and 9 declaration.pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_047 | REV00018468 | | | | | Draft 5952U.000007 CONSERVA IRRIGATION 8 and 9 Dec .pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_048 | REV00018469 | | | | | Draft 5952U.000010 SUPERIOR FENCE & RAIL, INC. section 15 declaration.pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_049 | REV00018470 | | | | | Draft 5952u.017 ArchadeckAU TM Application.docx | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_050 | | 10/11/2024 11:25 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | | [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_051 | | 10/21/2024 13:47 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | RE: [External] Routine Trademark Matters | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_052 | | 10/17/2024 14:03 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | RE: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_053 | | 10/8/2024 7:52 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_054 | | 10/8/2024 7:52 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_055 | | 10/8/2024 6:19 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_056 | | 10/8/2024 6:19 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |

3

Exhibit 2
Page 3 of 4

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_057 | | 10/8/2024 10:53 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_058 | | 10/8/2024 10:53 | | | | 2024-10-08 10-23 summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_059 | | 10/17/2024 14:09 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_060 | | 10/8/2024 8:33 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |

Exhibit 2
Page 4 of 4

10/25/24, 10:56 AM                          State of Oregon: Construction Contractors Board - Search



## BUSINESS DETAIL

Licensee : **RICHARD W GRAHAM**                 Address : 6930 AIRWAY DR KLAMATH FALLS OR 97603-9404

License No. : 36257                             License Status: Not Active - Expired

Date First Licensed : 3/23/1981                 Expiration Date: 3/23/2008

Entity Type : Sole Proprietor                   Phone : (541) 882-6944

Endorsement Type :
      General Contractor/All

Workers' Compensation/Independent Contractor Status : Nonexempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | None | None |
| Personal Election | None | None |

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | None | None | None |

## ASSOCIATED INDIVIDUALS

None

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

SUPERIOR FENCE

Click here to see past assumed business names.

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/business_details.aspx                                    1/1

LYNX_00000129
Exhibit 3
Page 1 of 34

10/25/24, 11:58 AM                                     State of Oregon: Construction Contractors Board - Search



## Contractor License Search

| | Search |

### Search results for "superior fence" (6 Records)

| License # | Name | License Status | Address |
|---|---|---|---|
| 246379 | MCGRAW ENTERPRISES LLC DBA SUPERIOR FENCE AND RAIL | Active | 12086 TOLSTRUP DR OREGON CITY OR 97045 |
| 36257 | SUPERIOR FENCE | Not Active - Expired | 6930 AIRWAY DR KLAMATH FALLS OR 97603-9404 |
| 70422 | SUPERIOR FENCE AND CONSTRUCTION INC | Active | 10001 SE POWELL BLVD PORTLAND OR 97266-1810 |
| 246379 | SUPERIOR FENCE AND RAIL OF PORTLAND METRO | Active | 12086 TOLSTRUP DR OREGON CITY OR 97045 |
| 35647 | SUPERIOR FENCE CO | Not Active - Expired after a lapse | 3787 GLENDALE ST SE ALBANY OR 97321-7630 |
| 181369 | SUPERIOR FENCE LLC | Active | 3580 SHASTA WAY SUITE F KLAMATH FALLS OR 97603 |
| Page 1 of 1 | | | |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board



https://search.ccb.state.or.us/search/list_results.aspx                                                          1/1

LYNX_00000130
Exhibit 3
Page 2 of 34

10/25/24, 10:31 AM                        State of Oregon: Construction Contractors Board - Search



## CCB License Summary:

# RICHARD W GRAHAM

### About this Business

| | |
|---|---|
| License #: | 36257 (See also : 181369 ) |
| Status: | Not Active - Expired |
| First Licensed: | 3/23/1981 |

Learn more about this business

### Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⓘ | $0.00 |
| Unpaid Civil Penalties ⓘ | $0.00 |

### Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | No |

### Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | No |

### Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | No |

### Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/search_result.aspx                                                1/1

LYNX_00000131
Exhibit 3
Page 3 of 34

10/25/24, 10:56 AM                              State of Oregon: Construction Contractors Board - Search



| PAST ASSUMED BUSINESS NAMES(S) |
| --- |
| SUPERIOR ENTERPRISES |

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/past_dbanames.aspx                                          1/1

LYNX_00000132
Exhibit 3
Page 4 of 34

10/24/24, 2:02 PM                    Business Registry Business Name Search

# Business Registry Business Name Search

New Search                    ## Business Entity Data                    **10-24-2024**
                                                                            **14:02**

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 690668-85 | ABN | INA | | 05-12-1999 | | |

| | |
|---|---|
| **Entity Name** | SUPERIOR FENCE |
| **Foreign Name** | |
| **Affidavit?** | N |

New Search                    ## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 6930 AIRWAY DR | | | |
| **Addr 2** | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | **Country** | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this
business.

| Type | REP | AUTHORIZED REPRESENTATIVE | **Start Date** | 05-12-1999 | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | RICHARD | W | GRAHAM | | | |
| **Addr 1** | 6930 AIRWAY DR | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | | **Country** | UNITED STATES OF AMERICA | |

| Type | REG | REGISTRANT | | |
|---|---|---|---|---|
| **Of Record** | 347464-95 | SUPERIOR FENCE LLC | | |
| **Addr 1** | | | | |
| **Addr 2** | | | | |
| **CSZ** | | | **Country** | |

New Search                    ## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR FENCE | EN | CUR | 05-12-1999 | |

## Please read before ordering Copies.

LYNX_00000133
Exhibit 3
Page 5 of 34

Business Registry Business Name Search

## Summary History

New Search

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | FAILURE TO RENEW | 05-13-2017 | | SYS | | |
| | RENEWAL OF REGISTRATION | 05-01-2015 | | FI | | |
| | RENEWAL PAYMENT | 04-18-2013 | | SYS | | |
| | RENEWAL PAYMENT | 05-09-2011 | | SYS | | |
| | RENEWAL PAYMENT | 04-14-2009 | | SYS | | |
| | RENEWAL PAYMENT | 04-13-2007 | | SYS | | |
| | AMENDMENT OF REGISTRATION | 03-24-2006 | | FI | | |
| | RENEWAL PAYMENT | 04-15-2005 | | SYS | | |
| | RENEWAL OF REGISTRATION | 04-25-2003 | | FI | | |
| | RENEWAL PAYMENT | 04-18-2001 | | SYS | | |
| | NEW FILING | 05-12-1999 | | FI | | |

| New Search | Counties | |
|---|---|---|
| | **Counties Filed** | |
| | Douglas, Jackson, Josephine, Klamath, Lake, Lane | |
| | | |
| | **Counties Not Filed   (but not necessarily available)** | |
| | Baker, Benton, Clackamas, Clatsop, Columbia, Coos, Crook, Curry, Deschutes, Gilliam, Grant, Harney, Hood River, Jefferson, Lincoln, Linn, Malheur, Marion, Morrow, Multnomah, Polk, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Washington, Wheeler, Yamhill | |
| | | |

© 2024  Oregon Secretary of State.  All Rights Reserved.

LYNX_00000134
Exhibit 3
Page 6 of 34

10/25/24, 10:53 AM                          State of Oregon: Construction Contractors Board - Search



## BUSINESS DETAIL

Licensee : **SUPERIOR FENCE LLC**                    Address : 3580 SHASTA WAY SUITE F KLAMATH FALLS OR 97603

License No. : 181369                                 License Status: Active

Date First Licensed : 4/3/2008                       Expiration Date: 4/3/2026

Entity Type : Limited Liability Company              Phone : (541) 882-6944

Endorsement Type :
        Commercial General Contractor Level 2
        Residential General Contractor

Workers' Compensation/Independent Contractor Status : Nonexempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | SAIF | 412732 |
| Personal Election | None | None |

*The CCB does not receive automatic notification of changes to workers' compensation coverage status. Current Oregon coverage status can be confirmed through the Oregon Workers' Compensation Division.*

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| CINCINNATI INSURANCE COMPANY (THE) | $1,000,000.00 | 1/6/2025 |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | OHIO CASUALTY INS CO | $25,000.00 | Continuous until cancelled |
| Commercial | OHIO CASUALTY INS CO | $25,000.00 | Continuous until cancelled |

**PUBLIC WORKS BOND INFORMATION** (History)

| Company | Effective Dates |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY | 06/26/2012 - (UNTIL CANCELLED) |

| Exemption | Expiration Date |
|---|---|
| N/A | |

## ASSOCIATED INDIVIDUALS

| | |
|---|---|
| Member (Limited Liability Company) | GRAHAM, DANIEL W |
| Member (Limited Liability Company) | GRAHAM, LINDA D |
| Member (Limited Liability Company) | GRAHAM, RICHARD W |
| RMI Owner | GRAHAM, DANIEL W |

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

None

Click here to see past assumed business names.

BACK

Privacy - Terms

LYNX_00000213
Exhibit 3
Page 7 of 34

LYNX_00000214
Exhibit 3
Page 8 of 34

10/25/24, 10:52 AM                                          State of Oregon: Construction Contractors Board - Search



# Contractor License Search

|                      |  Search  |

### Search results for "Superior Fence LLC" (1 Records)

| License # | Name | License Status | Address |
|-----------|------|----------------|---------|
| 181369 | SUPERIOR FENCE LLC | Active | 3580 SHASTA WAY SUITE F KLAMATH FALLS OR 97603 |

Page 1 of 1

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

LYNX_00000215

Exhibit 3
Page 9 of 34

10/25/24, 3:18 PM                     State of Oregon: Construction Contractors Board - Search



| PAST ASSOCIATED INDIVIDUAL(S) | |
|---|---|
| Previous Name | GRAHAM, RICHARD W |

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/past_associates.aspx                                    1/1

LYNX_00000216
Exhibit 3
Page 10 of 34

10/25/24, 10:53 AM                                    State of Oregon: Construction Contractors Board - Search



| PAST ASSUMED BUSINESS NAMES(S) |
|---|
| SUPERIOR FENCE |

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/past_dbanames.aspx                                                    1/1

LYNX_00000217
Exhibit 3
Page 11 of 34

10/25/24, 10:52 AM                    State of Oregon: Construction Contractors Board - Search



**CCB License Summary:**

# SUPERIOR FENCE LLC

## About this Business

| | |
|---|---|
| License #: | 181369 (See also : 36257 ) |
| Status: | Active |
| First Licensed: | 4/3/2008 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | **No** |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | **No** |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | **Yes** |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/search_result.aspx                    1/1

Privacy - Terms

LYNX_00000218
Exhibit 3
Page 12 of 34



**Corporation/Limited Liability Company - Information Change**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - http://www.FilingInOregon.com - Phone: (503) 986-2200
Please Type or Print Legibly in **Black** ink. Attach Additional Sheet if Necessary.                  Fax:    (503) 378-4381

FILED

MAY 04 2016

OREGON
SECRETARY OF STATE

Print Form

Reset Form

For office use only

**REGISTRY NUMBER:** 347464-95

**ENTITY TYPE:** ⊙ DOMESTIC  ○ FOREIGN

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

### 1. NAME OF CORPORATION OR LIMITED LIABILITY COMPANY:

Superior Fence LLC

**Complete only the sections that you are updating.**

### 2. BUSINESS ACTIVITY

### 3. PRINCIPAL PLACE OF BUSINESS: (Street Address)

3580 Shasta Way, Suite F

Klamath Falls, OR 97603

### 4. THE REGISTERED AGENT HAS BEEN CHANGED TO:

### 5. REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:
Must be an Oregon Street Address, which is identical to the
registered agent's office.

### 6. ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:

3580 Shasta Way, Suite F

Klamath Falls, OR 97603

### 7. THE NEW REGISTERED AGENT HAS CONSENTED TO THIS APPOINTMENT.

### 8. THE STREET ADDRESS OF THE NEW REGISTERED OFFICE AND THE BUSINESS ADDRESS OF THE REGISTERED AGENT ARE IDENTICAL.

The entity has been notified in writing of this change.

### NAME(S) AND ADDRESS(ES) OF CORPORATE OFFICERS OR LLC MEMBERS/MANAGERS

Corporations list the name and address of the President and Secretary (ORS 60.787, ORS 65.787, ORS 62.455, ORS 554.315).
Limited Liability Companies list the name and addresses of the managers for a manager-managed limited liability company or the name and
address of at least one member for a member-managed limited liability company (ORS 63.787).

### 9. PRESIDENT OR OWNER(S) (MEMBERS): (Names and Addresses)

### 10. SECRETARY OR MANAGER(S): (Names and Addresses)

### 11. EXECUTION: By my signature, I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

**SIGNATURE:**

**PRINTED NAME:**

Daniel Graham

**TITLE:**

Manager

**CONTACT NAME:** (To resolve questions with this filing)

Clint Fanning

**PHONE NUMBER:** (Include area code)

541-810-8869

Information Change (11/15)

SUPERIOR FENCE LLC

3474695-16988612      AAR

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 23, 2018
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

RICHARD W GRAHAM

3580 SHASTA WAY
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

LINDA P GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**MANAGER**

RICHARD W GRAHAM

3580 SHASTA WAY
KLAMATH FALLS OR 97603 USA

LYNX_00000220
Exhibit 3
Page 14 of 34



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY SHULTS

**TITLE**

OFFICE MANAGER

**DATE SIGNED**

02-23-2018

LYNX_00000221
Exhibit 3
Page 15 of 34

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 14, 2019
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

RICHARD W GRAHAM

3580 SHASTA WAY
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

LINDA P GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**MANAGER**

RICHARD W GRAHAM

3580 SHASTA WAY
KLAMATH FALLS OR 97603 USA

LYNX_00000222
Exhibit 3
Page 16 of 34

 Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY SHULTS

**TITLE**

OFFICE MANAGER

**DATE SIGNED**

02-14-2019

LYNX_00000223
Exhibit 3
Page 17 of 34

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 18, 2020
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

RICHARD W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

LINDA D GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**MANAGER**

RICHARD W GRAHAM

3580 SHASTA WAY
KLAMATH FALLS OR 97603 USA

Page 1

LYNX_00000224
Exhibit 3
Page 18 of 34



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

---

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY SHULTS

**TITLE**

OFFICE MANAGER

**DATE SIGNED**

02-17-2020

LYNX_00000225
Exhibit 3
Page 19 of 34

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Mar 23, 2021
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

RICHARD W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

LINDA D GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**MANAGER**

DANIEL W GRAHAM

3580 SHASTA WAY STE P
KLAMATH FALLS OR 97603 USA

LYNX_00000226
Exhibit 3
Page 20 of 34



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY SHULTS

**TITLE**

OFFICE MANAGER

**DATE SIGNED**

03-23-2021

LYNX_00000227
Exhibit 3
Page 21 of 34

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Mar 25, 2022
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

DANIEL W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**

TRACY SHULTS

3580 SHASTA WAY
STE F
KLAMATH FALLS OR 97603 USA

LYNX_00000228
Exhibit 3
Page 22 of 34

 Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.
**ELECTRONIC SIGNATURE**

**NAME**

TRACY L SHULTS

**TITLE**

OFFICE MANAGER

**DATE**

03-24-2022

LYNX_00000229
Exhibit 3
Page 23 of 34

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 17, 2023
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

DANIEL W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**

TRACY SHULTS

3580 SHASTA WAY
STE F
KLAMATH FALLS OR 97603 USA

LYNX_00000230
Exhibit 3
Page 24 of 34



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY L SHULTS

**TITLE**

OFFICE MANAGER

**DATE**

02-17-2023

LYNX_00000231
Exhibit 3
Page 25 of 34

# AMENDED ANNUAL REPORT



**Corporation Division**
sos.oregon.gov/business

**E-FILED**
Feb 06, 2024
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

DANIEL W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**

TRACY SHULTS

3580 SHASTA WAY
STE F
KLAMATH FALLS OR 97603 USA

Page 1

LYNX_00000232
Exhibit 3
Page 26 of 34



Corporation Division

[sos.oregon.gov/business](http://sos.oregon.gov/business)

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TRACY L SHULTS

**TITLE**

OFFICE MANAGER

**DATE**

02-06-2024

LYNX_00000233
Exhibit 3
Page 27 of 34

# INFORMATION CHANGE



Corporation Division
sos.oregon.gov/business

**E-FILED**
Feb 21, 2024
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

34746495

**REGISTRATION DATE**

03/24/2006

**BUSINESS NAME**

SUPERIOR FENCE LLC

**BUSINESS ACTIVITY**

FENCE CONTRACTOR

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**JURISDICTION**

OREGON

**MAILING ADDRESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**PRIMARY PLACE OF BUSINESS**

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

**REGISTERED AGENT**

DANIEL W GRAHAM

3580 SHASTA WAY STE F
KLAMATH FALLS OR 97603 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

DANIEL W GRAHAM

3580 SHASTA WAY
STE F
KLAMATH FALLS OR 97603 USA

LYNX_00000234
Exhibit 3
Page 28 of 34

 Corporation Division

sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

DANIEL W. GRAHAM

**TITLE**

AUTHORIZED AGENT

**DATE**

02-21-2024

LYNX_00000235
Exhibit 3
Page 29 of 34

Business Registry Business Name Search

# Business Registry Business Name Search

| New Search | Business Entity Data | | | | 10-24-2024 15:14 |
|---|---|---|---|---|---|

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 347464-95 | DLLC | ACT | OREGON | 03-24-2006 | 03-24-2025 | |
| **Entity Name** | SUPERIOR FENCE LLC | | | | | |
| **Foreign Name** | | | | | | |

| New Search | | Associated Names | | |
|---|---|---|---|---|

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 3580 SHASTA WAY STE F | | | |
| **Addr 2** | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | **Country** | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | **Start Date** | 03-25-2022 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Name** | DANIEL | W | GRAHAM | | | | |
| **Addr 1** | 3580 SHASTA WAY STE F | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | | **Country** | UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Addr 1** | 3580 SHASTA WAY STE F | | | |
| **Addr 2** | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | **Country** | UNITED STATES OF AMERICA |

| Type | MEM | MEMBER | | **Resign Date** | |
|---|---|---|---|---|---|
| **Name** | DANIEL | W | GRAHAM | | |
| **Addr 1** | 3580 SHASTA WAY | | | | |
| **Addr 2** | STE F | | | | |
| **CSZ** | KLAMATH FALLS | OR 97603 | | **Country** | UNITED STATES OF AMERICA |

| New Search | Name History | | | | |
|---|---|---|---|---|---|

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR FENCE LLC | EN | CUR | 03-24-2006 | |

LYNX_00000236
Exhibit 3
Page 30 of 34

10/24/24, 3:14 PM                                    Business Registry Business Name Search

## Please read before ordering Copies.

New Search                          Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| ⬤ | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 02-21-2024 | | FI | | |
| ⬤ | AMENDED ANNUAL REPORT | 02-06-2024 | | FI | | |
| ⬤ | AMENDED ANNUAL REPORT | 02-17-2023 | | FI | | |
| ⬤ | AMENDED ANNUAL REPORT | 03-25-2022 | | FI | Agent | |
| ⬤ | AMENDED ANNUAL REPORT | 03-23-2021 | | FI | Agent | |
| ⬤ | AMENDED ANNUAL REPORT | 02-18-2020 | | FI | | |
| ⬤ | AMENDED ANNUAL REPORT | 02-14-2019 | | FI | | |
| ⬤ | AMENDED ANNUAL REPORT | 02-23-2018 | | FI | | |
| | ANNUAL REPORT | 03-17-2017 | | FI | | |
| ⬤ | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 05-04-2016 | | FI | | |
| | ANNUAL REPORT PAYMENT | 03-22-2016 | | SYS | | |
| | ANNUAL REPORT | 02-26-2015 | | FI | | |
| | ANNUAL REPORT PAYMENT | 03-24-2014 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-28-2013 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-27-2012 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-22-2011 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-26-2010 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-13-2009 | 02-12-2009 | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-22-2008 | | SYS | | |
| | AMENDED ANNUAL REPORT | 03-05-2007 | | FI | | |
| | ARTICLES OF ORGANIZATION | 03-24-2006 | | FI | Agent | |

© 2024  Oregon Secretary of State.  All Rights Reserved.

LYNX_00000237
Exhibit 3
Page 31 of 34

## 🔒 PageVault

| | |
|---|---|
| Document title: | Superior Fence - Fencing in Klamath Falls - Dorris, California |
| Capture URL: | http://www.88fence.com/ |
| Page loaded at (UTC): | Fri, 11 Jul 2025 13:28:21 GMT |
| Capture timestamp (UTC): | Fri, 11 Jul 2025 13:29:20 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | t1MkeJuV8oMCBqAaTx3VPP |
| Display Name: | hayley.hoff |

PDF REFERENCE #:    fuvawAyQqSHAiX1x1miBbJ



Document title: Superior Fence - Fencing in Klamath Falls - Dorris, California
Capture URL: http://www.88fence.com/
Capture timestamp (UTC): Fri, 11 Jul 2025 13:29:20 GMT



Document title: Superior Fence - Fencing in Klamath Falls - Dorris, California
Capture URL: http://www.88fence.com/
Capture timestamp (UTC): Fri, 11 Jul 2025 13:29:20 GMT

Page 2 of 2

LYNX_00000270
Exhibit 3
Page 34 of 34

10/25/24, 11:57 AM                                    State of Oregon: Construction Contractors Board - Search



## Complaints (Claims) History — Last 10 Years

### ROBERT MICHAEL SWEENEY

### License Number: 219682

| CCB Dispute # | Type of Dispute | Open Date | Close Date | Structure | Work Type |
|---|---|---|---|---|---|
| 219682-101 | Owner | 02/03/2023 | 05/23/2024 | Residential | Remodel |

| Orig Contract Amt | Order Amt | Contractor Paid Amt | Surety Paid Amt | Reason |
|---|---|---|---|---|
| $57,000.00 | $17,540.67 | | $17,836.13 | |

| Bond Company | | Bond Number | Bond Amount |
|---|---|---|---|
| OLD REPUBLIC SURETY CO | | W150365942 | $20,000 |

| Dispute Status: Determination Issued | Closure Details: Complainant Prevailed in Court - Paid by Surety |
|---|---|

## Questions? Contact CCB Dispute Resolution Services at 503-934-2247

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/dispute_detail.asp?id=219682                                    1/1

LYNX_00000115
Exhibit 4
Page 1 of 14



## CCB DISCIPLINARY ACTIONS HISTORY FOR:

**ROBERT MICHAEL SWEENEY**

License: **219682**

Current License Status:Not Active - Expired after a disciplinary action

The CCB Disciplinary Actions are enforcement actions taken against a contractor for violating state laws resulting in a license revocation, suspension or refusal to reissue or a civil penalty. This information covers the past 10 years.

### ENFORCEMENT CIVIL PENALTIES

**There are no Enforcement Civil Penalty Actions against this contractor.**

### LICENSE SUSPENSIONS & REVOCATIONS

**Investigation Number:** 134022
**Sanction Date:** 4/11/2024
**Sanction:** License Suspended
**Violation:** Suspension - Business owes a construction debt or has had a construction contractor license suspended or revoked.

### REFUSALS TO ISSUE/REISSUE

**This contractor has never received a sanction of this category.**

### DEPARTMENT OF JUSTICE ASSURANCE OF VOLUNTARY COMPLIANCE

**This contractor has never received a sanction of this category.**

### CRIMINAL CONVICTIONS

**This contractor has never received a sanction of this category.**

### PUBLIC WORKS DEBARMENT

**This contractor has never received a sanction of this category.**

### CIVIL INJUNCTIONS

**This contractor has never received a sanction of this category.**

### UNLAWFUL TRADE PRACTICES ACT VIOLATIONS

**This contractor has never received a sanction of this category.**

### REQUIREMENT TO CARRY A HIGHER BOND

**This contractor has never received a sanction of this category.**

BACK

LYNX_00000116
Exhibit 4
Page 2 of 14

State of Oregon: Construction Contractors Board - Search



## BUSINESS DETAIL

Licensee : **ROBERT MICHAEL SWEENEY**                Address : 1574 COBURG RD 876 EUGENE OR 97401

License No. : 219682                                License Status: Not Active - Expired after a disciplinary action

Date First Licensed : 3/15/2018                     Expiration Date: 4/21/2024

Entity Type : Sole Proprietor                       Phone : (541) 914-9870

Endorsement Type :
    Residential General Contractor

Workers' Compensation/Independent Contractor Status : Exempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

### WORKERS' COMPENSATION INSURANCE INFORMATION

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | None | None |
| Personal Election | None | None |

### LIABILITY INSURANCE INFORMATION (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

### SURETY BOND INFORMATION (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | None | None | None |

## ASSOCIATED INDIVIDUALS

RMI Owner                SWEENEY, ROBERT MICHAEL

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

SUPERIOR DECK & FENCE

Click here to see past assumed business names.

BACK

Privacy - Terms

LYNX_00000117
Exhibit 4
Page 3 of 14

10/25/24, 10:29 AM                    State of Oregon: Construction Contractors Board - Search



# Contractor License Search

| | Search |

**Search results for "Superior Deck & Fence" (1 Records)**

| License # | Name | License Status | Address |
|---|---|---|---|
| 219682 | SUPERIOR DECK & FENCE | Not Active - Expired after a disciplinary action | 1574 COBURG RD 876 EUGENE OR 97401 |

Page 1 of 1

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board



Privacy - Terms

LYNX_00000118
Exhibit 4
Page 4 of 14



**CCB License Summary:**

# ROBERT MICHAEL SWEENEY

## About this Business

| | |
|---|---|
| License #: | 219682 (See also : 90288  ) |
| Status: | Not Active - Expired after a disciplinary action |
| First Licensed: | 3/15/2018 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⃝? | $0.00 |
| Unpaid Civil Penalties ⃝? | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | **Yes** |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | **Yes** |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | **Yes** |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000119
Exhibit 4
Page 5 of 14

10/25/24, 10:55 AM                          State of Oregon: Construction Contractors Board - Search



| PAST ASSUMED BUSINESS NAMES(S) |
| --- |
| SUPERIOR CONSTRUCTION & REMODEL |

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/past_dbanames.aspx                                              1/1

Privacy - Terms

LYNX_00000120
Exhibit 4
Page 6 of 14

# APPLICATION FOR REGISTRATION



Corporation Division
www.filinginoregon.com

**E-FILED**
Jan 16, 2018
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

139784094

**TYPE**

ASSUMED BUSINESS NAME

**ENTITY NAME**

SUPERIOR DECK & FENCE

**BUSINESS ACTIVITY**

DECK, AND FENCE BUILDER.

**PRINCIPAL PLACE OF BUSINESS**

3455 BARDELL AVE
EUGENE OR 97401 USA

**NAME & ADDRESS OF AUTHORIZED REPRESENTATIVE**

ROBERT MICHAEL SWEENEY

1594 COBURG RD 876
EUGENE OR 97401 USA

**REGISTRANT/OWNER**

ROBERT MICHAEL SWEENEY

1594 COBURG RD 876
EUGENE OR 97401 USA

**COUNTIES**

LANE

LYNX_00000121
Exhibit 4
Page 7 of 14



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

---

I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true,correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

ROBERT MICHAEL SWEENEY

**TITLE**

REGISTRANT

**DATE SIGNED**

01-16-2018

LYNX_00000122
Exhibit 4
Page 8 of 14

5/20/2020                                          Business Registry Database Search



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone: (503)986-2200
Fax: (503)378-4381
https://sos.oregon.gov/business/

**Assumed Business Name Reactivation**
**Registry Number: 139784094**
**Date of Registration: 01/16/2018**

SUPERIOR DECK & FENCE

---

Please complete and return this letter and any enclosed documents for filing the requested reinstatement/reactivation.

Submit $100 for the required fees.

The above entity hereby requests to be active on the records of the Corporation Division. The effective date of administrative cancellation is 03/12/2020

The reason(s) for administrative cancellation has been eliminated or did not exist.

By : _Robert Sweeney_      Date : _5/21/20_
(Authorized Signature)

Any fees submitted with this document are non refundable and will be held for 45 days. If the document is returned for filing within 45 days no additional fees will be due unless otherwise stated in this letter.

Business Registry
Corporation Division
(503) 986-2200

**FILED: MAY 22, 2020**
**OREGON SECRETARY OF STATE**

139784094-21122909

**SUPERIOR DECK & FENCE**                    **REAABN**

LYNX_00000123
Exhibit 4
Page 9 of 14

5/20/2020                                    Business Registry Database Search



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone: (503)986-2200
Fax: (503)378-4381
https://sos.oregon.gov/business/

**Assumed Business Name Reactivation**
**Registry Number: 139784094**
**Date of Registration: 01/16/2018**

SUPERIOR DECK & FENCE

---

The following information is required by statute. Please complete the entire form. If any of the information is incorrect you can make changes on this form.

**Principal Place of Business:**        3455 BARDELL AVE EUGENE OR 97401
(Physical Street Address)

**Authorized Representative:**        ROBERT MICHAEL SWEENEY
**Mailing Address:**        1594 COBURG RD 876 EUGENE OR 97401

*please change to 1574 Coburg Rd # 876 Eugene OR 97401 (R.S.)*

**Registrant(s) - Name(s) and Physical Address(es):**
ROBERT MICHAEL SWEENEY        1594 COBURG RD 876 EUGENE OR 97401

**Counties:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ BAKER | ☐ CROOK | ☐ HARNEY | ☐ LAKE | ☐ MORROW | ☐ UNION |
| ☐ BENTON | ☐ CURRY | ☐ HOOD RIVER | ☒ LANE | ☐ MULTNOMAH | ☐ WALLOWA |
| ☐ CLACKAMAS | ☐ DESCHUTES | ☐ JACKSON | ☐ LINCOLN | ☐ POLK | ☐ WASCO |
| ☐ CLATSOP | ☐ DOUGLAS | ☐ JEFFERSON | ☐ LINN | ☐ SHERMAN | ☐ WASHINGTON |
| ☐ COLUMBIA | ☐ GILLIAM | ☐ JOSEPHINE | ☐ MALHEUR | ☐ TILLAMOOK | ☐ WHEELER |
| ☐ COOS | ☐ GRANT | ☐ KLAMATH | ☐ MARION | ☐ UMATILLA | ☐ YAMHILL |

**Business Description:** (Primary business activity)        DECK, AND FENCE BUILDER.

**Signatures:** New registrants must sign. If any Registrants are WITHDRAWING, withdrawing Registrants or Authorized Representative must sign.

By my signature, I declare as an authorizing authority, that this filing has been examined by me and is, to the best of my knowledge and belief true, correct and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

**Signature:** *Robert Sweeny*
**Contact Name:** *Robert Sweeney*

**Signature:** *Robert Sweeny*
**Phone Number:** 541-914-9870

Make check payable to "Corporation Division" and mail to the address above.
Note: Filing fees may be paid with a major credit card. Submit the card number and expiration date on a separate page for your protection.

*The whole reason I never got my renewal was the mailing address was wrong. Thanks for changing the mailing address to 1574.*

*X Robert Swe*

egov.sos.state.or.us/br/PKG_BR_WEB_ANN_RPT.MAIN?ps_rep_code=ABNREA&ps_reg_nbr=139784094&ps_show_rei=Y        2/2

# RENEWAL OF REGISTRATION



Corporation Division
www.filinginoregon.com

**E-FILED**
Mar 23, 2022
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

139784094

**REGISTRATION DATE**

01/16/2018

**BUSINESS NAME**

SUPERIOR DECK & FENCE

**BUSINESS**

DECK, AND FENCE BUILDER.

**TYPE**

ASSUMED BUSINESS NAME

**PRIMARY PLACE OF BUSINESS**

3455 BARDELL AVE
EUGENE OR 97401 USA

**JURISDICTION**

OREGON

**COUNTIES**

LANE

**AUTHORIZED REPRESENTATIVE**

ROBERT MICHAEL SWEENEY

1574 COBURG RD 876
EUGENE OR 97401 USA

**REGISTRANT/OWNER**

ROBERT MICHAEL SWEENEY

1594 COBURG RD 876
EUGENE OR 97401 USA

LYNX_00000125
Exhibit 4
Page 11 of 14



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

---

I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true,correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.
**ELECTRONIC SIGNATURE**

**NAME**

ROBERT SWEENEY

**TITLE**

AUTHORIZED REPRESENTATIVE

**DATE**

03-23-2022

LYNX_00000126
Exhibit 4
Page 12 of 14

# Business Registry Business Name Search

## Business Entity Data

New Search    **10-24-2024 14:01**

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 1397840-94 | ABN | INA | | 01-16-2018 | | |

| Entity Name | SUPERIOR DECK & FENCE |
|---|---|
| Foreign Name | |
| Affidavit? | N |

## Associated Names

New Search

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 3455 BARDELL AVE | | | |
| Addr 2 | | | | |
| CSZ | EUGENE | OR | 97401 | Country | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| Type | REP | AUTHORIZED REPRESENTATIVE | | Start Date | 01-16-2018 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | ROBERT | MICHAEL | SWEENEY | | | | |
| Addr 1 | 1574 COBURG RD 876 | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | EUGENE | OR | 97401 | | Country | UNITED STATES OF AMERICA | |

| Type | REG | REGISTRANT | | |
|---|---|---|---|---|
| Name | ROBERT | MICHAEL | SWEENEY | |
| Addr 1 | 1594 COBURG RD 876 | | | |
| Addr 2 | | | | |
| CSZ | EUGENE | OR | 97401 | Country | UNITED STATES OF AMERICA |

## Name History

New Search

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR DECK & FENCE | EN | CUR | 01-16-2018 | |

Please read before ordering Copies.

## Summary History

New Search

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|

LYNX_00000127
Exhibit 4
Page 13 of 14

10/24/24, 2:01 PM                          Business Registry Business Name Search

| | | | | | |
|---|---|---|---|---|---|
| | FAILURE TO RENEW | 03-14-2024 | | SYS | |
| ⬡ | RENEWAL OF REGISTRATION | 03-23-2022 | | FI | |
| ⬡ | REACTIVATION | 05-22-2020 | | FI | |
| | FAILURE TO RENEW | 03-12-2020 | | SYS | |
| ⬡ | APPLICATION FOR REGISTRATION | 01-16-2018 | | FI | Representative |

| New Search | Counties | |
|---|---|---|
| | **Counties Filed** | |
| | Lane | |
| | | |
| | **Counties Not Filed   (but not necessarily available)** | |
| | Baker, Benton, Clackamas, Clatsop, Columbia, Coos, Crook, Curry, Deschutes, Douglas, Gilliam, Grant, Harney, Hood River, Jackson, Jefferson, Josephine, Klamath, Lake, Lincoln, Linn, Malheur, Marion, Morrow, Multnomah, Polk, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Washington, Wheeler, Yamhill | |
| | | |

© 2024 Oregon Secretary of State. All Rights Reserved.

LYNX_00000128
Exhibit 4
Page 14 of 14



## BUSINESS DETAIL

Licensee : **SUPERIOR BUILDING SERVICES INC**

License No. : 190254

Date First Licensed : 4/13/2010

Entity Type : Corporation

Endorsement Type :
    Residential General Contractor

Workers' Compensation/Independent Contractor Status : Exempt

Address : 2979 SW 75TH AVE HILLSBORO OR 97123

License Status: Not Active - Expired after a lapse

Expiration Date: 8/1/2018

Phone : (503) 848-3738

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
| --- | --- | --- |
| Employee | None | None |
| Personal Election | None | None |

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
| --- | --- | --- |
| No Active Insurance | None | None |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
| --- | --- | --- | --- |
| Residential | None | None | None |
| Commercial | None | None | None |

## ASSOCIATED INDIVIDUALS

| Corporate Officer | BUNDY, REBECCA J |
| --- | --- |
| RMI Owner | BUNDY, REBECCA J |

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

None

Click here to see past assumed business names.

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000135
Exhibit 5
Page 1 of 15

10/25/24, 12:00 PM                    State of Oregon: Construction Contractors Board - Search



## Contractor License Search

[                    ]  Search

### Search results for "SUPERIOR FENCE & DECK" (0 Records)

*No matches found*

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/list_results.aspx                    1/1

LYNX_00000136
Exhibit 5
Page 2 of 15

10/25/24, 10:34 AM                          State of Oregon: Construction Contractors Board - Search



## CCB License Summary:

# SUPERIOR BUILDING SERVICES INC

### About this Business

| | |
|---|---|
| License #: | 190254 (See also : 128981 ) |
| Status: | Not Active - Expired after a lapse |
| First Licensed: | 4/13/2010 |

Learn more about this business

### Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

### Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | No |

### Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | No |

### Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | Yes |

### Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/search_result.aspx?id=190254                                    1/1

Privacy - Terms

LYNX_00000137
Exhibit 5
Page 3 of 15



**Assumed Business Name - New Registration**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - http://www.FilingInOregon.com - Phone: (503) 986-2200

**REGISTRY NUMBER:** 867382-92 ~~674678-95~~
For office only

# FILED

## JUL 0 3 2012

**OREGON SECRETARY OF STATE**
For office use only

In accordance with Oregon Revised Statute 192.410-192.490, all information on this form is publicly available, including addresses. We must release this information to all parties upon request and it will be posted on our website.

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet if Necessary.

1) **ASSUMED BUSINESS NAME:** (To be registered)

Superior Fence + Deck

Registration or filing of a name does not grant exclusive rights or interests in that name. A name may be available for registration; however, someone else may hold a prior right to that name, or the name may be too similar to another, and may result in a case of legal action brought against the registrant for dilution or unfair competition of someone else's business.

2) **DESCRIPTION OF BUSINESS:** (Primary business activity)

Residential Construction

3) **PRINCIPAL PLACE OF BUSINESS:** (Address, city, state, zip)

2979 SE 75th Ave
Hillsboro, OR 97123

4) **WHO IS AUTHORIZED TO REPRESENT THE OWNERS:** (Authorized Representative) (One name only)

Rebecca Bundy

5) **MAILING ADDRESS OF AUTHORIZED REPRESENTATIVE**

2979 SE 75th Ave
Hillsboro, OR 97123

6) **NAMES OF OWNERS (REGISTRANTS) AND PUBLICLY AVAILABLE ADDRESSES:** (List name and street address of each person or entity who will conduct or transact business under the assumed business name.) (Attach a separate sheet if necessary.)

Name, Street Address, City, State, Zip Code

Rebecca Bundy 2979 SE 75th Ave Hillsboro, OR 97123
Superior Building Services, Inc. # 674678-95
2979 SE 75th ave Hillsboro OR 97123          ← per call to Rebecca 7/3

7) **COUNTIES:**

☒ **ALL COUNTIES** (Statewide)

| | | | | | |
|---|---|---|---|---|---|
| ☐ Baker | ☐ Crook | ☐ Harney | ☐ Lake | ☐ Morrow | ☐ Union |
| ☐ Benton | ☐ Curry | ☐ Hood River | ☐ Lane | ☐ Multnomah | ☐ Wallowa |
| ☐ Clackamas | ☐ Deschutes | ☐ Jackson | ☐ Lincoln | ☐ Polk | ☐ Wasco |
| ☐ Clatsop | ☐ Douglas | ☐ Jefferson | ☐ Linn | ☐ Sherman | ☐ Washington |
| ☐ Columbia | ☐ Gilliam | ☐ Josephine | ☐ Malheur | ☐ Tillamook | ☐ Wheeler |
| ☐ Coos | ☐ Grant | ☐ Klamath | ☐ Marion | ☐ Umatilla | ☐ Yamhill |

8) **EXECUTION/SIGNATURE(S):** (All owners/registrants must sign.)
By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

Signature: _Rebecca J. Bundy_

Printed Name: _Rebecca Bundy_



SUPERIOR FENCE & DECK

86738292-13625478     NEWREG

**FEES**

Required Processing Fee     $50

Processing Fees are nonrefundable.    Please make check payable to "Corporation Division."

Free copies are available at FilingInOregon.com, using the Business Name Search program.

01 - ASSUMED BUSINESS NAME NEW REGISTRATION (03/12)

LYNX_00000138
Exhibit 5
Page 4 of 15

# Business Registry Business Name Search

## Business Entity Data

New Search                                                     **10-24-2024**
                                                               **14:03**

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 867382-92 | ABN | INA | | 07-03-2012 | | |
| **Entity Name** | SUPERIOR FENCE & DECK | | | | | |
| **Foreign Name** | | | | | | |
| **Affidavit?** | N | | | | | |

## Associated Names

New Search

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | 2979 SE 75TH AVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | HILLSBORO | OR | 97123 | | **Country** UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| Type | REP | AUTHORIZED REPRESENTATIVE | | Start Date | 07-03-2012 | Resign Date | |
|---|---|---|---|---|---|---|---|
| **Name** | REBECCA | | BUNDY | | | | |
| **Addr 1** | 2979 SE 75TH AVE | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | HILLSBORO | OR | 97123 | | **Country** UNITED STATES OF AMERICA | | |

| Type | REG | REGISTRANT | | | |
|---|---|---|---|---|---|
| **Of Record** | 674678-95 | SUPERIOR BUILDING SERVICES, INC. | | | |
| **Addr 1** | 2979 SE 75TH AVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | HILLSBORO | OR | 97123 | | **Country** UNITED STATES OF AMERICA |

## Name History

New Search

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR FENCE & DECK | EN | CUR | 07-03-2012 | |

Please read before ordering Copies.

New Search

## Summary History

LYNX_00000139
Exhibit 5
Page 5 of 15

10/24/24, 2:03 PM                                      Business Registry Business Name Search

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | FAILURE TO RENEW | 08-30-2018 | | SYS | | |
| | RENEWAL PAYMENT | 06-10-2016 | | SYS | | |
| | RENEWAL PAYMENT | 06-03-2014 | | SYS | | |
| | APPLICATION FOR REGISTRATION | 07-03-2012 | | FI | Representative | |

| New Search | Counties | |
|---|---|---|
| | Counties Filed | |
| | | |
| | All Counties Filed. | |
| | | |

© 2024 Oregon Secretary of State. All Rights Reserved.

LYNX_00000140
Exhibit 5
Page 6 of 15

3/31/25, 2:35 PM                     State of Oregon: Construction Contractors Board - Search



**CCB License Summary:**

# SUPERIOR BUILDING SERVICES INC

## About this Business

| | |
|---|---|
| License #: | 190254 (See also : 128981 ) |
| Status: | Not Active - Expired after a lapse |
| First Licensed: | 4/13/2010 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | **No** |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | **No** |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | **Yes** |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2025 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/search_result.aspx                                    1/1

LYNX_00000141
Exhibit 5
Page 7 of 15

# ARTICLES OF INCORPORATION



Corporation Division
www.filinginoregon.com

**E-FILED**
Mar 23, 2010
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

67467895

**TYPE**

DOMESTIC BUSINESS CORPORATION

**1. ENTITY NAME**

SUPERIOR BUILDING SERVICES, INC.

**2. MAILING ADDRESS**

2979 SE 75TH AVE.
HILLSBORO OR 97123 USA

**3. NAME & ADDRESS OF REGISTERED AGENT**

REBECCA BUNDY

2979 SE 75TH AVE.
HILLSBORO OR 97123 USA

**4. INCORPORATORS**

REBECCA BUNDY

2979 SE 75TH AVE.
HILLSBORO OR 97123 USA

**5. NUMBER OF SHARES**

1000

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.  Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon.  I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a  record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

REBECCA BUNDY

LYNX_00000142
Exhibit 5
Page 8 of 15



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone:(503)986-2200
Fax:(503)378-4381
www.filinginoregon.com

**2011 ANNUAL REPORT**
**Registry Number: 674678-95**
**Date of Incorporation: 03/23/2010**
**Fee: $100.00**
**Due Date: 03/23/2011**
**Type: DOMESTIC BUSINESS CORPORATION**

0719
SUPERIOR BUILDING SERVICES, INC.
2979 SE 75TH AVE
HILLSBORO OR 97123

**FILED**

FEB 2 8 2011

OREGON
SECRETARY OF STATE

**Name of Domestic Business Corporation**
SUPERIOR BUILDING SERVICES, INC.

**Jurisdiction:** OREGON

The following information is required by statute. Please complete the entire form. If any of the information is incorrect, you can make changes on this form. Failure to submit this Annual Report and fee by the due date may result in inactivation on our records.

**Registered Agent**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

If the Registered Agent has changed, the new Agent has consented to the appointment. Oregon street address required.

**1) Type of Business**

**2) Principal Place of Business** (Str. address,city,state,zip)

2979 SE 75ᵗʰ Ave
Hillsboro, OR 97123

**3) Mailing Address** (Address,city,state,zip)

2979 SE 75TH AVE
HILLSBORO OR 97123

**4) President Name and Address**

Rebecca Bundy
2979 SE 75ᵗʰ Ave
Hillsboro, OR 97123

**5) Secretary Name and Address**

Rebecca Bundy
2979 SE 75ᵗʰ Ave.
Hillsboro, OR 97123

**6) Signature**

Rebecca S Bundy

**8) Date**
2-11-11

**7) Printed Name**
Rebecca S. Bundy

**9) Daytime Phone Number**
(503) 868-1464

Make check payable to "Corporation Division" and
Corporation Division, 255 Capitol ST NE Suite 151,
Note: You can also fax to (503) 378-4381. Filing fees m
and expiration date on a separate page for your protect

SUPERIOR BUILDING SERVICES, INC    ite,

nber

67467895-12484343    RENANA

LYNX_00000143
Exhibit 5
Page 9 of 15

Business Registry Database Search

Page 1 of 1

2|26    40    19    100



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone:(503)986-2200
www.filinginoregon.com

**2015 ANNUAL REPORT**
**Registry Number: 674678-95**
**Date of Incorporation: 03/23/2010**
**Fee: $100**
**Due Date: 03/23/2015**
**Type:** DOMESTIC BUSINESS CORPORATION

SUPERIOR BUILDING SERVICES, INC.
2979 SE 75TH AVE
HILLSBORO OR 97123

**FILED**

**MAR 02 2015**

OREGON
SECRETARY OF STATE

**Name of Domestic Business Corporation**
SUPERIOR BUILDING SERVICES, INC.

**Jurisdiction:** OREGON

The following information is required by statute. Please complete the entire form. Failure to submit this Annual Report and fee by the due date may result in inactivation on our records.

**Registered Agent**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

If the Registered Agent has changed,
the new agent has consented to the appointment.
Oregon street address required.

**1) Type of Business**

**2) Principal Place of Business** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**3) Mailing Address** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**4) President (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**5) Secretary (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**6) Signature**

**8) Date**
2-16-15

SUPERIOR BUILDING SERVICES, INC

67467895-15892718    RENANA

**Make check payable to "Corporation Division" and ma.. completed form with payment to**
**Secretary of State, Corporation Division, 255 Capitol ST NE Suite 151,Salem, OR 97310**
Note: Filing fees may be paid with VISA or MasterCard.
Submit the card number and expiration date on a separate page for your protection.

ANRPF1-
02/10/15

http://egov.sos.state.or.us/br/PKG_BR_WEB_ANN_RPT.MAIN?ps_rep_code=ANRPF1...    2/10/2015

LYNX_00000144
Exhibit 5
Page 10 of 15

Business Registry Database Search

Page 1 of 1



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone:(503)986-2200
www.filinginoregon.com

**2016 ANNUAL REPORT**
**Registry Number: 67467895**
**Date of Incorporation: 03/23/2010**
**Fee: $100**
**Due Date: 03/23/2016**
**Type:** DOMESTIC BUSINESS CORPORATION

SUPERIOR BUILDING SERVICES, INC.
2979 SE 75TH AVE
HILLSBORO OR 97123

# FILED

## FEB 29 2016

OREGON
SECRETARY OF STATE

**Name of Domestic Business Corporation**
SUPERIOR BUILDING SERVICES, INC.
**Jurisdiction:** OREGON

The following information is required by statute. Please complete the entire form. Failure to submit this Annual Report and fee by the due date may result in inactivation on our records.

**Registered Agent**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

If the Registered Agent has changed,
the new agent has consented to the appointment.
Oregon street address required.

**1) Type of Business**

**2) Principal Place of Business** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**3) Mailing Address** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**4) President (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**5) Secretary (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**6) Signature**

**8) Date** 2-10-16

**7) Printed Name**

**9) Daytime Phone Number** (503) 965-1466

**Make check payable to "Corporation Division" and mail completed form with payment to the address above.**
Note: Filing fees may be paid with a major credit card.
Submit the card number and expiration date on a separate page for your protection.

ANRPF1-
02/10/16

SUPERIOR BUILDING SERVICES, INC

67467895-16816633    RENANA

LYNX_00000145
Exhibit 5
Page 11 of 15

2/16/2017                                    Business Registry Database Search



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone:(503)986-2200
www.filinginoregon.com

**2017 ANNUAL REPORT**
**Registry Number: 67467895**
**Date of Incorporation: 03/23/2010**
**Fee: $100**
**Due Date: 03/23/2017**
**Type:** DOMESTIC BUSINESS CORPORATION

SUPERIOR BUILDING SERVICES, INC.
2979 SE 75TH AVE
HILLSBORO OR 97123

**FILED**

**FEB 22 2017**

OREGON
SECRETARY OF STATE

**Name of Domestic Business Corporation**
SUPERIOR BUILDING SERVICES, INC.
**Jurisdiction:** OREGON

The following information is required by statute. Please complete the entire form. Failure to submit this Annual Report and fee by the due date may result in inactivation on our records.

**Registered Agent**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

If the Registered Agent has changed,
the new agent has consented to the appointment. Oregon street address required.

**1) Type of Business**

**2) Principal Place of Business** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**3) Mailing Address** (Address,city,state,zip)
2979 SE 75TH AVE
HILLSBORO OR 97123

**4) President (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**5) Secretary (Name & Address)**
REBECCA BUNDY
2979 SE 75TH AVE
HILLSBORO OR 97123

**6) Signature**

**8) Date**
2-16-17

**7) Printed Name**
Rebecca Bundy

**9) Daytime Phone Number**
503-848-0130

**Make check payable to "Corporation Division" and mail completed form with payment to the address above.**
Note: Filing fees may be paid with a major credit card.
Submit the card number and expiration date on a separate page for your protection.

ANRPF1-
02/16/17

SUPERIOR BUILDING SERVICES, INC

67467895-17734546        RENANA

LYNX_00000146
Exhibit 5
Page 12 of 15



**Articles of Dissolution - Business/Professional**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - http://www.FilingInOregon.com - Phone: (503) 986-2200

FILED

**REGISTRY NUMBER:** 674678-95

OCT 04 2017

OREGON
SECRETARY OF STATE
For office use only

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet if Necessary.

**1. NAME OF CORPORATION:** Superior Building Services, Inc.

**2. DATE DISSOLUTION WAS AUTHORIZED:** 08|01|2017

**3. COMPLETE EITHER SECTION 4 OR 5 BELOW.**

4. None of the corporation's shares have been issued and the corporation has not commenced business. No debt of the corporation remains unpaid. A majority of the incorporators or initial directors authorized this dissolution.

   **DATE OF INCORPORATION:** _____

**5. CHECK THE APPROPRIATE STATEMENT:**

   ● All shareholders entitled to vote consented in writing to the dissolution.

   ○ Shareholder vote on the resolution to dissolve was as follows and the number of votes cast in favor of dissolution was sufficient for approval.

| Class or series of shares | Number of votes entitled to be cast | Number of votes cast FOR | Number of votes cast AGAINST |
|---|---|---|---|
| 1000 | 1 | 1 | 0 |

6. **EXECUTION:** By my signature, I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

| Signature: | Printed Name: | Title: |
|---|---|---|
| *Rebecca J Bundy* | Rebecca Bundy | President |

**CONTACT NAME:** (To resolve questions with this filing)

Rebecca Bundy

**PHONE NUMBER:** (Include area code)

503 848 3738

Articles of Dissolution - Business/Professional (05/14)

SUPERIOR BUILDING SERVICES, INC



67467895-18355681    DISART

LYNX_00000147
Exhibit 5
Page 13 of 15

3/31/25, 1:13 PM                                Business Registry Business Name Search



OREGON SECRETARY OF STATE
► **Corporation Division**

HOME

Business Xpress    **business name search**    oregon business guide
license directory    business registry/renewal    forms/fees    notary public
uniform commercial code    uniform commercial code search    documents & data services

## Business Name Search

**New Search**    **Printer Friendly**    Business Entity Data    03-31-2025  13:12

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 674678-95 | DBC | INA | OREGON | 03-23-2010 | | |
| Entity Name | SUPERIOR BUILDING SERVICES, INC. | | | | | |
| Foreign Name | | | | | | |

**New Search**    **Printer Friendly**    Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 2979 SE 75TH AVE | | | |
| Addr 2 | | | | |
| CSZ | HILLSBORO | OR | 97123 | Country UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | Start Date | 03-23-2010 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | REBECCA | | BUNDY | | | |
| Addr 1 | 2979 SE 75TH AVE | | | | | |
| Addr 2 | | | | | | |
| CSZ | HILLSBORO | OR | 97123 | Country UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| Addr 1 | 2979 SE 75TH AVE | | | |
| Addr 2 | | | | |
| CSZ | HILLSBORO | OR | 97123 | Country UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | Resign Date | |
|---|---|---|---|---|
| Name | REBECCA | | BUNDY | |
| Addr 1 | 2979 SE 75TH AVE | | | |
| Addr 2 | | | | |
| CSZ | HILLSBORO | OR | 97123 | Country UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | Resign Date | |
|---|---|---|---|---|
| Name | REBECCA | | BUNDY | |
| Addr 1 | 2979 SE 75TH AVE | | | |
| Addr 2 | | | | |

LYNX_00000148
Exhibit 5
Page 14 of 15

3/31/25, 1:13 PM                                        Business Registry Business Name Search

| CSZ | HILLSBORO | OR | 97123 | | Country | UNITED STATES OF AMERICA |
|-----|-----------|-----|-------|---|---------|--------------------------|

**New Search      Printer Friendly      Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|----------------------|-----------|-------------|------------|----------|
| SUPERIOR BUILDING SERVICES, INC. | EN | CUR | 03-23-2010 | |

Please read before ordering Copies.

**New Search      Printer Friendly      Summary History**

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|-----------------|--------|------------------|----------------|--------|-------------------|--------------|
| 📄 | ARTICLES OF DISSOLUTION | 10-04-2017 | | FI | | SHR |
| 📄 | AMENDED ANNUAL REPORT | 02-22-2017 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-29-2016 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-02-2015 | | FI | | |
| | ANNUAL REPORT | 02-25-2014 | | FI | | |
| | ANNUAL REPORT PAYMENT | 02-15-2013 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-17-2012 | | SYS | | |
| 📄 | AMENDED ANNUAL REPORT | 02-28-2011 | | FI | | |
| 📄 | ARTICLES OF INCORPORATION | 03-23-2010 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2025 Oregon Secretary of State. All Rights Reserved.

LYNX_00000149
Exhibit 5
Page 15 of 15

10/25/24, 11:54 AM                                    State of Oregon: Construction Contractors Board - Search



## BUSINESS DETAIL

Licensee : **SUPERIOR CONCRETE FENCE OF TEXAS INC**          Address : 1203 RAIDER DR EULESS TX 76040

License No. : 159936                                        License Status: Not Active - Expired

Date First Licensed : 5/10/2004                             Expiration Date: 5/10/2014

Entity Type : Corporation                                   Phone : (817) 277-9255

Endorsement Type :
    Commercial Specialty Contractor Level 1

Workers' Compensation/Independent Contractor Status : Nonexempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | TRAVELERS INDEMNITY OF CT | UB6G228914 |
| Personal Election | None | None |

*The CCB does not receive automatic notification of changes to workers' compensation coverage status. Current Oregon coverage status can be confirmed through the Oregon Workers' Compensation Division.*

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | None | None | None |

## ASSOCIATED INDIVIDUALS

| Corporate Officer | STERNFELD, TODD ALLAN |
|---|---|
| RMI Employee | CLARKE JR, CALVIN S |

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

None

Click here to see past assumed business names.

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/business_details.aspx                                          1/1

LYNX_00000086
Exhibit 6
Page 1 of 29

10/25/24, 10:54 AM                                    State of Oregon: Construction Contractors Board - Search



## BUSINESS DETAIL

Licensee : **SUPERIOR CONCRETE FENCE OF TEXAS INC**          Address : 1203 RAIDER DR EULESS TX 76040

License No. : 213020                                          License Status: Not Active - Expired

Date First Licensed : 12/6/2016                               Expiration Date: 12/6/2022

Entity Type : Corporation                                     Phone : (817) 277-9255

Endorsement Type :
     Commercial Specialty Contractor Level 1

Workers' Compensation/Independent Contractor Status : Nonexempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

### WORKERS' COMPENSATION INSURANCE INFORMATION

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | TRAVELERS INDEMNITY OF CONNECTICUT | UB9J69525A |
| Personal Election | None | None |

*The CCB does not receive automatic notification of changes to workers' compensation coverage status. Current Oregon coverage status can be confirmed through the **Oregon Workers' Compensation Division.***

### LIABILITY INSURANCE INFORMATION (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

### SURETY BOND INFORMATION (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | OHIO CASUALTY INS CO | $55,000.00 | Continuous until cancelled |

## ASSOCIATED INDIVIDUALS

| Corporate Officer | STERNFELD, TODD ALLAN |
|---|---|
| RMI Owner | STERNFELD, TODD ALLAN |

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

None

Click here to see past assumed business names.

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

https://search.ccb.state.or.us/search/business_details.aspx                                      1/1

LYNX_00000087
Exhibit 6
Page 2 of 29



## Contractor License Search

| | Search |
|---|---|

**Search results for "Superior Concrete Fence of Texas" (2 Records)**

| License # | Name | License Status | Address |
|---|---|---|---|
| 213020 | SUPERIOR CONCRETE FENCE OF TEXAS INC | Not Active - Expired | 1203 RAIDER DR EULESS TX 76040 |
| 159936 | SUPERIOR CONCRETE FENCE OF TEXAS INC | Not Active - Expired | 1203 RAIDER DR EULESS TX 76040 |
| Page 1 of 1 | | | |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board



Privacy - Terms

LYNX_00000088
Exhibit 6
Page 3 of 29



**CCB License Summary:**

# SUPERIOR CONCRETE FENCE OF TEXAS INC

## About this Business

| | |
|---|---|
| License #: | 159936 (See also : 213020 ) |
| Status: | Not Active - Expired |
| First Licensed: | 5/10/2004 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | No |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | No |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | No |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000089
Exhibit 6
Page 4 of 29

10/25/24, 10:14 AM                                    State of Oregon: Construction Contractors Board - Search



**CCB License Summary:**

# SUPERIOR CONCRETE FENCE OF TEXAS INC

## About this Business

| | |
|---|---|
| License #: | 213020 (See also : 159936 ) |
| Status: | Not Active - Expired |
| First Licensed: | 12/6/2016 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | No |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | No |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | Yes |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

https://search.ccb.state.or.us/search/search_result.aspx                                    1/1

Privacy - Terms

LYNX_00000090
Exhibit 6
Page 5 of 29

# AMENDED ANNUAL REPORT

Corporation Division

www.filinginoregon.com

E-FILED

Feb 24, 2011

OREGON SECRETARY OF STATE

---

| | |
|---|---|
| REGISTRY NUMBER | 20283990 |
| REGISTRATION DATE | 02/24/2004 |
| BUSINESS NAME | SUPERIOR CONCRETE FENCE OF TEXAS, INC. |
| BUSINESS ACTIVITY | MANUFACTURER OF PRECAST CONCRETE FENCING PRODUCTS. |

MAILING ADDRESS      1203 RAIDER DR
                     EULESS TX 76040 USA

TYPE                 FOREIGN BUSINESS CORPORATION

PRIMARY PLACE OF BUSINESS    1203 RAIDER DR
                             EULESS TX 76040 USA

JURISDICTION         TEXAS

REGISTERED           329227 - C T CORPORATION SYSTEM
AGENT                388 STATE ST STE 420
                     SALEM OR 97301 USA

PRESIDENT            TODD STERNFELD
                     PO BO X201625
                     ARLINGTON TX 76006 USA

SECRETARY            TODD STERNFELD
                     PO BO X201625
                     ARLINGTON TX 76006 USA

LYNX_00000091

Exhibit 6
Page 6 of 29

SIGNER                    TODD STERNFELD

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.  Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon.  I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a  record or signature to be in writing, an electronic record or signature satisfies that requirement.

ELECTRONIC SIGNATURE      TODD STERNFELD

TITLE                     OFFICER

DATE SIGNED               2011-02-24

LYNX_00000092
Exhibit 6
Page 7 of 29

# REINSTATEMENT AMENDED



Corporation Division
www.filinginoregon.com

**E-FILED**
Nov 04, 2016
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

The entity listed above requests to be active on the records of the Corporation Division.  The effective date of the administrative dissolution is 04/27/2012.

The reason(s) for the administrative action that inactivated this business has been eliminated or did not exist.

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.  Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon.  I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

CEO

**DATE SIGNED**

11-04-2016

LYNX_00000093
Exhibit 6
Page 8 of 29



**Corporation Division**
www.filinginoregon.com

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE CONSTRUCTION

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

329227 - C T CORPORATION SYSTEM

388 STATE ST STE 420
SALEM OR 97301 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000094
Exhibit 6
Page 9 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Jan 12, 2017
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE CONSTRUCTION

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

329227 - C T CORPORATION SYSTEM

388 STATE ST STE 420
SALEM OR 97301 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000095
Exhibit 6
Page 10 of 29



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

CEO

**DATE SIGNED**

01-12-2017

LYNX_00000096
Exhibit 6
Page 11 of 29

# REINSTATEMENT AMENDED



Corporation Division
www.filinginoregon.com

**E-FILED**
Jul 10, 2018
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

The entity listed above requests to be active on the records of the Corporation Division.  The effective date of the administrative dissolution is 04/26/2018.

The reason(s) for the administrative action that inactivated this business has been eliminated or did not exist.

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

JERI AYCOTH CPA

**TITLE**

AUTHORIZED AGENT

**DATE SIGNED**

07-10-2018

LYNX_00000097
Exhibit 6
Page 12 of 29

**Corporation Division**
www.filinginoregon.com

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE CONSTRUCTION

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

329227 - C T CORPORATION SYSTEM

780 COMMERCIAL ST SE STE 100
SALEM OR 97301 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000098
Exhibit 6
Page 13 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Jan 15, 2019
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE CONSTRUCTION

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

329227 - C T CORPORATION SYSTEM

780 COMMERCIAL ST SE STE 100
SALEM OR 97301 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

Page 1

LYNX_00000099
Exhibit 6
Page 14 of 29



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

PRESIDENT

**DATE SIGNED**

01-15-2019

LYNX_00000100
Exhibit 6
Page 15 of 29



# Corporation/Limited Liability Company - Information Change

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200
Please Type or Print Legibly in **Black** ink. Attach Additional Sheet if Necessary.    Fax: (503) 378-4381

FILED

OCT 04 2019

OREGON
SECRETARY OF STATE
For office use only

**REGISTRY NUMBER:** 202839-90

**ENTITY TYPE:** ○ DOMESTIC  ⦿ FOREIGN

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

## 1. NAME OF CORPORATION OR LIMITED LIABILITY COMPANY:

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**Complete only the sections that you are updating.**

**2. BUSINESS ACTIVITY**

**3. PRINCIPAL PLACE OF BUSINESS: (Street Address)**

**4. THE REGISTERED AGENT HAS BEEN CHANGED TO:**

Corporation Service Company

**5. REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:**
Must be an Oregon Street Address, which is identical to the registered agent's office.

1127 Broadway Street NE, Suite 310, Salem, OR  97301

**6. ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:**

**7. THE NEW REGISTERED AGENT HAS CONSENTED TO THIS APPOINTMENT.**

**8. THE STREET ADDRESS OF THE NEW REGISTERED OFFICE AND THE BUSINESS ADDRESS OF THE REGISTERED AGENT ARE IDENTICAL.**

The entity has been notified in writing of this change.

**9. INDIVIDUAL WITH DIRECT KNOWLEDGE** (Names and Addresses)
List the name and address of at least one individual who is a director, or controlling shareholder of the corporation (member or manager of the LLC) or an authorized representative with direct knowledge of the operations and business activities of the corporation or LLC.

## 10. NAME(S) AND ADDRESS(ES)OF CORPORATE OFFICERS OR LLC MEMBERS/MANAGERS

Corporations list the name and address of one President and one Secretary (ORS 60.787, ORS 65.787, ORS 62.455, ORS 554.315).
Limited Liability Companies list the name and addresses of the managers for a manager-managed limited liability company or the name and address of at least one member for a member-managed limited liability company (ORS 63.787). Please attach a separate sheet of paper if needed.
**If making changes to this section, list all current names and addresses. This replaces what is currently on the record.**

**PRESIDENT OR OWNER(S) (MEMBERS):** (Names and Addresses)

**SECRETARY OR MANAGER(S):** (Names and Addresses)

**11. EXECUTION:** I declare as an authorized signer, under penalty of perjury, that this document does not fraudulently conceal, obscure, alter, or otherwise misrepresent the identity of any person including officers, directors, employees, members, managers or agents. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

**SIGNATURE:** *Jill E. Cilmi*

**PRINTED NAME:** Jill Cilmi

**TITLE:** Vice President

**CONTACT NAME:** (To resolve questions with this filing)
CSC Attn: Erika Zavala Daza

**PHONE NUMBER:** (Include area code)
8010-927-9800

Information Change 12/17)



SUPERIOR CONCRETE FENCE OF TEXA

20283990-20435743    AAR

LYNX_00000101
Exhibit 6
Page 16 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Jan 23, 2020
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE AND RETRAINING WALL DESIGNER,MANUFACTURER AND INSTALLER

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000102
Exhibit 6
Page 17 of 29



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

---

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**
TODD STERNFELD

**TITLE**
ANNUAL REPORT SIGNER

**DATE SIGNED**
01-23-2020

LYNX_00000103
Exhibit 6
Page 18 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 11, 2021
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE AND RETRAINING WALL DESIGNER,MANUFACTURER AND INSTALLER

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000104
Exhibit 6
Page 19 of 29

 Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

PRESIDENT

**DATE SIGNED**

02-11-2021

LYNX_00000105
Exhibit 6
Page 20 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Jan 12, 2022
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS**

PRECAST CONCRETE FENCE AND RETRAINING WALL DESIGNER,MANUFACTURER AND INSTALLER

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000106
Exhibit 6
Page 21 of 29



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

PRESIDENT

**DATE**

01-12-2022

LYNX_00000107
Exhibit 6
Page 22 of 29

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 04, 2023
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS**

PRECAST CONCRETE FENCE AND RETRAINING WALL DESIGNER,MANUFACTURER AND INSTALLER

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

LORIN ARMSTRONG

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000108
Exhibit 6
Page 23 of 29



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

PRESIDENT

**DATE**

02-04-2023

LYNX_00000109
Exhibit 6
Page 24 of 29

# AMENDED ANNUAL REPORT



Corporation Division
sos.oregon.gov/business

**E-FILED**
Jan 15, 2024
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

20283990

**REGISTRATION DATE**

02/24/2004

**BUSINESS NAME**

SUPERIOR CONCRETE FENCE OF TEXAS, INC.

**BUSINESS ACTIVITY**

PRECAST CONCRETE FENCE AND RETRAINING WALL DESIGNER,MANUFACTURER AND INSTALLER

**MAILING ADDRESS**

1203 RAIDER DR
EULESS TX 76040 USA

**TYPE**

FOREIGN BUSINESS CORPORATION

**PRIMARY PLACE OF BUSINESS**

1203 RAIDER DR
EULESS TX 76040 USA

**JURISDICTION**

TEXAS

**REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**PRESIDENT**

TODD STERNFELD

1203 RAIDER DRIVE
EULESS TX 76040 USA

**SECRETARY**

LORIN ARMSTRONG

1203 RAIDER DRIVE
EULESS TX 76040 USA

LYNX_00000110
Exhibit 6
Page 25 of 29



Corporation Division

sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, directors, employees or agents of the corporation on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

TODD STERNFELD

**TITLE**

PRESIDENT

**DATE**

01-15-2024

LYNX_00000111
Exhibit 6
Page 26 of 29

Business Registry Business Name Search

# Business Registry Business Name Search

<u>New Search</u>                    ## Business Entity Data                    **10-24-2024**
**13:59**

| **Registry Nbr** | **Entity Type** | **Entity Status** | **Jurisdiction** | **Registry Date** | **Next Renewal Date** | **Renewal Due?** |
|---|---|---|---|---|---|---|
| 202839-90 | FBC | ACT | TEXAS | 02-24-2004 | 02-24-2025 | |

| **Entity Name** | SUPERIOR CONCRETE FENCE OF TEXAS, INC. |
|---|---|
| **Foreign Name** | |

<u>New Search</u>                    ## Associated Names

| **Type** | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 1203 RAIDER DR | | | |
| **Addr 2** | | | | |
| **CSZ** | EULESS | TX | 76040 | | **Country** | UNITED STATES OF AMERICA |

*Please click <u>here</u> for general information about registered agents and service of process.*

| **Type** | AGT | REGISTERED AGENT | | **Start Date** | 10-04-2019 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Of Record** | <u>158720-88</u> | CORPORATION SERVICE COMPANY | | | | | |
| **Addr 1** | 1127 BROADWAY ST NE STE 310 | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | SALEM | OR | 97301 | 3465 | **Country** | UNITED STATES OF AMERICA | |

| **Type** | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Addr 1** | 1203 RAIDER DR | | | |
| **Addr 2** | | | | |
| **CSZ** | EULESS | TX | 76040 | | **Country** | UNITED STATES OF AMERICA |

| **Type** | PRE | PRESIDENT | | **Resign Date** | |
|---|---|---|---|---|---|
| **Name** | TODD | STERNFELD | | | |
| **Addr 1** | 1203 RAIDER DRIVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | EULESS | TX | 76040 | | **Country** | UNITED STATES OF AMERICA |

| **Type** | SEC | SECRETARY | | **Resign Date** | |
|---|---|---|---|---|---|
| **Name** | LORIN | ARMSTRONG | | | |
| **Addr 1** | 1203 RAIDER DRIVE | | | | |
| **Addr 2** | | | | | |
| **CSZ** | EULESS | TX | 76040 | | **Country** | UNITED STATES OF AMERICA |

10/24/24, 1:59 PM                    Business Registry Business Name Search

New Search ## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR CONCRETE FENCE OF TEXAS, INC. | EN | CUR | 02-24-2004 | |

## Please read before ordering Copies.

New Search ## Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| ● | AMENDED ANNUAL REPORT | 01-15-2024 | | FI | | |
| ● | AMENDED ANNUAL REPORT | 02-04-2023 | | FI | | |
| ● | AMENDED ANNUAL REPORT | 01-12-2022 | | FI | | |
| ● | AMENDED ANNUAL REPORT | 02-11-2021 | | FI | | |
| ● | AMENDED ANNUAL REPORT | 01-23-2020 | | FI | | |
| ● | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 10-04-2019 | | FI | Agent | |
| ● | AMENDED ANNUAL REPORT | 01-15-2019 | | FI | | |
| ● | REINSTATEMENT AMENDED | 07-10-2018 | | FI | | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 04-26-2018 | | SYS | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 12-01-2017 | | FI | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 06-12-2017 | | FI | | |
| ● | AMENDED ANNUAL REPORT | 01-12-2017 | | FI | | |
| ● | REINSTATEMENT AMENDED | 11-04-2016 | | FI | | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 04-27-2012 | | SYS | | |
| ● | AMENDED ANNUAL REPORT | 02-24-2011 | | FI | | |
| | ANNUAL REPORT PAYMENT | 03-02-2010 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-27-2009 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-26-2008 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-21-2007 | | SYS | | |

LYNX_00000113
Exhibit 6
Page 28 of 29

| | | | | | |
|---|---|---|---|---|---|
| | ANNUAL REPORT | 02-02-2006 | | FI | |
| | ANNUAL REPORT | 02-07-2005 | | FI | |
| | APPLICATION FOR AUTHORITY | 02-24-2004 | | FI | Agent |

© 2024 Oregon Secretary of State. All Rights Reserved.

LYNX_00000114
Exhibit 6
Page 29 of 29



## BUSINESS DETAIL

Licensee : **KEVIN LEWIS BERNHARDT & CRAIG EDWARD ROBINSON**

License No. : 155831

Date First Licensed : 6/11/2003

Entity Type : Partnership

Endorsement Type :
      General Contractor/All

Address : 2232 RIDGE WAY MEDFORD OR 97504

License Status:

Expiration Date: 6/11/2005

Phone : (541) 951-2500

Workers' Compensation/Independent Contractor Status : Exempt

## ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

## OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | None | None |
| Personal Election | None | None |

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | None | None | None |

## ASSOCIATED INDIVIDUALS

| Partner | BERNHARDT, KEVIN LEWIS |
|---|---|
| Partner | ROBINSON, CRAIG EDWARD |

Click here to see past associated individuals' names.

## ASSUMED BUSINESS NAMES(S)

SUPERIOR FENCING

Click here to see past assumed business names.

BACK

Privacy - Terms

LYNX_00000238
Exhibit 7
Page 1 of 7

10/25/24, 11:48 AM                                    State of Oregon: Construction Contractors Board - Search



## Contractor License Search

| | Search |

### Search results for "superior fencing" (4 Records)

| License # | Name | License Status | Address |
|---|---|---|---|
| 155831 | SUPERIOR FENCING | | 2232 RIDGE WAY MEDFORD OR 97504 |
| 165012 | SUPERIOR FENCING | Active | 4843 TABLE ROCK RD CENTRAL PT OR 97502 |
| 165012 | SUPERIOR FENCING LLC | Active | 4843 TABLE ROCK RD CENTRAL PT OR 97502 |
| 36257 | SUPERIOR FENCING PAINTING & ROOFING | No Longer Associated | 6930 AIRWAY DR KLAMATH FALLS OR 97603-9404 |
| Page 1 of 1 | | | |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board



Privacy - Terms

LYNX_00000239
Exhibit 7
Page 2 of 7



**CCB License Summary:**

# KEVIN LEWIS BERNHARDT & CRAIG EDWARD ROBINSON

## About this Business

| | |
|---|---|
| License #: | 155831 (See also : 165012 ) |
| Status: | |
| First Licensed: | 6/11/2003 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | **No** |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | **No** |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | **No** |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000240
Exhibit 7
Page 3 of 7

# RENEWAL OF REGISTRATION



Corporation Division
www.filinginoregon.com

**E-FILED**
Apr 26, 2023
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

15194095

**REGISTRATION DATE**

05/29/2003

**BUSINESS NAME**

SUPERIOR FENCING

**BUSINESS**

FENCE BUILDERS

**TYPE**

ASSUMED BUSINESS NAME

**PRIMARY PLACE OF BUSINESS**

2232 RIDGE WAY
MEDFORD OR 97504 USA

**JURISDICTION**

OREGON

**COUNTIES**

BAKER, BENTON, CLACKAMAS, CLATSOP, COLUMBIA, COOS, CROOK, CURRY, DESCHUTES, DOUGLAS, GILLIAM, GRANT, HARNEY, HOOD RIVER, JACKSON, JEFFERSON, JOSEPHINE, KLAMATH, LAKE, LANE, LINCOLN, LINN, MALHEUR, MARION, MORROW, MULTNOMAH, POLK, SHERMAN, TILLAMOOK, UMATILLA, UNION, WALLOWA, WASCO, WASHINGTON, WHEELER, YAMHILL

**AUTHORIZED REPRESENTATIVE**

CRAIG ROBINSON

2232 RIDGE WAY
MEDFORD OR 97504 USA

**REGISTRANT/OWNER**

27715499 - SUPERIOR FENCING LLC

2232 RIDGE WAY
MEDFORD OR 97504 USA

LYNX_00000241
Exhibit 7
Page 4 of 7



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true,correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

CRAIG ROBINSON

**TITLE**

AUTHORIZED REPRESENTATIVE

**DATE**

04-26-2023

LYNX_00000242
Exhibit 7
Page 5 of 7

# Business Registry Business Name Search

## Business Entity Data

New Search     10-24-2024 15:15

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 151940-95 | ABN | ACT | | 05-29-2003 | 05-29-2025 | |

| Entity Name | SUPERIOR FENCING |
|---|---|
| Foreign Name | |
| Affidavit? | N |

## Associated Names

New Search

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 2232 RIDGE WAY | | | |
| Addr 2 | | | | |
| CSZ | MEDFORD | OR | 97504 | Country UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| Type | REP | AUTHORIZED REPRESENTATIVE | Start Date | 05-29-2003 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | CRAIG | | ROBINSON | | | |
| Addr 1 | 2232 RIDGE WAY | | | | | |
| Addr 2 | | | | | | |
| CSZ | MEDFORD | OR | 97504 | | Country | UNITED STATES OF AMERICA |

| Type | REG | REGISTRANT | | |
|---|---|---|---|---|
| Of Record | 277154-99 | SUPERIOR FENCING LLC | | |
| Addr 1 | 2232 RIDGE WAY | | | |
| Addr 2 | | | | |
| CSZ | MEDFORD | OR | 97504 | Country UNITED STATES OF AMERICA |

## Name History

New Search

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR FENCING | EN | CUR | 05-29-2003 | |

Please read before ordering Copies.

New Search    ## Summary History

LYNX_00000243
Exhibit 7
Page 6 of 7

10/24/24, 3:15 PM                                          Business Registry Business Name Search

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| ◉ | RENEWAL OF REGISTRATION | 04-26-2023 | | FI | | |
| | RENEWAL PAYMENT | 04-21-2021 | | SYS | | |
| | RENEWAL PAYMENT | 04-29-2019 | | SYS | | |
| | RENEWAL PAYMENT | 05-02-2017 | | SYS | | |
| | RENEWAL PAYMENT | 04-22-2015 | | SYS | | |
| | RENEWAL PAYMENT | 04-23-2013 | | SYS | | |
| | RENEWAL PAYMENT | 04-19-2011 | | SYS | | |
| | RENEWAL PAYMENT | 04-28-2009 | | SYS | | |
| | RENEWAL PAYMENT | 04-24-2007 | | SYS | | |
| | RENEWAL PAYMENT | 04-28-2005 | | SYS | | |
| | AMENDMENT OF REGISTRATION | 03-22-2005 | | FI | | |
| | APPLICATION FOR REGISTRATION | 05-29-2003 | | FI | Representative | |

| New Search | Counties | |
|---|---|---|
| | Counties Filed | |
| | | |
| | All Counties Filed. | |
| | | |

© 2024  Oregon Secretary of State.  All Rights Reserved.

LYNX_00000244
Exhibit 7
Page 7 of 7





**Contact Information**

541-951-2500

## Medford, OR Fence Company

### Superior Fencing, LLC

**For all your fencing needs, contact Superior Fencing.** Our company provides quality fences to residential and commercial customers in the Medford, OR area. We offer great ideas for your landscaping design.



**Our Products Include:**

- Privacy fence
- Wood fence
- Vinyl fence
- Wrought iron fence
- Trex fence

Deal directly with owners Craig Robinson and Kevin Bernhardt.

**Call Superior Fencing today at 541-951-2500. You can also reach us at 541-890-6266.**



Fence Company Medford, OR ( Oregon ) - Superior Fencing, LLC

©2010 Yellow Book USA, Inc. All Rights Reserved | Privacy Policy

LYNX_00000245
Exhibit 8
Page 1 of 17



## Complaints (Claims) History — Last 10 Years

**SUPERIOR FENCING LLC**

**License Number: 165012**

| CCB Dispute # | Type of Dispute | Open Date | Close Date | Structure | Work Type |
|---|---|---|---|---|---|
| 165012-101 | Owner | 10/27/2020 | 12/02/2020 | Residential | Remodel |
| **Dispute Status:** Settled | | **Closure Details:** Settled by On-Site Mediation | | | |

**Questions? Contact CCB Dispute Resolution Services at 503-934-2247**

BACK

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

LYNX_00000246
Exhibit 8
Page 2 of 17



### BUSINESS DETAIL

Licensee : **KEVIN LEWIS BERNHARDT & CRAIG EDWARD ROBINSON**

License No. : 155831

Date First Licensed : 6/11/2003

Entity Type : Partnership

Endorsement Type :
    General Contractor/All

Workers' Compensation/Independent Contractor Status : Exempt

Address : 2232 RIDGE WAY MEDFORD OR 97504

License Status:

Expiration Date: 6/11/2005

Phone : (541) 951-2500

### ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

### OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | None | None |
| Personal Election | None | None |

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| No Active Insurance | None | None |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | None | None | None |
| Commercial | None | None | None |

### ASSOCIATED INDIVIDUALS

| Partner | BERNHARDT, KEVIN LEWIS |
|---|---|
| Partner | ROBINSON, CRAIG EDWARD |

Click here to see past associated individuals' names.

### ASSUMED BUSINESS NAMES(S)

SUPERIOR FENCING

Click here to see past assumed business names.

BACK

Privacy - Terms

LYNX_00000247
Exhibit 8
Page 3 of 17



### BUSINESS DETAIL

Licensee : **SUPERIOR FENCING LLC**          Address : 4843 TABLE ROCK RD CENTRAL PT OR 97502

License No. : 165012                          License Status: Active

Date First Licensed : 6/6/2005                Expiration Date: 6/6/2025

Entity Type : Limited Liability Company       Phone : (541) 951-2500

Endorsement Type :
    Residential General Contractor

Workers' Compensation/Independent Contractor Status : Nonexempt

### ADDITIONAL BUSINESS LICENSES AND CERTIFICATIONS

**CERTIFIED LEAD-BASED PAINT RENOVATION (LBPR) CONTRACTOR LICENSE:** NO
*Required to bid and work on pre-1978 residential structures.*

### OTHER BUSINESS INFORMATION

**WORKERS' COMPENSATION INSURANCE INFORMATION**

| Coverage | Carrier | Policy No. |
|---|---|---|
| Employee | SAIF | 754062 |
| Personal Election | None | None |

*The CCB does not receive automatic notification of changes to workers' compensation coverage status. Current Oregon coverage status can be confirmed through the Oregon Workers' Compensation Division.*

**LIABILITY INSURANCE INFORMATION** (History)

| Company | Amount | Expiration Date |
|---|---|---|
| FEDERATED MUTUAL INS CO | $1,000,000.00 | 6/6/2025 |

**SURETY BOND INFORMATION** (History)

| Type | Company | Amount | |
|---|---|---|---|
| Residential | CONTRACTORS BONDING & INS CO | $25,000.00 | Continuous until cancelled |
| Commercial | None | None | None |

### ASSOCIATED INDIVIDUALS

| | |
|---|---|
| Member (Limited Liability Company) | BERNHARDT, KEVIN LEWIS |
| Member (Limited Liability Company) | ROBINSON, CRAIG EDWARD |
| RMI Owner | ROBINSON, CRAIG EDWARD |

Click here to see past associated individuals' names.

### ASSUMED BUSINESS NAMES(S)

SUPERIOR FENCING

Click here to see past assumed business names.

BACK

Privacy - Terms

LYNX_00000248
Exhibit 8
Page 4 of 17

10/25/24, 12:03 PM                                State of Oregon: Construction Contractors Board - Search



## Contractor License Search

Search        [ Search ]

### Search results for "superior fencing" (4 Records)



| License # | Name | License Status | Address |
|---|---|---|---|
| 155831 | SUPERIOR FENCING | | 2232 RIDGE WAY MEDFORD OR 97504 |
| 165012 | SUPERIOR FENCING | Active | 4843 TABLE ROCK RD CENTRAL PT OR 97502 |
| 165012 | SUPERIOR FENCING LLC | Active | 4843 TABLE ROCK RD CENTRAL PT OR 97502 |
| 36257 | SUPERIOR FENCING PAINTING & ROOFING | No Longer Associated | 6930 AIRWAY DR KLAMATH FALLS OR 97603-9404 |
| Page 1 of 1 | | | |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board


Privacy - Terms

LYNX_00000249
Exhibit 8
Page 5 of 17



**CCB License Summary:**

# KEVIN LEWIS BERNHARDT & CRAIG EDWARD ROBINSON

## About this Business

| | |
|---|---|
| License #: | 155831 (See also : 165012 ) |
| Status: | |
| First Licensed: | 6/11/2003 |

Learn more about this business

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | No |

## Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | No |

## Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | No |

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000250
Exhibit 8
Page 6 of 17

10/25/24, 12:04 PM                        State of Oregon: Construction Contractors Board - Search



## CCB License Summary:

# SUPERIOR FENCING LLC

### About this Business

| | |
|---|---|
| License #: | 165012 (See also : 155831 ) |
| Status: | Active |
| First Licensed: | 6/6/2005 |

Learn more about this business

### Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

### Complaint History (Covers past 10 years)

| | |
|---|---|
| Any complaints (claims) filed against this contractor? | **Yes** |

### Disciplinary History (Covers past 10 years)

| | |
|---|---|
| Any civil penalties or other sanctions (license suspensions)? | **No** |

### Administrative Suspensions (Covers past 10 years)

| | |
|---|---|
| Has the CCB ever suspended this contractor for lack of bond/insurance? | **No** |

### Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | Building Codes Division |
| Landscape Businesses Licenses | Landscape Contractor Board |
| Workers' Compensation Insurance | Department of Consumer and Business Services |

CCB Home | CCB License Search
© 2024 Oregon Construction Contractors Board

Privacy - Terms

LYNX_00000251
Exhibit 8
Page 7 of 17



**Corporation/Limited Liability Company - Information Change**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200
Please Type or Print Legibly in **Black** ink. Attach Additional Sheet If Necessary.     Fax:     (503) 378-4381

**FILED**

**REGISTRY NUMBER:** 277154-99

ENTITY TYPE: ⦿ DOMESTIC ◯ FOREIGN

**JAN 21 2020**

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request and it will be posted on our website.

OREGON
SECRETARY OF STATE

For office use only

**1. NAME OF CORPORATION OR LIMITED LIABILITY COMPANY:**

Superior Fencing LLC

**Complete only the sections that you are updating.**

**2. BUSINESS ACTIVITY**

**6. ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:**

**3. PRINCIPAL PLACE OF BUSINESS: (Street Address)**

**7. THE NEW REGISTERED AGENT HAS CONSENTED TO THIS APPOINTMENT.**

**8. THE STREET ADDRESS OF THE NEW REGISTERED OFFICE AND THE BUSINESS ADDRESS OF THE REGISTERED AGENT ARE IDENTICAL.**

**4. THE REGISTERED AGENT HAS BEEN CHANGED TO:**

The entity has been notified in writing of this change.

**9. INDIVIDUAL WITH DIRECT KNOWLEDGE** (Names and Addresses)
List the name and address of at least one individual who is a director, or controlling shareholder of the corporation (member or manager of the LLC) or an authorized representative with direct knowledge of the operations and business activities of the corporation or LLC.

**5. REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:**
Must be an Oregon Street Address, which is identical to the registered agent's office.

300 Crater Lake Ave., Ste. 202

Medford, OR 97504

**10. NAME(S) AND ADDRESS(ES)OF CORPORATE OFFICERS OR LLC MEMBERS/MANAGERS**
Corporations list the name and address of one President and one Secretary (ORS 60.787, ORS 65.787, ORS 62.455, ORS 554.315). Limited Liability Companies list the name and addresses of the managers for a manager-managed limited liability company or the name and address of at least one member for a member-managed limited liability company (ORS 63.787). Please attach a separate sheet of paper if needed.
**If making changes to this section, list all current names and addresses. This replaces what is currently on the record.**

**PRESIDENT OR OWNER(S) (MEMBERS):** (Names and Addresses)

**SECRETARY OR MANAGER(S):** (Names and Addresses)

**11. EXECUTION:** I declare as an authorized signer, under penalty of perjury, that this document does not fraudulently conceal, obscure, alter, or otherwise misrepresent the identity of any person including officers, directors, employees, members, managers or agents. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

**SIGNATURE:**

**PRINTED NAME:**

Thaddeus G. Pauck

**TITLE:**

Registered Agent

**CONTACT NAME:** (To resolve questions with this filing)

Thaddeus G. Pauck

**PHONE NUMBER:** (Include area code)

541-414-0230

Information Change 12/17)

**FEES**

SUPERIOR FENCING LLC

27715499-20748125     AAR

ie Search program.

LYNX_00000252
Exhibit 8
Page 8 of 17

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 11, 2022
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

27715499

**REGISTRATION DATE**

03/22/2005

**BUSINESS NAME**

SUPERIOR FENCING LLC

**BUSINESS**

FENCING CONTRACTOR

**MAILING ADDRESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

THADDEUS G PAUCK

300 CRATER LAKE AVE STE 202
MEDFORD OR 97504 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

CRAIG ROBINSON

2232 RIDGE WAY
MEDFORD OR 97504 USA

**MEMBER**

KEVIN BERNHARDT

331 N DE ANJOU
EAGLE POINT OR 97524 USA

LYNX_00000253
Exhibit 8
Page 9 of 17



**Corporation Division**
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.
**ELECTRONIC SIGNATURE**

**NAME**

CRAIG ROBINSON

**TITLE**

MEMBER

**DATE**

02-11-2022

LYNX_00000254
Exhibit 8
Page 10 of 17

# AMENDED ANNUAL REPORT



Corporation Division
www.filinginoregon.com

**E-FILED**
Feb 16, 2023
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

27715499

**REGISTRATION DATE**

03/22/2005

**BUSINESS NAME**

SUPERIOR FENCING LLC

**BUSINESS**

FENCING CONTRACTOR

**MAILING ADDRESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

THADDEUS G PAUCK

300 CRATER LAKE AVE STE 202
MEDFORD OR 97504 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

CRAIG ROBINSON

2232 RIDGE WAY
MEDFORD OR 97504 USA

**MEMBER**

KEVIN BERNHARDT

331 N DE ANJOU
EAGLE POINT OR 97524 USA

LYNX_00000255
Exhibit 8
Page 11 of 17



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

CRAIG ROBINSON

**TITLE**

MEMBER

**DATE**

02-16-2023

LYNX_00000256
Exhibit 8
Page 12 of 17

# AMENDED ANNUAL REPORT



Corporation Division
sos.oregon.gov/business

**E-FILED**
Feb 20, 2024
**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

27715499

**REGISTRATION DATE**

03/22/2005

**BUSINESS NAME**

SUPERIOR FENCING LLC

**BUSINESS ACTIVITY**

FENCING CONTRACTOR

**MAILING ADDRESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

4843 TABLE ROCK RD
CENTRAL POINT OR 97502 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

THADDEUS G PAUCK

300 CRATER LAKE AVE STE 202
MEDFORD OR 97504 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

KEVIN BERNHARDT

7835 SKYCREST DR
KLAMATH FALLS OR 97601 USA

**MEMBER**

CRAIG ROBINSON

2232 RIDGE WAY
MEDFORD OR 97504 USA

LYNX_00000257
Exhibit 8
Page 13 of 17



Corporation Division

sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

CRAIG ROBINSON

**TITLE**

MEMBER

**DATE**

02-20-2024

LYNX_00000258
Exhibit 8
Page 14 of 17

# Business Registry Business Name Search

New Search            ## Business Entity Data            **10-24-2024**
                                                          **15:15**

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 277154-99 | DLLC | ACT | OREGON | 03-22-2005 | 03-22-2025 | |
| **Entity Name** | SUPERIOR FENCING LLC | | | | | |
| **Foreign Name** | | | | | | |

New Search            ## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 4843 TABLE ROCK RD | | | |
| **Addr 2** | | | | |
| **CSZ** | CENTRAL POINT | OR | 97502 | **Country** UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | **Start Date** | 03-22-2005 | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | THADDEUS | G | PAUCK | | | |
| **Addr 1** | 300 CRATER LAKE AVE STE 202 | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | MEDFORD | OR | 97504 | | **Country** UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Addr 1** | 4843 TABLE ROCK RD | | | |
| **Addr 2** | | | | |
| **CSZ** | CENTRAL POINT | OR | 97502 | **Country** UNITED STATES OF AMERICA |

| Type | MEM | MEMBER | | **Resign Date** | |
|---|---|---|---|---|---|
| **Name** | CRAIG | ROBINSON | | | |
| **Addr 1** | 2232 RIDGE WAY | | | | |
| **Addr 2** | | | | | |
| **CSZ** | MEDFORD | OR | 97504 | **Country** UNITED STATES OF AMERICA | |

| Type | MEM | MEMBER | | **Resign Date** | |
|---|---|---|---|---|---|
| **Name** | KEVIN | BERNHARDT | | | |
| **Addr 1** | 7835 SKYCREST DR | | | | |
| **Addr 2** | | | | | |
| **CSZ** | KLAMATH FALLS | OR | 97601 | **Country** UNITED STATES OF AMERICA | |

LYNX_00000259
Exhibit 8
Page 15 of 17

10/24/24, 3:15 PM                                    Business Registry Business Name Search

<u>New Search</u>                              Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SUPERIOR FENCING LLC | EN | CUR | 03-22-2005 | |

Please <u>read</u> before ordering <u>Copies</u>.

<u>New Search</u>                              Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 🖼 | AMENDED ANNUAL REPORT | 02-20-2024 | | FI | | |
| 🖼 | AMENDED ANNUAL REPORT | 02-16-2023 | | FI | | |
| 🖼 | AMENDED ANNUAL REPORT | 02-11-2022 | | FI | | |
| | ANNUAL REPORT PAYMENT | 02-22-2021 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-07-2020 | | SYS | | |
| 🖼 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 01-21-2020 | | FI | | |
| | ANNUAL REPORT PAYMENT | 02-12-2019 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-21-2018 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-14-2017 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-19-2016 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-18-2015 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-13-2014 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-22-2013 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-15-2012 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-17-2011 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-10-2010 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-16-2009 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-22-2008 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 02-21-2007 | | SYS | | |

LYNX_00000260
Exhibit 8
Page 16 of 17

10/24/24, 3:15 PM                                     Business Registry Business Name Search

| | AMENDED ANNUAL REPORT | 03-15-2006 | | FI | | |
|---|---|---|---|---|---|---|
| | ARTICLES OF ORGANIZATION | 03-22-2005 | | FI | Agent | |

© 2024  Oregon Secretary of State.  All Rights Reserved.

LYNX_00000261
Exhibit 8
Page 17 of 17



**Superior Fence & Rail of Treasure Valley, LLC. (3839925)** ✕
Limited Liability Company (D)

Request Certificate

| | |
|---|---|
| *Filing Type* | Limited Liability Company (D) |
| *Status* | Active-Existing |
| *Formed In* | IDAHO |
| *Term of Duration* | Perpetual |
| *Principal Address* | 20990 SIMPLOT BLVD<br>GREENLEAF, ID 83626 |
| *Mailing Address* | 20990 SIMPLOT BLVD<br>GREENLEAF, ID 83626-9102 |
| *Initial Filing Date* | 04/08/2020 |
| *AR Due Date* | 04/30/2026 |
| *Registered Agent* | Noncommercial<br>0246915<br>David M Damrath<br>20990 SIMPLOT BOULEVARD<br>GREENLEAF, ID  83626 |

View History

LYNX_00188301
Exhibit 9
Page 1 of 6



| | |
|---|---|
| Document title: | Search \| Idaho Secretary of State |
| Capture URL: | https://sosbiz.idaho.gov/search/business |
| Page loaded at (UTC): | Wed, 03 Jun 2026 17:48:21 GMT |
| Capture timestamp (UTC): | Wed, 03 Jun 2026 17:48:23 GMT |
| Capture tool: | 10.81.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.81.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| Capture ID: | 5a03595c-f159-4354-be9f-54f905be17f8 |

PDF REFERENCE #:    cWT5BULBxXZQjXH7r8KQ2r

Exhibit 9
Page 2 of 6



Document title: Search | Idaho Secretary of State
Capture URL: https://sosbiz.idaho.gov/search/business
Capture timestamp (UTC): Wed, 03 Jun 2026 17:48:23 GMT



| | |
|---|---|
| Document title: | Search \| Idaho Secretary of State |
| Capture URL: | https://sosbiz.idaho.gov/search/business |
| Page loaded at (UTC): | Wed, 03 Jun 2026 17:44:58 GMT |
| Capture timestamp (UTC): | Wed, 03 Jun 2026 17:45:00 GMT |
| Capture tool: | 10.81.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.81.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| Capture ID: | daee0660-b74e-4c47-a570-a9c210bc4284 |

PDF REFERENCE #:    n4uc9a2t4yPsL8gmdLU1K8

Exhibit 9
Page 4 of 6



Document title: Search | Idaho Secretary of State
Capture URL: https://sosbiz.idaho.gov/search/business
Capture timestamp (UTC): Wed, 03 Jun 2026 17:45:00 GMT

Exhibit 9
Page 5 of 6



## History

| Amendment Type **Annual Report** | Field Name | Changed From | Changed To |
|---|---|---|---|
| Control ID **0006168832** | Annual Report Due Date | 4/30/2025 12:00:00 AM | 4/30/2026 12:00:00 AM |
| Date **3/24/2025** | Party Removed | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 | |
| Image Download Download | Party Added | | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 |

### Annual Report - 3/5/2024

| Amendment Type **Annual Report** | Field Name | Changed From | Changed To |
|---|---|---|---|
| Control ID **0005635492** | Annual Report Due Date | 4/30/2024 12:00:00 AM | 4/30/2025 12:00:00 AM |
| Date **3/5/2024** | Party Removed | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 | |
| Image Download Download | Party Added | | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 |

### Annual Report - 3/5/2023

| Amendment Type **Annual Report** | Field Name | Changed From | Changed To |
|---|---|---|---|
| Control ID **0005137559** | Annual Report Due Date | 4/30/2023 12:00:00 AM | 4/30/2024 12:00:00 AM |
| Date **3/5/2023** | Party Removed | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 | |
| Image Download Download | Party Added | | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 |

### Annual Report - 3/10/2022

| Amendment Type **Annual Report** | Field Name | Changed From | Changed To |
|---|---|---|---|
| Control ID **0004652599** | RA Changed | ADAM LITTLE 1111 W JEFFERSON ST #530 BOISE, ID 83702 | David M Damrath 20990 SIMPLOT BOULEVARD GREENLEAF, ID 83626 |
| Date **3/10/2022** | Annual Report Due Date | 4/30/2022 12:00:00 AM | 4/30/2023 12:00:00 AM |
| Image Download Download | Party Removed | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 | |
| | Party Added | | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 |

### Annual Report - 3/3/2021

| Amendment Type **Annual Report** | Field Name | Changed From | Changed To |
|---|---|---|---|
| Control ID **0004190917** | Annual Report Due Date | 4/30/2021 12:00:00 AM | 4/30/2022 12:00:00 AM |
| Date **3/3/2021** | Party Removed | Governor: David M. Damrath 20990 MAIN STREET GREENLEAF, ID 83626 | |
| Image Download Download | Party Added | | Member: David M Damrath 20990 MAIN STREET GREENLEAF, ID 83626 |

### Initial Filing - 4/8/2020

| Amendment Type **Initial Filing** | | | |
|---|---|---|---|
| Control ID **0003839925** | | | |
| Date **4/8/2020** | | | |
| Image Download Download | | | |

Document title: Search | Idaho Secretary of State
Capture URL: https://sosbiz.idaho.gov/search/business
Capture timestamp (UTC): Wed, 03 Jun 2026 17:45:00 GMT

Exhibit 9
Page 6 of 6



## SUPERIOR FENCE & CONSTRUCTION, INC. (328295)

Foreign Business Corporation    ✕

**Request Certificate**

| | |
|---|---|
| *Filing Type* | Foreign Business Corporation |
| *Foreign Name* | SUPERIOR FENCE & CONSTRUCTION, INC. |
| *Status* | Inactive-Revoked (Administrative) |
| *Formed In* | OREGON |
| *Term of Duration* | Perpetual |
| *Principal Address* | 10001 SE POWELL BLVD PORTLAND, OR 97266 |
| *Mailing Address* | 10001 SE POWELL BLVD PORTLAND, OR 97266 |
| *Initial Filing Date* | 05/23/1994 |
| *Inactive Filing Date* | 02/06/1998 |
| ❗ *AR Due Date* | N/A |
| *Registered Agent* | Noncommercial 0000000 NO AGENT AGENT RESIGNED OR INVALID BOISE, ID  83702 |

**View History**

LYNX_00188300
Exhibit 10
Page 1 of 5



| | |
|---|---|
| Document title: | Search \| Idaho Secretary of State |
| Capture URL: | https://sosbiz.idaho.gov/search/business |
| Page loaded at (UTC): | Wed, 03 Jun 2026 17:47:02 GMT |
| Capture timestamp (UTC): | Wed, 03 Jun 2026 17:47:04 GMT |
| Capture tool: | 10.81.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.81.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| Capture ID: | 5b8824de-b617-43d9-8c9a-f2bf6406dd1d |

PDF REFERENCE #:     sQCwFXSqgbCYFboza8YiDf

Exhibit 10
Page 2 of 5



Document title: Search | Idaho Secretary of State
Capture URL: https://sosbiz.idaho.gov/search/business
Capture timestamp (UTC): Wed, 03 Jun 2026 17:47:04 GMT

Page 1 of 1

Exhibit 10
Page 3 of 5



| | |
|---|---|
| Document title: | Search \| Idaho Secretary of State |
| Capture URL: | https://sosbiz.idaho.gov/search/business |
| Page loaded at (UTC): | Wed, 03 Jun 2026 17:46:19 GMT |
| Capture timestamp (UTC): | Wed, 03 Jun 2026 17:46:21 GMT |
| Capture tool: | 10.81.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.81.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| Capture ID: | d39bd57b-90df-4bc5-86fb-47408aac0348 |

PDF REFERENCE #:      wp7D1Wew4yZhP4MypEvXNT

Exhibit 10
Page 4 of 5



### History

**Annual Report** - *7/20/1996*

Amendment Type
**Annual Report**

Control ID
**0002383389**

Date
**7/20/1996**

Image Download
**Download**

**Annual Report** - *8/4/1995*

Amendment Type
**Annual Report**

Control ID
**0002383387**

Date
**8/4/1995**

Image Download
**Download**

**Legacy Amendment** - *7/27/1995*

Amendment Type
**Legacy Amendment**

Control ID
**0002383386**

Date
**7/27/1995**

Image Download
**Download**

**Annual Report** - *7/14/1994*

Amendment Type
**Annual Report**

Control ID
**0002383385**

Date
**7/14/1994**

Image Download
**Download**

**Initial Filing** - *5/23/1994*

Amendment Type
**Initial Filing**

Control ID
**0000328295**

Date
**5/23/1994**

Image Download
**Download**

Document title: Search | Idaho Secretary of State
Capture URL: https://sosbiz.idaho.gov/search/business
Capture timestamp (UTC): Wed, 03 Jun 2026 17:46:21 GMT

Page 1 of 1

Exhibit 10
Page 5 of 5

Transcript of Greg Heath
Conducted on March 17, 2026

1 (1 to 4)

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

LYNX FRANCHISING INTELLECTUAL      )
PROPERTY, LLC, a Delaware          )
limited liability company,         )
                                   )
          Plaintiff,               )
                                   ) Case No.
     -vs-                          ) 3:25-cv-
                                   ) 00150-MC
SUPERIOR FENCE AND CONSTRUCTION,   )
INC., an Oregon corporation,       )
                                   )
          Defendant.               )
-----------------------------------)

     DEPOSITION OF GREG HEATH, taken at

760 SW Ninth Avenue, Suite 3000, Portland, Oregon,

commencing at 11:23 a.m., March 17, 2026, before

Michele L. Proesch, Certified Shorthand Reporter

(via Zoom).

**Page 2**

               APPEARANCES

ELLIOTT J. WILLIAMS, of the firm of Stoel Rives LLP,
760 SW Ninth Avenue, Portland, OR  97205 , appeared
on behalf of the Plaintiff.


SCOTT E. DAVIS, of the firm of Klarquist Sparkman,
LLP, 121 SW Salmon Street, Suite 1600, Portland, OR
97204, appeared on behalf of the Defendant.

**Page 3**

                    INDEX

Witness            Attorney           Page

Greg Heath         Mr. Williams          5




Exhibits                                  M

1 - Defendant's Notice of ORCP 39 C(6)
      Deposition of Plaintiff              212

2 - Plaintiff's 30(B)(6) Notice to
      Defendant                            212

3 - The Yellow Pages ads for Superior
      Fence & Construction, November
      1992/1993                            212

4 - Yelp advertising photographs for
      Superior Fence & Construction        212

5 - Yellow Page ad for Superior Fence &
      Construction                         212

6 - Page from Superior Fence &
      Construction's website               212

7 - Houzz page for Superior Fence &
      Construction                         212

8 - YouTube page for Superior Fence &
      Construction - Portland              212

9 - Super Fence & Construction's best
      boards                               212

10 - Web page, "About the Pulse Award"     212

11 - AEC web page, "Your Official Best of
      AEC Oregon Resource"                 212

12 - Northwest Pet & Companion Fair 2002
      advertisement                        212

   - 2003 Portland Home & Garden Show
      advertisement                        212

**Page 4**

   - Photographs at the Portland Home &

      Garden Show                          212
   - Photographs from the 1990's           212
   - Trade and Service Marks - Registration,
      4/28/25, Registry Number 53565       212

   - Trade and Service Marks - Registration,

      4/28/25, Registry Number             212
   - Oregon Secretary of State Corporation
      Division Business Entity Data         212

   - E-mail, 1/11/26                        212

Exhibit 11
Page 1 of 7

**57**

A. I'd have to do research.
BY MR. WILLIAMS:
Q. Okay, so in terms of 2010 to 2020 you're not sure whether the 90/10 balance applies to that timeframe?
A. I'd have to do research.
Q. Would Karen Bunn have a better understanding through her access to the financial records of the balance of commercial and residential?
A. No. She's more of a number person.
Q. Have you provided repair service from day one of your company?
A. Yes.
Q. Okay. Has it been a significant portion of your business at any time?
MR. DAVIS: Objection, vague.
A. No.
BY MR. WILLIAMS:
Q. Okay, so the repair services, you have offered them from the 1990s to the present, but at no time during that range has it been a significant portion of the company's business; correct?
MR. DAVIS: Objection, vague.
A. Correct.
BY MR. WILLIAMS:
Q. You talked earlier about the retail sales of fencing

**58**

materials.
Has there been much change in the kinds of fencing materials you sell through retail over the years?
MS. DAVIS: Objection, vague.
A. No.
BY MR. WILLIAMS:
Q. So vinyl fencing, you were selling that from the time you moved into the Powell Boulevard location in 1990?
A. I do not recall that.
Q. How about chain-link fencing?
A. Absolutely.
Q. How about cedar plank fencing?
A. Absolutely.
Q. How about metal fencing?
A. Ornamental steel?
Q. Yes.
A. Yes.
Q. Since the 1990s?
A. Not out of my house.
Q. But since the 1990s moving to the Powell Boulevard location you have been selling ornamental steel fencing at retail?
A. From what I recall.

**59**

Q. Has your service area changed at all over the years?
MR. DAVIS: Objection, vague.
A. As far as installs?
BY MR. WILLIAMS:
Q. Let's start with installs, yes.
A. Yes.
Q. How?
A. From Portland metro to Montana, Idaho, Washington, Oregon. Did I say Idaho?
Q. Yes. How many installations did you do in Idaho on an annual basis?
A. I'd have to get the research.
Q. Is it pretty consistently, like once a month, you're sending a crew to Idaho?
A. No.
Q. More than once a year?
A. It was but not recently.
Q. Okay. When was it more than once a year?
A. Oh, I think it was in the 2000s.
Q. Is that a particular customer who kept -- kept you coming back to Idaho?
A. Yes.
Q. Do you remember who it was?
A. I do not.
Q. Okay.

**60**

A. They're out of business now.
Q. It was a commercial customer?
A. It was.
Q. How about Montana, do you send a crew to Montana every month?
A. No.
Q. At least once a year?
A. Not anymore.
Q. When was the timeframe that you were sending a crew to Montana at least once a year?
A. It was in 2000.
Q. Was it the same customer as in Idaho?
A. No.
Q. Okay. Was it for a particular customer?
A. It was.
Q. Do you remember the name?
A. BPA.
Q. Is that --
A. Bonneville Power Administration.
Q. Do you still do work for BPA in Montana?
A. No.
Q. Have you done any work in Montana for any customer in the last three years?
A. Not that I'm aware of.
Q. How about in Idaho?

Exhibit 11
Page 2 of 7

A.  Not that I'm aware of.
Q.  You mentioned the state of Washington.  So outside of the Portland metro area -- You mentioned you'd consider Clark County to be part of the Portland metro area, but do you send an installation crew at least once a month to parts of Washington outside of Clark County?
    MR. DAVIS:  Objection, vague.
A.  Sometimes.
    BY MR. WILLIAMS:
Q.  In 2025 did you send an installation crew at least once monthly to Washington state outside of Clark County?
A.  I'd have to check.
Q.  Where would you check?
A.  That's recent enough where I could look at the sales and pull it.
Q.  Is that a spreadsheet?
A.  Yes.
Q.  Is it also a physical book?
A.  No.
Q.  Is it also like a dashboard on a software that you could look at to pull up the sales information?
A.  No.
Q.  It's just a spreadsheet?

A.  (Nods head.)
Q.  Who maintains that spreadsheet?
A.  Karen and Megan.
Q.  Is that Megan Heath?
A.  Yes.
Q.  What's her relation to you, if any?
A.  She's my daughter-in-law.
Q.  What's her role at your company?
A.  Admin assistant.
Q.  How long has she been in that role?
A.  Well, if I had to guess, I'd say eight years, since my granddaughter was born.
Q.  That's a good way to remember how long.
A.  (Nods head.)
Q.  And how long has Karen Bunn been your office manager?
A.  She started out admin.  I'd have to research that.  I'd be guessing.
Q.  So it sounds like she had a different role at your company before she became your office manager?
A.  Correct.
Q.  Has she been at your company in some capacity for more than ten years?
A.  Yes.
Q.  You mentioned that in order to see how often you did

installations in Washington, outside of Clark County, you'd go look at the sales book for 2025.
    What about before 2025, where would you look for information about installations in Washington?
    MR. DAVIS:  Objection, vague.
A.  Probably the same sheet.
    BY MR. WILLIAMS:
Q.  Okay.  How far back does that sheet go?
A.  I don't know.
Q.  That -- That would be your starting point for recent years?
A.  Correct.
Q.  If the information wasn't in the sales book, where would you look next?
A.  Accounting data.
Q.  Would that be information retained by Mr. Holland, the retired CPA?
A.  For the financials.
Q.  Okay.  What other accounting data would you have other than being prepared by Mr. Holland?
    MR. DAVIS:  Objection, vague.
A.  We have Sage 50 accounting system.
    BY MR. WILLIAMS:
Q.  And that would have historical financial information

for the company?
A.  Correct.
Q.  Is Sage 50 the system you use currently?
A.  It is.
Q.  And how long have you used that system?
A.  Full time this year.
Q.  Okay, so before this year how was it different?
A.  We had Quicken and then the last quarter was Sage 50.
Q.  Okay.  Did all the Quicken then get imported into the Sage 50 system when you transitioned?
A.  No.
Q.  So for historical data would you be able to find it in Sage 50?
    MR. DAVIS:  Objection, vague.
A.  Not for the first three quarters.  I'd have to go to -- I'd have to go to Quicken.
    BY MR. WILLIAMS:
Q.  Okay.  If you were looking back, say, five years or more for data about installations in Washington, would you look at Quicken?
A.  No.
Q.  Where would you look?
A.  We had different -- We had different software.  I can't remember what it was; BusinessWorks 12.

85

know.

A. To my knowledge -- I am not an attorney, so I have no legal opinion on this.

Q. I was just asking you about your trademark, though, and whether you have any other trademarks that are being advertised in this ad.

A. It's a -

MR. DAVIS: Same objection.

THE WITNESS: Sorry.

A. It's a legal question. I don't -- I'm not an attorney.

BY MR. WILLIAMS:

Q. Okay. All right. Please go ahead and turn the page to -- I believe the next page has SUPERIOR_FENCE-61 in the footer.

Do you see that?

A. I do.

Q. The next five pages, which were labeled in the footer as 61, 62, 63, 64, and 65, all appear to be from another Yellow Pages book dated 2025 (sic)?

MR. DAVIS: I think you misspoke, Counsel.

BY MR. WILLIAMS:

Q. 20- -- 2005. Do you see your Yellow Pages ad on the last page of this set of the one that's labeled 65 in the footer?

86

A. I do.

Q. Does this look like an ad that you would have run in 2005?

A. We did.

Q. In 2005 would you say that Yellow Pages was still the primary form of advertising that your company used?

MR. DAVIS: Objection, vague.

A. Possible.

BY MR. WILLIAMS:

Q. Is there another form of advertising that may have eclipsed Yellow Pages by this point in time?

MR. DAVIS: Objection, vague.

A. Not eclipsed, but this was one way of advertising.

BY MR. WILLIAMS:

Q. Okay. A still very important one for your company?

A. I believe so.

Q. Can you think of any other form of advertising in 2005 that was more important to your company than the Yellow Pages?

MR. DAVIS: Objection, vague.

A. Not that I recall.

BY MR. WILLIAMS:

Q. At the top of this advertisement there is some text that seems kind of like a slogan. It says, "A

87

Superior Fence at an Affordable Price."

Do you see that?

A. Correct.

Q. Is that your company's slogan?

A. We really didn't call it a slogan, but I guess it could be termed that.

Q. What did you call it?

A. Just a phrase, a jingle.

Q. It was a phrase that your company used repeatedly in advertising?

MR. DAVIS: Objection, vague.

A. In the beginning, I believe.

BY MR. WILLIAMS:

Q. This was in 2005.

A. Right.

Q. So was -- was that still the beginning of the company?

MR. DAVIS: Objection, vague, asked and answered.

A. Yes.

BY MR. WILLIAMS:

Q. 2005 is still the beginning?

A. No; no. I'm sorry. We used it in 2005.

Q. Okay. I didn't see it on the earlier advertisements.

88

A. I didn't either.

Q. Your answer?

A. I didn't either.

Q. Okay. Do you recall why the company selected this phrase for this advertisement?

A. Again, it was our brand name.

Q. "A Superior Fence at an Affordable Price"?

A. We were --

MR. DAVIS: Vague.

A. We were Superior Fence. That was our brand.

BY MR. WILLIAMS:

Q. Okay. Was it around 2005 that that became your brand?

MR. DAVIS: Objection, vague.

A. Superior Fence is part of our brand.

BY MR. WILLIAMS:

Q. Are --

A. Superior Fence has been in since 1990. Superior Fence has been part of our brand.

Q. Okay, and by "brand" you're referring to Superior Fence & Construction?

A. Right. That term (indicating) Superior Fence is part of our branding.

Q. Okay; so just so I make clear, Superior Fence & Construction you referred to earlier as your brand

Exhibit 11
Page 4 of 7

Transcript of Greg Heath
Conducted on March 17, 2026

173

MR. DAVIS: Objection, form. I think counsel mis- -- misspoke as to the company name at the beginning of the question, but it may not matter to the witness.

A. I didn't have good legal advice.

BY MR. WILLIAMS:

Q. Any other reasons?

A. I didn't know better. I claim ignorance. I mean, I really didn't know. I should have had better legal advice.

Q. So in 2025 you did apply to register a trademark. Is that because you found out that that would be a good thing to do?

A. I had good legal advice.

Q. And -- And what was the impetus for applying for a trademark registration in 2025?

MR. DAVIS: And I'll caution the witness not to reveal the substance of communications with counsel, but if you have an answer otherwise, you may answer.

A. My answer would be the same thing. I had good legal advice.

BY MR. WILLIAMS:

Q. Okay. Who was responsible for applying for a trademark for your company?

A. I don't recall which attorney.

174

Q. Who -- Which nonattorney was responsible for getting it done? Was that you?

A. Uh-huh; yes, yes.

Q. I'm going to show you Exhibit -- what we'll mark as Exhibit 16. This document is labeled SUPERIOR_FENCE-1417 through 1419. Do you recognize this document, Mr. Heath?

A. Yes.

Q. What is it?

A. It's an application for the trademark.

Q. If you flip over to the second page of this exhibit, you'll see an image. Is that your logo shown?

A. It is one of them.

Q. Okay. Is that the logo you planned to register as a trademark?

A. Yes.

Q. Do you have an understanding of why this logo was selected? Was there any other logo you used?

MR. DAVIS: Objection. I want to make sure the witness doesn't reveal the substance of communications with any counsel, but otherwise if you have an answer, you can answer.

A. My guess would be it's the most current one.

175

BY MR. WILLIAMS:

Q. And you continue to use this logo today; correct?

A. Yes.

Q. Do you have any plans in the works to redesign your logo?

A. Not at the moment.

Q. Do you have any reason to redesign your logo currently?

A. Not at the moment.

Q. Do you want to redesign your logo?

A. Not at the moment.

Q. Okay. I hand you Exhibit 17 also.

MR. WILLIAMS: You can set that one aside.

THE WITNESS: (Witness complied.)

Q. This document has in the footer SUPERIOR_FENCE-1420 to 1421. Do you recognize this document?

A. Yes.

Q. What is it?

A. I believe it's the trademark sign for a proof.

Q. For the same logo we just looked at?

A. I don't really see the logo other than my sign.

Q. So looking on page 1 of this exhibit, the one that has the number 1420 in the bottom footer, if you look next to the number 5 in the form that's filled

176

out where it says, "Description of Trade or Service Mark," it reads the words, "SUPERIOR FENCE & CONSTRUCTION." Do you see that?

A. I do.

Q. Is it your understanding that this is a trademark application for the words "Superior Fence & Construction"?

A. Yes.

Q. Between this Exhibit 17 and the one we just looked at in Exhibit 16 are these all of the trademark applications that you filed on behalf of Superior Fence & Construction?

A. That I'm aware of.

Q. And you would be aware if your company sought a trademark registration; correct?

A. Correct.

Q. Okay, so just these two.

A. I believe so.

Q. Okay. I noticed that your company didn't seek to register "Superior Fence." Do you have an understanding of why your company did not seek to register Superior Fence?

A. Well, I'm not an attorney, but I assumed that I had the right to use all three of these words. Since

Exhibit 11
Page 5 of 7

**177**

1990 I've owned 'em, I've used 'em continuously for all these years, and I assumed "Superior Fence & Construction" or "Superior Fence," I had the right to use since 1990. They're mine. I've owned 'em, registered 'em with the Secretary of State, CCB; just it's my name.

Q. Any other reasons that you understand -- that form your understanding for not seeking to register "Superior Fence"?

A. I guess I did not know I had to. I thought this (indicating) covered me.

Q. Any other reasons that form your understanding of why your company did not seek to register "Superior Fence"?

A. No.

Q. Are you aware, Mr. --

MR. WILLIAMS: You can set that aside for the moment.

THE WITNESS: (Complied.)

Q. -- of Richard Graham in Klamath Falls?

A. I have heard the name.

Q. Have you talked to him?

A. No, I don't know him personally.

Q. How have you heard of his name?

A. Through conversations with other people and -- and I

**178**

have looked at the owner's web for the CCB.

Q. What did you find there?

MR. DAVIS: Objection, vague.

A. Yeah, I don't remember.

BY MR. WILLIAMS:

Q. What were you looking for when you looked at Richard Graham in the Construction Contract report?

A. I was just looking up the term "Superior Fence," see who had it.

Q. And you saw that Mr. Graham had it?

MR. DAVIS: Objection.

A. No, I -- I saw he had a business, and it doesn't say anything about Superior Fence at all. There is no evidence of anything Superior Fence.

BY MR. WILLIAMS:

Q. And that's in the CCB?

A. Correct.

Q. So it's not your understanding that he registered a business through Superior Fence?

MS. DAVIS: Objection, vague.

A. I believe what I read was 1989 -- or, I mean, 1998, '90- -- I'd have to look. It was a couple months ago.

BY MR. WILLIAMS:

Q. It was a couple months ago that you did the

**179**

research?

A. I didn't do the research. I was just curious. I just looked it up. If I did the research, I'd have an answer, but, yes, his name was there. He had a business, CCB sometime with no name attached to it, so --

Q. Are you aware if your business had ever received any calls directed to Superior Fence in Klamath Falls associated with Mr. Graham?

A. My answer would be I'm not 100 percent sure, but, no, I'm not aware of anything. Nobody's going to call from Klamath Falls for us to come down there and do a job.

Q. I thought you said that your company services all of Oregon.

A. It does, but if it's a ten-foot job, they're not going to hire us.

Q. Why do you assume it would be a ten-foot job?

A. I'm just saying a ten-foot job doesn't make sense.

Q. Oh, but other jobs might make sense?

A. Absolutely. We've done work in Ashland.

Q. Ashton?

A. Klamath Falls, sorry. They're close.

Q. When did you first learn about Superior Fence in Klamath Falls?

**180**

MR. DAVIS: Objection, vague, calls for a -- Sorry. Objection, vague, assumes facts.

A. And I don't recall.

BY MR. WILLIAMS:

Q. You mentioned that you looked it up a couple months ago; right?

A. Yes.

MR. DAVIS: Objection, vague, misstates the prior testimony.

BY MR. WILLIAMS:

Q. Had you known about Superior Fence in Klamath Falls before you looked it up a couple months ago?

MR. DAVIS: Same objections.

A. Yes, but I don't know when I was aware of them. We had never ran across them. They don't run across us.

BY MR. WILLIAMS:

Q. Did you become aware of them before you became aware of Superior Fence & Rail?

MR. DAVIS: Objection, vague, assumes facts.

A. I believe so. I'm not positive, but I believe so.

BY MR. WILLIAMS:

Q. Do you recall any of the circumstances in which you became aware of them?

A. Not at all.

Exhibit 11
Page 6 of 7

213

CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter of the State of Iowa, do hereby certify that there came before me at the time, date, and place hereinbefore indicated, the witness named on the caption sheet hereof, who was by me duly sworn to testify to the truth of said witness's knowledge touching and concerning the matters in controversy in this cause; that the witness was thereupon examined under oath, the examination taken down by me in shorthand, and later reduced to Computer-Aided Transcription under my supervision and direction, and that the deposition is a true record of the testimony given and of all objections interposed to the best of my ability.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

Dated at Clarence, Iowa, this 17th day of March, 2026.

_____
CERTIFIED SHORTHAND REPORTER



Superior Fence and Supply
(5120849)
Assumed Business Name

| Filing Type | Assumed Business Name |
|---|---|
| Status | Active-Current |
| Formed In | IDAHO |
| Term of Duration | Perpetual |
| Principal Address | N/A |
| Mailing Address | 836 E 1400 N SHELLEY, ID 83274-5141 |
| Initial Filing Date | 02/21/2023 |

View History

LYNX_00188303
Exhibit 12
Page 1 of 7

 


0005120849



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**CERTIFICATE OF ASSUMED BUSINESS NAME (ABN)**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $25.00

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: 0005120849 |
| Date Filed: 2/21/2023 9:56:15 AM |

| Assumed Business Name | |
| --- | --- |
| Select one: Standard, Expedited or Same Day Service (see descriptions below) | Standard (filing fee $25) |

| The assumed business name under which the undersigned uses in the transaction of business is: | |
| --- | --- |
| Entity name | Superior Fence and Supply |

| Type of Business | |
| --- | --- |
| The general type of business conducted under the assumed business name is: | Wholesale Trade |

| Mailing Address for future correspondence: | |
| --- | --- |
| Address | 836 E 1400 N<br>SHELLEY, ID 83274-5141 |

**ABN Owners**

| Name | Address |
| --- | --- |
| SUPERIOR PRODUCTS, L.L.C.<br>Limited Liability Company (D) | 836 E.  1400 N.<br>SHELLEY, ID 83274 |
| Gary H. Longhurst Mr. | 836 E.  1400 N.<br>SHELLEY, ID 83274 |
| Connie Longhurst Ms. | 836 E.  1400 N.<br>SHELLEY, ID 83274 |

Signature:

*Gary H. Longhurst*                                                    *02/21/2023*

Sign Here                                                                    Date

Page 1 of 1

Page 1 of 1

B0779-8451 02/21/2023 10:02 AM Received by Office of the Idaho Secretary of State

Exhibit 12
Page 2 of 7



| | |
|---|---|
| Filing Type | Assumed Business Name |
| Status | Active-Current |
| Formed In | IDAHO |
| Term of Duration | Perpetual |
| Principal Address | N/A |
| Mailing Address | 836 E 1400 N<br>SHELLEY, ID 83274 |
| Initial Filing Date | 02/22/2007 |



View History

LYNX_00188305

Exhibit 12

Page 3 of 7

228

**FILED EFFECTIVE**



# CANCELLATION OR AMENDMENT
# OF CERTIFICATE OF
# ASSUMED BUSINESS NAME

**2017 SEP -8  AM 8: 37**

SECRETARY OF STATE
STATE OF IDAHO

1.  The assumed business name is: Superior Fence, LLC

2.  The assumed business name was filed with the Secretary of State's Office
    on Feb. 22, 2007 as file number D108524 .

3.  ☐ Cancellation. The persons who filed the certificate no longer claim an interest in the above
    assumed business name and cancel the certificate in its entirety.

4.  ☒ The assumed business name is amended to: Superior Fence

5.  ☐ The true names and business addresses of the entity or individuals doing business under the
    assumed business name are amended as follows:

    **Add:** ☐ **Delete:** ☐ _____
    (Name)                          (Address)

    **Add:** ☐ **Delete:** ☐ _____
    (Name)                          (Address)

    **Add:** ☐ **Delete:** ☐ _____
    (Name)                          (Address)

6.  ☒ The type of business is amended to:

    ☒ Retail Trade      ☒ Manufacturing      ☐ Transportation and Public Utilities
    ☒ Wholesale Trade   ☐ Agriculture        ☐ Mining
    ☐ Services          ☐ Construction       ☐ Finance, Insurance, and Real Estate

7.  ☐ Amend mailing address for future
       correspondence to:

    _____
    (Name)

    _____
    (Address)

    _____
    (City)          (State)     (Zipcode)

8.  Name and address for this acknowledgment
    copy is:

    Superior Fence  (Gary Longhurst)
    (Name)

    836 E. 1400 N.
    (Address)

    Shelley          Idaho        83274
    (City)           (State)      (Zipcode)

Printed Name: Gary Longhurst

Signature: *Gary Longhurst*

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Rev. 06/2016

Secretary of State use only

IDAHO SECRETARY OF STATE
09/08/2017  05:00
CK:3935 CT:345338 BH:1601966
1@ 10.00 = 10.00 ASSUM AMEN #2

D 108524

Exhibit 12
Page 4 of 7

227



# CERTIFICATE OF
# ASSUMED BUSINESS NAME

Pursuant to Section 53-504, Idaho Code, the undersigned
submits for filing a certificate of Assumed Business Name.

**Please type or print legibly.**
**NOTE: See instructions on reverse before filing.**



FILED EFFECTIVE
2007 FEB 22 AM 9: 31

SECRETARY OF STATE
STATE OF IDAHO

1. The assumed business name which the undersigned use(s) in the transaction of
business is:

Superior Fence, LLC

2. The true name(s) and business address(es) of the entity or individual(s) doing
business under the assumed business name:

| Name | Complete Address |
| --- | --- |
| Superior Products, LLC. (W 4952) | 836 E. 1400 N. Shelley, ID 83274 |

3. The general type of business transacted under the assumed business name is:

☒ Retail Trade      ☐ Transportation and Public Utilities
☒ Wholesale Trade   ☐ Construction
☐ Services          ☐ Agriculture
☐ Manufacturing     ☐ Mining
☐ Finance, Insurance, and Real Estate

4. The name and address to which future
correspondence should be addressed:

Superior Fence, LLC
836 E 1400 N.
Shelley, ID 83274

Submit Certificate of
Assumed Business
Name and **$25.00** fee to:

Secretary of State
700 West Jefferson
Basement West
PO Box 83720
Boise ID 83720-0080
208 334-2301

5. Name and address for this acknowledgment
copy is (if other than # 4 above):

see above

Phone number (optional):

(208) 520-2899 (cellular)
(208) 357-3041 (office/fax)

Secretary of State use only

Signature: _Gary H. Longhurst_
(signature required)
Printed Name: GARY H. Longhurst
Capacity/Title: Operating Manager / Owner
(see instruction # 8 on back of form)

g:\corp\formation forms\abn.p65
Revised 04/2003

IDAHO SECRETARY OF STATE
02/22/2007 05:00
CK: 1243 CT: 209999 BH: 1034882
1 @ 25.00 = 25.00 ASSUM NAME # 2

D108524

Exhibit 12
Page 5 of 7



 

0004686487



**STATE OF IDAHO**
*Office of the secretary of state, Lawerence Denney*
**CERTIFICATE OF ASSUMED BUSINESS NAME (ABN)**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $25.00

For Office Use Only

**-FILED-**

File #: 0004686487

Date Filed: 4/4/2022 2:25:37 PM

| Assumed Business Name | |
|---|---|
| Select one: Standard, Expedited or Same Day Service (see descriptions below) | Standard (filing fee $25) |

| The assumed business name under which the undersigned uses in the transaction of business is: | |
|---|---|
| Entity name | Superior Fence Solutions |

| Type of Business | |
|---|---|
| The general type of business conducted under the assumed business name is: | Construction |

| Mailing Address for future correspondence: | |
|---|---|
| Address | 806 E SHERIDAN AVE NAMPA, ID 83686-5244 |

ABN Owners

| Name | Address |
|---|---|
| Saege Knigge | 806 E SHERIDAN AVE NAMPA, ID 83686-5244 |
| Samantha Knigge | 806 E SHERIDAN AVE NAMPA, ID 83686-5244 |

Signature:

*Saege Knigge*
Sign Here

*04/04/2022*
Date

<div style="writing-mode: vertical">B0698-7268 04/04/2022 2:26 PM Received by ID Secretary of State Lawerence Denney</div>

Exhibit 12
Page 7 of 7

Corporate Records & Business Registrations: SUPERIOR FENCE AND...

**Corporate Records & Business Registrations**

### Source Information

| | |
|---|---|
| Information Current Through: | 10/10/2025 |
| Database Last Updated: | 10/23/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 10/28/2025 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | SUPERIOR FENCE AND CONSTRUCTION, INC. |

### Filing Information

| | |
|---|---|
| Identification Number: | 00868042 |
| Filing Date: | 03/03/1992 |
| State of Incorporation: | OREGON |
| Duration: | PERPETUAL |
| Status: | TERMINATED |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION 505 EAST UNION AVE, 2ND FL REPUB BLDG OLYMPIA, WA 98501 |

### Registered Agent Information

| | |
|---|---|
| Name: | JOHN WOLLAM |
| Address: | 14309 NE 91ST ST VANCOUVER, WA 98682 |

### Additional Detail Information

**Additional Details:**    UBI #: 601372588
The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

LYNX_00188308
Exhibit 13
Page 1 of 8

Corporate Records & Business Registrations: SUPERIOR FENCE AND...

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188309
Exhibit 13
Page 2 of 8

Corporate Records & Business Registrations: SUPERIOR FENCE AND...

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Information Current Through: | 10/10/2025 |
| Database Last Updated: | 10/23/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 10/28/2025 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | SUPERIOR FENCE AND CONSTRUCTION, INC. |

### Filing Information

| | |
|---|---|
| Identification Number: | 601372588 |
| Filing Date: | 06/11/2025 |
| State of Incorporation: | OREGON |
| Date Incorporated: | 06/11/2025 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION 505 EAST UNION AVE. 2ND FL REPUB BLDG OLYMPIA, WA 98501 |

### Registered Agent Information

| | |
|---|---|
| Name: | WASHINGTON COMMERCIAL REGISTERED AGENT LLC |
| Address: | 170 S LINCOLN STE 150 SPOKANE, WA 99201 |

### Principal Information

| | |
|---|---|
| Name: | GREG HEATH |
| Title: | GOVERNOR |
| Address: | 10001 SE POWELL BLVD PORTLAND, OR 97266 |

### Additional Detail Information

| | |
|---|---|
| Additional Details: | ANNUAL REPORT DUE DATE: 06/30/2026 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

WESTLAW  © 2025 Thomson Reuters. No claim to original U.S. Government Works.    1

LYNX_00188310
Exhibit 13
Page 3 of 8

Corporate Records & Business Registrations: SUPERIOR FENCE AND...

**End of Document**                                         © 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188311
Exhibit 13
Page 4 of 8



**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

11/03/2023

SUPERIOR FENCE & CONSTRUCTION, INC.
JOHN WOLLAM
14309 NE 91ST ST
VANCOUVER WA 98682-2685

## STATEMENT OF TERMINATION

Greetings!

UBI #: 601 372 588
Entity Name: SUPERIOR FENCE & CONSTRUCTION, INC.

The above listed entity has not filed its annual report that was due on 07/31/2023. As a result, the entity is no longer in active status.

In accordance with RCW 23.95.550 the above entity's registration is hereby terminated as of: **11/03/2023**.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corps

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

Exhibit 13
Page 5 of 8



**WASHINGTON**
Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 06/11/2025
Effective Date: 06/11/2025
UBI #: 601 372 588

# FOREIGN REGISTRATION STATEMENT

## BUSINESS INFORMATION

Business Name:
**SUPERIOR FENCE AND CONSTRUCTION, INC.**

UBI Number:
**601 372 588**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**170 S LINCOLN ST STE 150, SPOKANE, WA, 99201-4443, UNITED STATES**

Principal Office Mailing Address:
**170 S LINCOLN ST STE 150, SPOKANE, WA, 99201-4443, UNITED STATES**

Expiration Date:
**06/30/2026**

Jurisdiction:
**UNITED STATES, OREGON**

Formation/Registration Date:
**06/11/2025**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**CONSTRUCTION**

## BUSINESS NAME

Business Name:
**SUPERIOR FENCE AND CONSTRUCTION, INC.**

## JURISDICTION

Country:
**UNITED STATES**

State:
**OREGON**

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: 2025061000424631 - 1
Received Date: 06/10/2025
Amount Received: $270.00

Exhibit 13
Page 6 of 8

## DOING BUSINESS AS (DBA) NAME    RCW 23.95.525

DBA Name:

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| WASHINGTON COMMERCIAL REGISTERED AGENT LLC | 170 S LINCOLN STE 150, SPOKANE, WA, 99201, UNITED STATES | |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? * **- Yes**

## PRINCIPAL OFFICE

Phone:
**503-760-7725**

Email:
**KAREN@SUPERIORFENCE.COM**

Street Address:
**170 S LINCOLN ST STE 150, SPOKANE, WA, 99201-4443, UNITED STATES**

Mailing Address:
**170 S LINCOLN ST STE 150, SPOKANE, WA, 99201-4443, UNITED STATES**

## GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | GREG | HEATH |

## DATE OF FORMATION IN HOME JURISDICTION

Date of formation in its Home Jurisdiction:
**11/20/1990**

## PERIOD OF DURATION IN HOME JURISDICTION

Duration:
**PERPETUAL**

## EFFECTIVE DATE

Effective Date:
**06/11/2025**

## NATURE OF BUSINESS

Nature of Business:
**CONSTRUCTION**

## ANNUAL FEE CALCULATIONS

| Filing Name | Annual year | Fee |
|---|---|---|
| FOREIGN REGISTRATION STATEMENT | | $180.00 |

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: **2025061000424631 - 1**
Received Date: **06/10/2025**
Amount Received: **$270.00**

Exhibit 13
Page 7 of 8

| REINSTATEMENTS, FOREIGN REGISTRATIONS ANNUAL REPORT FEE | 07/31/2023 | $70.00 |
|---|---|---|
| ONLINE PROCESSING FEE | | $20.00 |

**Total :**  **$270.00**

## RETURN ADDRESS FOR THIS FILING

Attention:

Email:
**KAREN@SUPERIORFENCE.COM**

Address:
**10001 SE POWELL BLVD, PORTLAND, OR, 97266-1810, UNITED STATES**

## CERTIFICATE OF EXISTENCE

| Document Type | Source | Created By | Created Date |
|---|---|---|---|
| CERTIFICATE OF EXISTENCE | ONLINE | SUPERIOR FENCE | 06/10/2025 |

## STAFF CONSOLE - CERTIFICATE OF EXISTENCE IS INCLUDED

Certificate of Existence is included? **- Yes**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| No Value Found. | |

## EMAIL OPT-IN

☑   I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑   Document is signed.

Person Type:
**ENTITY**

First Name:
**KAREN**

Last Name:
**BUNN**

Entity Name:
**SUPERIOR FENCE & CONSTRUCTION, INC**

Title:
**OFFICE MGR**

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: 2025061000424631 - 1
Received Date: 06/10/2025
Amount Received: $270.00

Exhibit 13
Page 8 of 8

Corporate Records & Business Registrations: SUPERIOR FENCE & DIRT WORX INC

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Information Current Through: | 10/10/2025 |
| Database Last Updated: | 10/23/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 10/28/2025 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | SUPERIOR FENCE & DIRT WORX INC |
| D&B DUNS: | 13-102-2846 |

### Filing Information

| | |
|---|---|
| Identification Number: | 605223556 |
| Filing Date: | 04/26/2023 |
| State of Incorporation: | WASHINGTON |
| Date Incorporated: | 04/26/2023 |
| Status: | ADMINISTRATIVELY DISSOLVED |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION 505 EAST UNION AVE, 2ND FL REPUB BLDG OLYMPIA, WA 98501 |

### Registered Agent Information

| | |
|---|---|
| Name: | ADRIAN LOPEZ |
| Address: | 3915 38TH AVE NW GIG HARBOR, WA 98335-8231 |

### Principal Information

| | |
|---|---|
| Name: | ADRIAN LOPEZ |
| Title: | GOVERNOR |
| Address: | 1201 SW CHAWLA CT PORT ORCHARD, WA 98367-6410 |
| Name: | ADRIAN LOPEZ |
| Title: | GOVERNOR |
| Address: | 3915 38TH AVE NW GIG HARBOR, WA 98335 |
| Name: | NATHAN STROPE |
| Title: | GOVERNOR |
| Address: | 18919 33RD ST SW LAKEBAY, WA 98351-9611 |
| Name: | NATHAN STROPE |
| Title: | GOVERNOR |

### Additional Detail Information

| | |
|---|---|
| Additional Details: | DATE OF DISSOLUTION:- 09/03/2024 ANNUAL REPORT DUE DATE: 04/30/2024 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt*

LYNX_00188312
Exhibit 14
Page 1 of 6

Corporate Records & Business Registrations: SUPERIOR FENCE & DIRT WORX INC

*collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188313
Exhibit 14
Page 2 of 6

Corporate Records & Business Registrations: SUPERIOR FENCE & GATE CO.

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Information Current Through: | 10/10/2025 |
| Database Last Updated: | 10/23/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 10/28/2025 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | SUPERIOR FENCE & GATE CO. |
| D&B DUNS: | 02-120-4062 |

### Filing Information

| | |
|---|---|
| Identification Number: | 602813900 |
| Filing Date: | 03/16/2008 |
| State of Incorporation: | WASHINGTON |
| Date Incorporated: | 03/16/2008 |
| Duration: | PERPETUAL |
| Status: | ADMINISTRATIVELY DISSOLVED |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION 505 EAST UNION AVE, 2ND FL REPUB BLDG OLYMPIA, WA 98501 |

### Registered Agent Information

| | |
|---|---|
| Name: | JEREMIAH HUTCHCROFT |
| Address: | 4828 N HAWTHORNE ST SPOKANE, WA 99205-5432 |

### Principal Information

| | |
|---|---|
| Name: | JEREMIAH HUTCHCROFT |
| Title: | GOVERNOR |
| Address: | 4828 N HAWTHORNE ST SPOKANE, WA 99205 |

### Additional Detail Information

| | |
|---|---|
| Additional Details: | DATE OF DISSOLUTION:- 08/03/2019 ANNUAL REPORT DUE DATE: 03/31/2019 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services,*

WESTLAW  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188314
Exhibit 14
Page 3 of 6

Corporate Records & Business Registrations: SUPERIOR FENCE & GATE CO.

*you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**
© 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188315
Exhibit 14
Page 4 of 6

Corporate Records & Business Registrations: SUPERIOR FENCE INC

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Information Current Through: | 10/10/2025 |
| Database Last Updated: | 10/23/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 10/28/2025 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | SUPERIOR FENCE INC |
| D&B DUNS: | 09-907-8574 |

### Filing Information

| | |
|---|---|
| Identification Number: | 605287340 |
| Filing Date: | 07/13/2023 |
| State of Incorporation: | WASHINGTON |
| Date Incorporated: | 07/13/2023 |
| Status: | ADMINISTRATIVELY DISSOLVED |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION 505 EAST UNION AVE, 2ND FL REPUB BLDG OLYMPIA, WA 98501 |

### Registered Agent Information

| | |
|---|---|
| Name: | ADRIAN LOPEZ |
| Address: | 3915 38TH AVE NW GIG HARBOR, WA 98335-8231 |

### Principal Information

| | |
|---|---|
| Name: | ADRIAN LOPEZ |
| Title: | GOVERNOR |
| Address: | 3915 38TH AVE NW GIG HARBOR, WA 98335-8231 |
| Name: | ADRIAN LOPEZ |
| Title: | GOVERNOR |

### Additional Detail Information

| | |
|---|---|
| Additional Details: | DATE OF DISSOLUTION:- 12/03/2024 ANNUAL REPORT DUE DATE: 07/31/2024 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services,

LYNX_00188316

Exhibit 14
Page 5 of 6

Corporate Records & Business Registrations: SUPERIOR FENCE INC

*you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

LYNX_00188317
Exhibit 14
Page 6 of 6

# APPLICATION FOR REGISTRATION



Corporation Division
www.filinginoregon.com

**E-FILED**
Jul 06, 2023
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

214270696

**TYPE**

ASSUMED BUSINESS NAME

**ENTITY NAME**

SUPERIOR FENCE AND RAIL OF PORTLAND METRO

**BUSINESS**

FENCE SALES AND INSTALLATION

**PRINCIPAL PLACE OF BUSINESS**

12086 TOLSTRUP DR
OREGON CITY OR 97045 USA

**NAME & ADDRESS OF AUTHORIZED REPRESENTATIVE**

207964792 - MCGRAW ENTERPRISES LLC

12086 TOLSTRUP DR
OREGON CITY OR 97045 USA

**REGISTRANT/OWNER**

207964792 - MCGRAW ENTERPRISES LLC

12086 TOLSTRUP DR
OREGON CITY OR 97045 USA

**COUNTIES**

CLACKAMAS, MULTNOMAH, WASHINGTON



EXHIBIT NO. 7
2·3·26 PH
Lehmann Court Reporting, Inc.

Page 1

SUPERIOR_FENCE-00000328

Exhibit 15
Page 1 of 4



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare as an authorized signer, that this filing has been examined by me and is, to the best of my knowledge and belief, true,correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

BRENT MCGRAW

**TITLE**

REGISTRANT

**DATE**

07-05-2023

SUPERIOR_FENCE-00000329

Exhibit 15
Page 2 of 4

5/20/25, 9:01 AM                                      Business Registry Business Name Search



**OREGON SECRETARY OF STATE**
HOME    ► **Corporation Division**

| Business Xpress | business name search | oregon business guide |
| license directory | business registry/renewal | forms/fees | notary public |
| uniform commercial code | uniform commercial code search | documents & data services |

## Business Name Search

| New Search | Printer Friendly | | Business Entity Data | | | 05-20-2025 09:00 |
|---|---|---|---|---|---|---|
| **Registry Nbr** | **Entity Type** | **Entity Status** | **Jurisdiction** | **Registry Date** | **Next Renewal Date** | **Renewal Due?** |
| 2142706-96 | ABN | ACT | | 07-06-2023 | 07-06-2025 | |
| **Entity Name** | SUPERIOR FENCE AND RAIL OF PORTLAND METRO | | | | | |
| **Foreign Name** | | | | | | |
| **Affidavit?** | N | | | | | |

| New Search | | Printer Friendly | | Associated Names | | |
|---|---|---|---|---|---|---|
| **Type** | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
| **Addr 1** | 12086 TOLSTRUP DR | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | OREGON CITY | OR | 97045 | | **Country** | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| **Type** | REP | AUTHORIZED REPRESENTATIVE | | **Start Date** | 07-06-2023 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Of Record** | 2079647-92 | MCGRAW ENTERPRISES LLC | | | | | |
| **Addr 1** | 12086 TOLSTRUP DR | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | OREGON CITY | OR | 97045 | | **Country** | UNITED STATES OF AMERICA | |

| **Type** | REG | REGISTRANT | | | | |
|---|---|---|---|---|---|---|
| **Of Record** | 2079647-92 | MCGRAW ENTERPRISES LLC | | | | |
| **Addr 1** | 12086 TOLSTRUP DR | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | OREGON CITY | OR | 97045 | | **Country** | UNITED STATES OF AMERICA |

SUPERIOR_FENCE-00000299

Exhibit 15
Page 3 of 4

5/20/25, 9:01 AM    Business Registry Business Name Search

| New Search | Printer Friendly | Name History | | | | |
|---|---|---|---|---|---|---|
| Business Entity Name | | | Name Type | Name Status | Start Date | End Date |
| SUPERIOR FENCE AND RAIL OF PORTLAND METRO | | | EN | CUR | 07-06-2023 | |

Please read before ordering Copies.

| New Search | Printer Friendly | Summary History | | | | |
|---|---|---|---|---|---|---|
| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
| 🗎 | APPLICATION FOR REGISTRATION | 07-06-2023 | | FI | Representative | |

| New Search | Printer Friendly | Counties |
|---|---|---|
| **Counties Filed** | | |
| Clackamas, Multnomah, Washington | | |
| | | |
| **Counties Not Filed    (but not necessarily available)** | | |
| Baker, Benton, Clatsop, Columbia, Coos, Crook, Curry, Deschutes, Douglas, Gilliam, Grant, Harney, Hood River, Jackson, Jefferson, Josephine, Klamath, Lake, Lane, Lincoln, Linn, Malheur, Marion, Morrow, Polk, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Wheeler, Yamhill | | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2025  Oregon Secretary of State.  All Rights Reserved.

https://egov.sos.state.or.us/br/pkg_web_name_srch_inq.show_detl?p_be_rsn=2415340&p_srce=BR_INQ&p_print=FALSE    2/2

SUPERIOR_FENCE-00000300

Exhibit 15
Page 4 of 4

DexOnline.com

Fence  547  Fe

# A SUPERIOR FENCE AT AN AFFORDABLE PRICE

## SUPERIOR
### FENCE & CONSTRUCTION

- Chain Link • Wood • Vinyl
- Ornamental Iron & Aluminum
- Gates & Security Fences
- Pre-Cast Concrete
  (Stone, Brick & Wood Designs)






















CUSTOM DESIGN & EXPERT ADVICE • AUTOMATIC GATE OPERATORS• DOG RUNS & KENNELS, FARM FENCING
FENCE RENTAL • 24-HOUR EMERGENCY SERVICE • DELIVERING OF MATERIALS FOR DO-IT-YOURSELFERS



Your Ornamental Fence Source For:
AMERISTAR

AMERICAN EXPRESS   DISCOVER   VISA   MasterCard

FINANCING (OAC)

RESIDENTIAL • COMMERCIAL • INDUSTRIAL

View More Pictures At:
WWW.SUPERIORFENCE.COM

CCB # 70422
Corporate Fax
503 762-1127

FREE ESTIMATES

| GRESHAM | CLACKAMAS | PORTLAND | WASHINGTON Co. | SHERWOOD |
| --- | --- | --- | --- | --- |
| 503 665-7146 | 503 657-0900 | 503 760-7725 | 503 684-6961 | 503 625-5544 |

**Who knows** how to find licenses from marriage to hunting?

**Dex Knows™**
Check the Government Pages or log onto DexOnline.com.

DEX

**Who knows** how to find a veterinarian who specializes in cats, that's open on Saturday and accepts credit cards?

**Dex Knows™**
Go to DexOnline.com to find exactly what you need.

DEX

F

61702  © 2004  Dex Media, Inc.



SUPERIOR_FENCE-00000090

Exhibit 16
Page 2 of 2

# Portland
## Multnomah, Washington & Clackamas Counties
### Area Code 503

# A-L


MULTNOMAH COUNTY LIBRARY, PORTLAND, OR

3 1168 04381 1205

Multnomah County Library
801 S.W. 10th Ave.
Portland, OR 97205

**WHITE & YELLOW PAGES**
Printed on Recycled Paper

**REGISTER TO VOTE** By Mail
See Easy Reference Guide For
Mail-In Form

**AUTOMOBILE INDEX**
Located in Front of the Automobile
Section in the A-L Volume

# November 1992/1993

Exhibit

3

# The Yellow Pages

**U S WEST**
*DIRECT* Ⓐ™

© U S WEST Direct 1986

SUPERIOR_FENCE-00000001

Exhibit 17
Page 1 of 20

# DIAL 9-1-1 For Emergencies

## MULTNOMAH, WASHINGTON AND CLACKAMAS COUNTIES

 **Fire**     **Police**     **Medical**

Other emergency numbers can be found in your town's White Pages under Ambulance, Fire, Police.  Or, see "Ambulance" in the Yellow Pages.



(For non-emergency and administrative calls please refer to the White Pages listings.)

### MAKING AN EMERGENCY CALL

- Be clear as to what kind of assistance is needed:  fire, police, medical.
- Stay on the phone and answer all questions.
- Give the specific location where help is needed (know the nearest intersection, for example).
- Stay calm, and speak clearly.

Remember, wait for help to arrive so you can direct it to the emergency.  Follow the directions of the call taker.  If you know basic first aid and CPR, you can help people by providing emergency assistance until professional help arrives.

### EMERGENCY CALLS ON PARTY LINES WARNING –

It is a misdemeanor under Oregon law:
(1)  To refuse to relinquish a party line or public pay telephone when told that it is needed for an emergency.
(2)  To obtain the use of a party line or public pay telephone by stating that it is needed for an emergency call when it is not.
An "emergency call" is a call to a fire department or police department for emergency medical aid or ambulance service when property or human life is in jeopardy and the prompt summoning of aid is essential.

## OTHER EMERGENCY NUMBERS

 **Emergency Services for TDD Users Dial 9-1-1 PRESS SPACE BAR UNTIL SOMEONE ANSWERS**

Telecommunications Device for the Deaf (TDD)

FBI (Portland) ..............................................................224-4181

Metro Crisis Line.......................................................223-6161

 Poison Center
.....................................................1 800 452-7165

For other crisis and human services numbers see the "Community Services" section of this Customer Guide.

Published by U S WEST Direct, 198 Inverness Drive West, Englewood, CO  80112

61702 © U S WEST Direct, 1992

SUPERIOR_FENCE-00000002

Exhibit 17
Page 2 of 20

**SUNSET S—SWANSTROM**   **BUS & PROF LISTINGS**   **250**

**Sunset Summit Apartments**
7400 SW Barnes Rd · 292-4891
**Sunset Therapy Clinic** 243 S 1st Av Hillsboro · 681-9673
**Sunset Transformers** Hillsboro · 647-2217
**Sunset Travel Ltd**
1400 NW Compton Dr Suite 201J Beav · 690-1276
**Sunset Wallcovering** Tig · 639-1917
**Sunset Wood-Revivers** · 227-0805
**Sunsetsurf Oceanfront Resort Motel**
248 Ocean Rd Manzanita — Portland Tel No · -228-4549
**Sunshine Basket Bazaar** Beav · 520-9494
**Sunshine Biscuits Inc** 2321 NE Argyle · 284-9042
**Sunshine Cafe** 1220 SW Morrison Portland · 242-1118
**Sunshine Cleaners** 7914 NE Glisan · 252-8816
**Sunshine Cleaning & Repairs** 3475 SE 136th · 761-4265
**Sunshine Cleaning & Upholstery**
8900 SW Burnham F-5 Tig · 624-1575
**SUNSHINE DAIRY** 801 NE 21st · **234-7526**
**Sunshine Gallery The—**
12345 SW Canyon Rd Beav · 626-6067
15020 SW Bangy Rd LkOs · 624-1391
**Sunshine Market** 13580 SE Powell Bv Portland · 761-4141
**Sunshine Market** 2001 SE Stark · 232-4954
**Sunshine Market Deli & Laundromat**
Rt 3 Box 558 Hillsboro · 647-2240
**Sunshine Pizza Exchange**
16050 SE 82d Dr Clackamas · 655-5094
**Sunshine School** Trinity Baptist Church
2700 SE 67th · 775-1533
**Sunshine Senior Care Center** 2521 SE 74th · 777-1311
**Sunspider Studios** 221 SE 11th · 239-6002
**Suntans Tanning & More**
3030-G NE Hogan Dr Gresh · 667-2957
**Suntel Home Design** 7000 SW Hampton Tig · 624-0555
**Suntime Tour And Travel** 5411 E Mill Plain Bv
Vancouver Wa — Portland Tel No · -286-5726
**SUNTREE INC REALTORS**
7925 SE Lake Rd Milw · **659-3300**
Or · 222-5744
**Suntree Realtors**
13356 SE Kaitlin Way Clackamas · 698-5265
**Suntrek Northwest** Tig · 624-5750
**Sunview Homes—**
Home #1 8579 SE Bachman Gladstn · 650-9020
Home #2 8530 SE Bachman Gladstn · 655-6942
Home #3 8490 SE Bachman Gladstn · 655-2045
**Sunwest Energy** · 241-0361
**Sunwest Energy Corp** 2601 N Newark
Plant · 285-5168
**Sunwest Energy Inc** 8200 NE 14th Pl · 286-8200
**Sunwest Graphics Inc** 1028 NW 18th · 222-9588
**Sunwest Tax & Bookkeeping Service Inc**
9665 SW Bvrtn-Hillsdale Hy Beav · 643-7950
**Sunworks** 11304 SW Boones Ferry Rd · 245-5650
**Super-Cargoes & Clerks Union—**
Business Agent 2401 NW 23d · 221-0342
Fax 2401 NW 23d · 221-0554
Hiring Hall 2401 NW 23d · 221-0340
**Super Chevrolet Parts** 8705 SE Stark · 256-0098
**Super Cool Products Inc**
P O Box 1122 Oregon City · 655-9232
**SUPER DUPER AUDIO**
**DUPLICATION SERVICES** · **239-6070**
**SUPER DUPER AUDIO**
**DUPLICATION SERVICES**
1634 SW Alder Portland · **228-2222**
**Super 8 Motel** 11011 NE Holman · 257-8988
**Super Fine Foods** 4803 N Lombard · 283-3866
**Super King Sentry Supermarket**
6100 SE King Rd Milw · 652-0701
**Super Maids** 5622 SE 41st Portland · 636-2295
**Super Maids** 5622 SE 41st · 771-6698
**Super Market Service** 2663 Knox WLinn · 655-9765
**Super Movers** · 222-5970
**Super Natural Deli & Juice Bar**
168 E Main Hillsboro · 640-6392
**Super One Inc** 10895 SW 5th Beav · 643-5721
**Super Printers—**
Downtown · 223-6627
Eastside 239 SE 6th · 232-5241
**Super-Rooter Service Co—**
Eastside · 256-5895
Westside · 245-0574
**Super Seams Co** 10526 NE Sandy Bv Portland · 254-8802
**Super Shine & Service**
18745 SW Farmngtn Rd Aloha · 642-2833
**Super Shops Automotive Performance**
**Centers—**
Beaverton 11445 SW Canyon Rd Beaverton · 627-0877
Portland 4616 SE 82d · 777-1727
**Super Sports Club Inc** 2304 E Burnsd · 234-2349
**Super Valu Fruit & Produce**
295 37th Av NE Salem — Portland Tel No · -223-0084
**Super Wash** 12935 NW Cornell Rd Ptld · 626-3175
**Super Wrench** 9808 SE Division · 762-0746
**Super Yarn Mart** 16074 SE McLoughlin Bv Milw · 659-9276
**Super Yarn Mart** 10592 SE Wash · 257-9276
**Super 8 Motels** 25438 SW Pky Av Wilsonville · 682-2088
**Superb Automotive Repairs** 8226 E Burnsd · 257-9379
**Superbath Showroom Familian Northwest**
Inc 610 SW Alder · 222-2284
**Superbike Cafe** 8100 SE Ogden Portland · 774-1593
**Supercars Unlimited** 8029-A SW 17th · 244-8249
**Superconcurrency System Solutions Inc**
1100 NW Compton Dr Beav · 690-1570
**Supercuts—**
**Portland—**
8001 SE Powell Bv · 775-7481
10075 SW Barbur Bv · 293-9467
*Continued On Next Column*

*Continued From Last Column*
**Supercuts—**
**Portland—**
2020 NE 44th · 284-7278
Milwaukie 18030 SE McLoughlin Bv Milwaukie · 659-3681
**Beaverton**
11735 SW Beaverton Hillsdale Hy Beav · 644-6662
**Supercuts** 800 NW Eastman Pkwy Gresh · 665-6450
**Supercuts** 1249 NW 185th Av Aloha · 690-2116
**Superior Air Handling Corp**
7267 NE Airport Wy Portland · 284-7253
**Superior Air Parts** 6705 NE 79th Ct · 252-4680
**Superior Answering Service** 8714 SE 17th · 236-6666
**Superior Appliance Service**
1102 4th Oregon City · 650-0433
**Superior Applications** Sherwood · 625-2233
**Superior Auto Body** 1200 NE 8th Gresh · 666-6434
**Superior Bean Co** — See Souperior Bean Co
**Superior Beef Products** · 452-9252
**Superior Carpet & Upholstery Dry Cleaning**
Co 2888 Baseline Cornelius · 640-2759
**Superior Cleaners** 8243 SE Division · 771-7545
**Superior Cleaning Systems** · 299-0125
**Superior Coffee & Foods**
2901 SW 153d Dr Suite 115 Beav · 643-6200
**Superior Communications & Signaling-Div**
Sentinel Alarms · 246-8353
**Superior Deck & Gazebo** · 768-5557
**Superior Drywall** P O Box 20682 Portland · 762-1141
**Superior Electric Co A Division Of Dana**
Corp 8196 SW Hall Bv Beav · 626-5337
**Superior Electric Motor Service Inc**
330 SE 6th · 233-5225
**Superior Engines And Service**
5232 NE Sacrmnto · 284-9116
**Superior Fast Freight**
9835 SW Commerce Cir Wilsonville · 682-2244
**Superior Fence & Construction—**
Sales Office 10001 SE Powell Bv Portland · 760-7725
Clackamas · 657-0900
Gresham · 665-7146
Portland · 253-5988
Westside · 684-6961
**Superior Fence & Construction Inc** Gresh · 665-7146
**Superior Fence & Construction Inc** Tig · 684-6961
**Superior Hardwood Floors Inc** · 228-6711
**Superior Images** 220 SW Main · 223-2044
**Superior Insurance Adjusters**
P O Box 80204 Portland · 246-4050
**Superior Landscape & Maintenance** · 643-5284
**Superior Limousine Serv** · 238-2920
**Superior Mfg Co** 6767 NE Columbia Bv · 288-7447
**Superior Metal Finishing Inc**
18240 SW 100th Ct Tualatin · 692-4252
**Superior Portrait Packages** 839 SE Belmont · 230-0221
**Superior Radiator Repair**
18416 SE McLoughlin Bv Milw · 659-6244
**Superior Saw Shop** 95 NE Victory Av Gresh · 661-7013
**Superior Screen Systems Inc**
10575 SW Cascade Bv Ptld · 620-2941
**Superior Services** · 244-5242
**Superior Signs** 11705 SW Pacific Hy Suite Y Tig · 598-0839
Fax Line · 598-0984
**Superior Stage & Lighting Inc** 71 SE Main · 233-1624
**Superior Steam Cleaning** · 244-5494
**Superior Stripping Services**
9940 N Vancouver Wy · 283-1046
**Superior Sub Flooring** P O Box 370 Gresh · 666-6277
**Superior Sweeping** P O Box 30255 Portland · 254-8189
**Superior Tape & Labor Inc** Gresh · 665-6364
121-7 NE Victory Gresham Or 97030 Gresh
**Superior Technologies**
3110 SE Tualatin Vly Hy Hillsboro · 640-8009
**SUPERIOR TEL** 3314 SW Kelly · **242-1543**
**Superior Tire Service—**
Gladstone Truck/Semi Service—
90 82d Dr Gladstn · 650-0878
I-5 Service
17999 SW Lower Boones Ferry Rd Tig · 624-2570
Longview Service 660 14th Av Longview Wa—
Portland Tel No · 283-3065
Salem Service 2350 Mission SE Salem—
Oregon City Tel No · 657-8354
Portland Tel No · 241-7934
**Superior Torque Converter**
3711 SE Caruthers · 238-0448
**Superior Transportation Systems Inc**
One Centerpointe Dr Suite 400 LkOs · 624-0494
**Superior Truck Paint & Repair** 7715 NE 21st · 285-1502
**Superior Underwriters Division Of**
Groninger & Co Inc
10700 SW Beaverton Hillsdale Hy Suite 22 Beav · 643-3565
**Superior Vending Inc** · 777-2922
**Superior Woodworking & Remodeling**
Forest Grove · 357-2428
**Superior World Travel** 1200 NE 8th Gresh · 669-8385
**Supermac Technology** · 682-8453
**Superprinters—**
Downtown · 223-6627
Eastside 239 SE 6th · 232-5241
**Supersafe** 4370 SW Lloyd Av Beav · 643-9835
**Supersonic** · 624-6511
**Supertek Body & Paint**
1475 SE River Rd Hillsboro · 640-0884
**Supertune** 3138 SE Powell Bv · 232-9485
**Supervised Visitation Services** · 222-6002
**SUPERVISION DIVISION OF**
**BUSINESS MACHINE CO**
3811 SW Barbur Bv · 224-8137
**Supperstein Scott M** Doblie Casey &
Supperstein PC 1015 SW Yamhl · 226-2300

**Supply One** 2920 SW 234th Av Hillsboro · 591-7283
**Supplyways** 4600 NW St Helens Rd · 228-6561
**Support Center Inc** 2435 SW 5th · 241-0763
**Support Services Inc** 1033 SW Yamhl · 221-1260
**Support System's Unlimited Inc**
4243 SE Internatl Wy Milw · 652-8010
**Support Technologies Word Processing &**
Desktop Publishing · 238-1175
**Support Technologies Word Processing &**
Desktop Publishing
1135 SW Yamhl Portland · 241-8026
**Supreme Comfort Heating & Air**
Conditioning
9425 SW Commerce Cir Bg B16 Wilsonville · 682-1985
**Supreme Insurance Agency** 220 NW 2d · 227-3213
**Supreme Perlite Co** 4600 N Suttle Rd · 286-4333
**Supry Organization Inc** 310 SW 4th · 241-1142
**Supt Of Schools—**
City — See Schools Public
County — See Multnomah County Of
Fax · 274-9381
 · 274-9804
**SURAN SIGN & GRAPHICS**
623 NE 23d · **231-9285**
**Sure-Cut Barber & Style** 7612 SE 72d · 774-3422
**Sure-Cut Industries Inc** 10101 N Ptld Rd · 286-1515
**Sure-Fit Automobile Service Center**
2046 NE Union · 288-5539
**Sure Flow Drain Cleaning Machines**
17020 SW Upper Boones Ferry Tig · 620-1529
**Sure Flow HVAC** 15167 SE Webster Rd Milw · 653-1636
**SURE POWER INDUSTRIES INC**
10189 SW Avery Tualatin · **692-5360**
**Sure-Way Building Centers** 10101 N Ptld Rd · 286-3568
**Surety Life** P O Box 16904 Portland · 254-5301
**Surety Life/Fred Malvick Agency**
10340 NE Wiedler Portland · 254-6206
**SURETY LIFE INSURANCE CO**
Regional Office 1865 NW 169th Pl Beaverton · 645-0123
**Surety Life-Judy Turner** Gresh · 663-7474
**Surety Real Estate Management Co**
P O Box 5297 Oregon City · 655-9464
**Surface James D** P T
1909 Mountain Vw Ln Suite 300 Forest Grove · 359-3979
**Surface Masters** · 282-1169
**Surface Nursery—**
33740 SE Lusted Rd Gresh · 663-5224
**Surfacing & Decking Inc** 727 SE Grand · 238-1433
**Surfside Oceanfront Resort Motel**
101 NW 11th Rockaway — Portland Tel No · -228-0414
**Surftex** 1410 NE 106th · 253-5210
**Surfview Hallmark Resort** 1400 S Hemlock
Cannon Beach — Portland Tel No · -222-5432
**Surgical Associates—**
1130 NW 22d Suite 500 · 229-7339
730 SE Oak Suite 1 Hillsboro · 640-6061
**Surgical Center Inc The—**
2800 N Vancouver · 288-7535
6485 SW Borland Rd Suite E Tualatin · 692-0444
6485 SW Borland Rd Tualatin · 692-0444
**Surgical Consultants PC—**
545 NE 47th Suite 212 · 234-0233
10202 SE 32d Suite 702 · 654-4868
Evenings & Weekends · 294-1963
**Surgical Oncology Associates PC—**
Friedman Eric I MD
Imatani James H Jr MD
Wood William J Jr MD
5050 NE Hoyt Suite 610 · 231-0377
Billing · 231-1739
**Surgical Specialty Clinic For Animals**
4525 SW 109th Av Beav · 644-2600
**SURGICHROME INC**
16569 SE 135th Av Clackamas · **657-4044**
**Suriya Thai Cuisine** 1231 SW Wash · 228-5775
**Surplus Factors Inc** 1001 SW 5th · 221-1230
**Surplus Line Association Of Oregon**
9320 SW Barbur Bv · 246-4758
**Surrey Square Apartments** 203 SE 162d Gresh · 252-5085
**Surrogate Foundation** · 777-2612
**Survance Kurt** · 274-8647
**Survival Northwest School Of**
P O Box 1465 Sandy · 668-8264
**Survivors' Network/R & R Guide**
P O Box 40746 Portland · 223-7517

**SUSAK DEAN & POWELL**
attys 2125 SW 4th · **227-6722**
**SUSAK FRANK J PC** atty
621 SW Morrison Suite 1450 · **223-6121**
**Susak Gary J** atty Susak Dean & Powell attys
2125 SW 4th · 227-6722
**Susan Ann Brokerage** · 256-0468
**Susan The Salon** The Galleria · 223-7705
**Susan's Alterations** 3607 NE 138th Portland · 256-3564
**Susan's Ceramic Dungeon** 6904 SE Henry · 788-0330
**Susan's Salon** The Galleria · 223-7705
**Sushi Express** 3226 SE Division · 230-1120
**Sushi House** — See Ichidai Restaurant
**Sushuma Bodywork-Celestial Esences**
2714 NE Sandy Bv · 233-4687
**Susie's Hair Care** 13046 SE Stark · 252-9711
**Susie's Outboard Service**
 — See St John's Marine Center
**Suski M Mike** Rev 10076 SW Trapper Ter Beav · 524-6210
**Sussman & Associates** 23513 NE 240th Av
Battleground Wa — Portland Tel No · -274-9783
**Sussman Leonard & Associates**
4520 SW Water · 224-0266

**Sussman Marc** atty 135 SW Ash · 221-05
Res · 245-53
**Sussman Shank Wapnick Caplan & Stiles**
attys 1000 SW Brdwy Portland · 227-11
**Sustainable Building Collaborative**
815 SE Clatsop Portland · 234-69
**Sustainable Urban Neighborhoods-The**
Eliot House 3116 N Williams · 284-78
**Susy's Hair Care** 13046 SE Stark · 252-97
**Sutela Tamara** 9944 SW 37th · 246-07
**Sutherland David H & Co** 6600 SW 92d · 246-05
**SUTHERLAND DONALD W MD**
**INC** 9155 SW Barnes Rd Suite 205 · 297-25
Res 6088 SW Riverpt Ln · 223-57
**SUTHERLAND ELECTRICAL**
**CONTRACTORS INC**
932 SE Stephens · 234-93
**Sutherland James H** PhD 9999 SW Wilshire · 297-39
**Sutherlin Michael T** Deloitte & Touche
US Bancorp Tower · 222-13
**Sutter Richard J** DDS—
11565 SW Hall Bv Tigard · 620-66
3975 SW Mercantile Dr Suite 150 LkOs · 620-66
**Sherwood Office**
925-A N Sherwd Bv Sherwood · 625-71
**Sutter's Mill** — See Gold Mi
**Sutton Chas E—**
Office 5825 SW Artic Dr Beav · 643-94
**Sutton-Matkin-O'Neill**
15630 SE 90th Clackamas · 657-01
**Sutton Place-Corporate Gifts** · 245-44
**Sutton Richard A** CPA 425 NE Hancock · 281-25
**Sutton's Bookkeeping & Tax Service**
7325 NW Kaiser Rd Ptld · 645-22
**Suwanjindar Tony** atty 4040 Douglas Wy LkOs · 635-77
**Suzan The Salon** The Galleria · 223-77
**Suzanne Allen French Imports** · 244-50
**Suzanne's Styling Salon** 6505 SE Powell Bv · 771-13
**Suzanne's Total Nail Care** 555 SW Oak · 228-05
**Suzen** 724 NW 23d · 227-58
**Suzie O'Connell's Market** 3039 SE Stark · 234-01
**Suzuki International Corporation**
10240 SW Nimbus Av Tig · 624-64
**Suzuki Piano Studio** · 777-52
**Suzuki Talent Education Of Portland** · 245-99
**Svaren Boyd & Theresa**
31310 SE Division Dr Troutdale · 663-21
**Svart Donna Spring** LMT 2927 NE Everett · 234-2'
**Svatos Dick Insurance** 1357 SE Division · 761-4'
**Svela's Jim Arco Service**
7220 SW Hazelfern Rd Tualatin · 620-7'
**Svetkey Susan M** atty 1020 SW Taylor · 222-9'
**Swagger Donald** 19689 White Cloud Cir WLinn · 655-1'
**Swails Kim E** A G Edwards & Sons Inc
825 NE Multnomah · 232-6'
**SWAIN DRYWALL SYSTEMS**
14141 E Burnsd · 252-96
**Swalwell Jay** 7976 SE Foster Rd Portland · 777-7'
**Swalwell Jay** Farmers Insurance Group
8421 SE Stark · 252-5'
**Swan Cap Printing Co**
1515 NE Answrth Portland · 282-5'
**Swan Cleaners** 17950 NE Glisan Ptld · 665-3'
**Swan Cleaners & Tailors**
10117 SE Sunnysd Rd Clackamas · 652-1'
**Swan Copy Print** 12929 SE Division · 761-7'
**Swan Garden** 6228 N Interstate · 285-6'
**Swan Institute** 1427 NW 23d · 274-1'
**Swan Insurance** 808 Chkalov Dr
Vancouver Wa — Portland Tel No · -285-1'
**Swan Island Chiropractic** 4715-A N Lagoon · 283-5'
**Swan Island Marine Supply Co**
4855 N Lagoon · 285-6'
**Swan Island Sheet Metal Works Inc**
5748 NE Columbia Bv · 284-3'
**Swan Island Ship Yard Inc** 4533 N Channel · 285-2'
**Swan Kenneth C** MD 3375 SW Terwilliger Bv · 494-7'
**Swan Mart** 4440 SW Barbur Bv · 227-5'
**Swan-Raven & Company Publishers**
1427 NW 23d Portland · 274-2'
**Swan Wooster Engineering Inc**
 — See URS Consulta
**Swanberg & Associates** · 274-2'
**Swanberg Robert J** DMD 10000 SE Main · 254-5'
Res 3403 NE 32d Pl · 288-0'
**Swank Charles A** CPA Deloitte & Touche
US Bancorp Tower · 222-1'
**Swank Joe A** ins 4040 Douglas Wy LkOs · 636-8'
**Swank Roy L** MD 3181 SW Sam Jackson Pk Rd · 494-8'
**Swanson Carol E** RCSW 1020 SW Taylor · 224-3'
**Swanson Debra L** Cronin & Caplan Realty Group
Inc 148 B Ave LkOs · 636-9'
Res · 635-3'
**Swanson Douglas A** atty Royce Swanson
Thomas & Coon attys
621 SW Morrison Suite 900 · 228-5'
**Swanson George H Co** brkrs 907 NW Irving · 227-7'
**Swanson Heating** 1284 S Alpine Cornelius · 357-5'
**Swanson Jeffrey S** MD—
3181 SW Sam Jackson Pk Rd · 494-8'
9155 SW Barnes Rd Suite 240 · 297-1'
**Swanson Larry** Stucco Kings 13718 SE Division · 761-1'
**Swanson Les Jr** atty 808 SW 3d · 228-1'
**Swanson Neil A** MD
3181 SW Sam Jackson Pk Rd · 494-4'
**Swanson Rebecca E** atty Willner & Zabinsky
111 SW Front Suite 303 · 228-4'
**Swanson Susan R** atty Hampson Bayless Murphy
& Stiner attys 707 SW Wash · 223-1'
**Swanstrom Gail** MS 512 E Main Hillsboro · 648-8'
**Swanstrom Lee L** MD
2800 N Vancouver Suite 143 · 288-5'

SUPERIOR_FENCE-00000003

Exhibit 17
Page 3 of 20



# Pickett Fence

**Custom Design & Installation**

## 224-4041

Supplies: Picketts, Finials, Arbors, Etc.

- 10 styles to choose from
- 4 sizes arch trellises
- 2-6' high picketts
- gazebos • pergolas

Custom Hot Tub Enclosures & Spa/Gazebo Packages

## A-1 Quality Pickett Fence



## STEELOCK FENCE CO INC
FORMERLY PACIFIC STEELOCK FENCE COMPANY

**CUSTOM-BUILT EXCELLENCE IN FENCING SINCE 1978**

RESIDENTIAL • COMMERCIAL • INDUSTRIAL • FARM
LICENSED • BONDED • INSURED

WE INSTALL:

CHAIN LINK, WOOD & ORNAMENTAL IRON FENCE

- TENNIS COURTS
- BACKSTOPS
- PORTABLE DOG RUNS
- VINYL SLATS

ORE STATE LIC. NO. 51106    WA LIC. NO. STEELFC088N0

**FREE ESTIMATES**

## 256-8699
WINNER OF 2 NATIONAL AWARDS

ASK ABOUT OUR DO-IT-YOURSELF SPECIALS!



**FREE ESTIMATES**

SERVING OREGON & SW WASHINGTON

## CHAIN LINK FENCE

Interstate Fence Company

- QUALITY WORKMANSHIP
- FAST PERSONALIZED SERVICE
- LICENSED – BONDED – INSURED

**POST HOLE DIGGING EMERGENCY REPAIRS**

WROUGHT IRON

COMMERCIAL    INDUSTRIAL

## 241-4283    254-8068



## CUSTOM FENCES, DECKS, & GAZEBOS

- Design & Installation
- Quality Residential Work at Competitive Prices
- Decorative Fencing Our Specialty
- References Available

OPEN 7 DAYS A WEEK

Free Estimates

## 233•0975

**RICHARD SCHNEIDER & ASSOCIATES**
"18 YRS EXPERIENCE"    OR LIC #65464

---

## Fence (Cont'd)

STEELOCK FENCE CO INC Portland ----- **256-8699**
*Please See Advertisement This Page*
SUPERIOR FENCE & CONSTRUCTION INC
Clackamas --------------------------- **657-0900**
Gresham ----------------------------- **665-7146**
Portland ----------------------------- **253-5988**
Westside ----------------------------- **684-6961**
*Please See Advertisement Page 692*
TECHNICRAFT 3636 N Mississippi -------- **284-9066**
TOWN & COUNTRY FENCE CO OF OREGON
9124 SE St Helens Clackms ------------ **655-2055**
*Please See Advertisement Page 690*
TUALATIN VALLEY BUILDERS SUPPLY
15700 Boones Ferry Rd LkOs ---------- **636-8401**
905 E Burnside, Gresham ------------- **667-8827**
20945 SW TV Hwy, Aloha ------------- **591-8827**
TWIN ISLAND CONSTRUCTION INC

**RESIDENTIAL • COMMERCIAL WOOD FENCING**
All Styles • All Grades
Full And Partial Installation
Prompt Reliable Service / Very Competitive Prices
Licensed • Bonded • Insured / CCB # 61291
REFERENCES AVAILABLE
Serving Clackamas, Multnomah & Washington Counties
Dale Culp
10 Years Experience
Call Today For A Free Estimate

**668-5115**

VALLEY FENCE
Sherwood ---------------- Portland Tel No **222-3396**
Westcoast PVC Products Inc Wilsnvl ---- **638-8920**
Willamette Fence Co 10721 NE Simpson ---- **285-2761**
ZOCHERT FENCE COMPANY INC
8205 SE Gray ------------------------- **774-4311**
*Please See Ad on Previous Page*

## Fence Posts & Fittings

A Viking Fence Co 15131 SE Laurie Milw --- **659-7150**
American Fence Co
P O Box 16534 Portland --------------- **234-7934**
Darni & Co Ltd P O Box 569 Boring --------- **663-9595**
Fence Tech P O Box 366 Gresham --------- **669-1755**
Fenceman The 2808 NE Burton Rd
Vancouver, WA ------------ Portland Tel No **289-8768**
FOX FENCE CO

**OVER 600 PARTS IN STOCK**
**CHAIN LINK**
- Residential • Commercial
- Dog Kennels • Security Fence
- Pipe Rail Fence • Slats
- Contractors Security Panels
*Help for the Do-It-Yourselfer*
4330 SE Division ---------------------- **235-4188**
Fax ------------------------------------ **235-2817**

Interstate Fence Co
P O Box 301061 Parkrose Stn ---------- **241-4283**
Miller Fence Co 4225 SE Hawthorne Bv ------ **233-6551**
PACIFIC FENCE—

**INDUSTRIAL-RESIDENTIAL**
PACIFIC FENCE & WIRE CO 13770 SE Ambler Rd
Clackms -------------- Portland Tel No **233-6248**
Valley Fence Sherwood -- Portland Tel No **222-3396**

## Fencing Instruction

Oregon-United States Fencing Assn
Group & Private Lessons-Equipment-Competition
10514 NE Halsey --------------------- **254-8112**
Salle Auriol Fencing Club
13939 NW Cornell Rd ---------------- **645-8485**
Studio Of American Fencing
4048 NE 42d ------------------------ **249-2884**

## Ferrites

Dexter Magnetic Materials Division
1159 Sonora Ct Sunnyvale, CA --------- **408 738-1080**

---

## Fertilizers–Dealers

Beaumont Hardware 4303 NE Fremont ----- **281-4406**
CONCENTRATES INC
Specializing In Organic Fertilizer
801 SE Division Pl --------------------- **234-7501**
Custom Farm Services Inc
32801 SE Lusted Rd Gresh ------------ **663-0397**
Georges Garden
8358 SE Causey Portland -------------- **654-1454**
Hines Landscaper's Choice
18435 SW Pacific Hy Tualtn ----------- **691-1774**
LILLY-MILLER—

*DEALERS*
HOLLYWOOD GARDEN CENTER
4030 NE Broadway ----------------- **287-3512**
LAKE GROVE GARDEN CENTER
15955 SW Boones Ferry Rd LkOs --------- **636-2414**

Linnton Feed & Seed Store
10920 NW St Helens Rd --------------- **286-1291**
MCFARLANE'S BARK & COMPO-STUFF
13345 SE Johnson Rd Milw ----------- **659-4240**
ORTHO—

*DEALERS*
MORELAND ACE HARDWARE
6505 SE Milwaukie Av -------------- **234-7507**

Pacific Harvest Grain & Supply
PO Box 309 Cornelius ---------------- **359-4289**
ROUTLEDGE GEO CO GOLF COURSE
FERTILIZER 1740 SE Hawthorne Bv ----- **232-7111**
SCOTTS—

BEAUMONT HARDWARE
4303 NE Fremont ----------------- **281-4406**
HOLLYWOOD GARDEN CENTER
4030 NE Broadway ---------------- **287-3512**
MCCREIGHT HARDWARE
4430 SE Woodstock Bv ------------- **771-6731**

Tualatin Valley Farm Supply Inc
33666 SW Tualatin Valley Hy Hlsboro -------- **640-2371**
WEBFOOT—

HOLLAND FEED PET & GARDEN SUPPLY
12250 SW Broadway Beav ----------- **644-3400**
HOLLYWOOD GARDEN CENTER
4030 NE Broadway ---------------- **287-3512**
WICHITA FEED & HARDWARE
6089 SE Johnson Creek Blvd ------------ **775-6767**

## Fertilizers–Whsle & Mfrs

Ag-Chem Warehouse Inc
160 W Main St Ext Hlsboro ------------ **640-8126**
LILLY/MILLER
7737 NE Killingsworth Portland --------- **256-4600**
North Pacific Trading Co 1505 SE Gideon -- **231-1166**
ORGANIC WASTE RECYCLERS
Organic Compost & Mulch
6637 SE 100th ---------------------- **777-4835**

PACIFIC HORTICULTURAL SUPPLY



"The Industry's Most Complete Line Of Agricultural Chemicals, Fertilizers And More!"

28500 SE Orient Dr Gresh --------------- **663-0164**
55 SW 345th Hlsboro ----------------- **681-4904**

Turf Care Products 13360 SW Hall Bv Tig -- **620-0946**
Unocal Agricultural Products
14003 N Rivergate Bv ----------------- **286-8206**

## Festivals & Special Events

MULTNOMAH COUNTY EXPOSITION CENTER
& FAIRGROUNDS 2060 N Marine Dr ---- **285-7756**
NORTHWEST SIGN CENTER
Event Graphics-Design-Production-Installation
1314 NW Irving Apt 201 --------------- **274-4254**
Rose City Classic Festival Of Jazz
13155 SW Foothill Dr ----------------- **626-2728**

---

Compare your advertising in the U S WEST Direct Yellow Pages to your competitors'. What are your competitors offering? Do you offer more? Tell your customers all they need to know in your Yellow Pages ad.

People who are ready to buy reach for the U S WEST Direct Yellow Pages. Will they find your business well represented there? It's good business insurance to advertise in the Yellow Pages. Tell your story 24 hours a day, 365 days a year.

**F** Fence 692                    PORTLAND and Surrounding Areas                    61702 © U S WEST Direct 1992









SUPERIOR_FENCE-00000005

Exhibit 17
Page 5 of 20

MULTNOMAH COUNTY LIBRARY PORTLAND, OR

3 1168 05246 5729

**·tland A-L**

Multnomah, Washington & Clackamas Counties

**Use Through November 1998**

**Area Code 503**

# USWEST *Dex* ™

## Your Directory Expert

# The Yellow Pages

 **Q&A**
Look for this symbol for free
24-hour audio information

 **Community Pages**
Events, maps & ZIP codes

 **Internet Listings**
Look for the globe to find
Internet addresses

**Index**
Following The M-Z Yellow Pages

© U S WEST Dex, Inc. 1997    ♺ The U S WEST Dex™ Yellow Pages are printed with a minimum of 40% postconsumer material

http://uswestdex.com
Find complete local and national listings

# Emergency
# Nine - One - One

## Portland and Vicinity

 **Fire**

 **Police**

 **Medical**

 **Emergency Services for TTY Users**
**Dial 9-1-1**
**PRESS SPACE BAR**
**UNTIL SOMEONE ANSWERS**

911 calls are answered by trained public safety dispatchers whose priority is the handling of emergency situations. Please take the time to look up a non-emergency telephone number for the appropriate government agency if you do not have a problem that requires a law enforcement officer, fire department or ambulance to come to your location immediately.

*Non-Emergency Numbers are Listed in the Government Pages.*

## Other Emergency Numbers

Coast Guard . . . . . . . . . . . . . . . . . . . . . . . 240-9300
FBI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224-4181
Multnomah County Mental
   Health Crisis Line . . . . . . . . . . . . . . . . . 215-7082

 Poison Center . . . . . . . . . . . . . 494-8968

## Making an Emergency [Call]

- Be clear as to what kind of as[sistance] [is] needed: fire, polic[e,] medical.
- Stay on the phone and answe[r] [qu]estions.
- Give the specific location wh[ere help] is needed (know th[e] nearest intersection, for exam[ple].
- Stay calm and speak clearly.

Remember, wait for help to arriv[e] [yo]u can dire[ct] to the emergency. Follow the direction[s] [o] call taker. If you kn[ow] basic first aid and CPR, you can [help pe]ople by providing emergency assistance until prof[essiona]l help arrives.

## Emergency Calls on [Part]y Lines

**Warning:** It is a misdemeanor u[nder O]regon Law: (1) To re[lea]se t[o] relinquish a party line or public [tele]phone whe[n] inform[e]d th[at] it is needed for an emergency c[all . . .] line or public pay telephone by [. . .] an emergency call.

An "emergency call" is a call to a fire department or police department, or for emergency medical aid or ambulance service when property or human life is in jeopardy and the prompt summoning of aid is essential.

61702 © U S WEST 1997     Published by U S WEST Dex, Inc., 198 Inverness Drive West, Englewood, CO 80112

## 290 S  Sunrise C—Superior

Business

Sunrise Corridor Realty Ltd
17414 SE Oatfield Rd Milwaukie
Toll Free-Dial 1 & Then —— 800 341-7787
Sunrise Corridor Realty Ltd
17414 SE Oatfield Rd Milw —— 653-1787
Sunrise Dental Laboratory Gresh —— 666-7696
Sunrise Electric Inc 12755 SW Beaverdam Rd —— 653-7677
Sunrise Estates —— 653-7677
Sunrise Estates 300 S Everest Newberg —— 538-9670
Sunrise Excavating —
5499 SW Hergert Rd Cornelius —— 357-3576
Sunrise Furnace & Chimney Cleaning—
Eastside —— 253-2014
Gladstone —— 655-7310
Northside —— 288-5980
Westside —— 292-9883
Sunrise Furnace Service Beav —— 643-0168
Sunrise Furnace Service Gresh —— 666-4058
Sunrise Healthfood 7901 SE Powell Bv —— 774-9252
Sunrise Home Care Service —— 233-2727
Sunrise Jr High School
14331 SE 132nd Av Clackamas —— 698-2040
Sunrise Kitchen 511 SW 10th Portland —— 299-6828
Sunrise Land & Timber
4110 Pacific Av Forest Grove —— 357-2993
Sunrise Legacy Stables SE Decker Rd
Boring —— 658-2019
Sunrise Mennonite Church
15711 SE 90th Av Clackamas —— 557-0789
Sunrise Oriental Foods & Gifts
12295 SW Main Tig —— 620-5399
Sunrise Painting Inc 81 SE Yamhl Portland —— 234-6994
Sunrise Paving Co
27220 SW Grahams Ferry Rd Sherwood —— 682-0121
Sunrise Pipe & Supply —— 624-7473
Sunrise Pipe & Supply
3115 NE 109th Av Vancouver Wa
Portland Tel No- —— 285-9121
Sunrise Place 5724 NE Prescott Portland —— 460-3233
Sunrise Pool Brokers & Service Gresh —— 666-4058
Sunrise Research —— 916-4265
Sunrise Salon
12010 SE Sunnyside Rd Clackamas —— 698-5812
Sunrise Shipping Agency Inc—
121 SW Salmon —— 227-2631
Sunrise Signs
2900 SW Cornelius Pass Rd Hillsboro —— 642-1454
Sunrise Tan 12010 SE Sunnyside Rd Clackamas 698-4933
Sunrise Village Apts 912 NE 183d Av Ptld —— 665-9589
Sunrise Village Ridgewood Mobile
Home Estates 15181 SE Lala Dr
Clackamas —— 658-4000

**SUNRISE WINDOW SERVICES** —— **775-0325**

Sunriver Lodge—
Lodge Information Sunriver —— 593-1222
Sunriver Realty—
Main Office Sunriver —— 593-7000
Outside Oregon Call
Toll Free-Dial 1 & Then —— 800 547-3920
Suns 2701 NW Vaughn Portland —— 225-1154
Suns SE Division Portland —— 771-5582
Suns Up Tanning
9220 SW Barbur Bv Portland —— 977-2949
Suns Up Tanning 15532 SW Pacific Hwy Tig- 639-2360
Sun's Wholesale Trade 24 SE 82d Portland- 255-2216
Sunsational Cuts 8431 SE Division Portland- 774-1974
Sunseekers Tanning Salon LLC
15790 Boones Ferry Rd LkOs —— 699-4044
Sunseekers Tanning Salon LLC
18084 SE McLoughlin Blvd Milw —— 653-5494
Sunseri Frances A DMD
12658 SE Stark Portland —— 253-1344
Sunseri Ron—
State Representative Gresh —— 663-9026
Sunset Animal Clinic
14740 NW Cornell Rd Ptld —— 690-8249
Sunset Apartments 2060 SE 122d Portland- 251-8875
Sunset Appraisal Inc
1342 SW Bertha Bv Portland —— 977-0027
Sunset Athletic Club
13939 NW Cornell Rd Ptld —— 645-3535
Sunset Baptist Church
Call Sunset Family Church —— 297-2100
Sunset Beauty & Barber
1205 NW 185th Av Aloha —— 690-6631
Sunset Bingo 4830 SW Western Av Beav- 520-8600
Sunset Business Forms —— 292-0100
Sunset Business Forms PO Box 605 Banks- 324-1100

**SUNSET BUSINESS SUPPLY**
3895 SW 185th Av Aloha —— **642-2512**

Sunset Chapel 260 82d Dr Gladstn —— 656-4271
Sunset Chaser Inc —— 335-0637
Sunset Chaser Inc 621 SW Alder Portland- 274-0692
Sunset Chevron 13675 NW Cornell Rd Ptld- 643-2174
Sunset Chiropractic Clinic
11500 SW Corby Dr Ptld —— 643-2225
Sunset Cleaners 1195 NW 185th Av Aloha- 690-2172
Sunset Club Inc 11525 SW Barnes Rd Ptld- 646-6889
Fax —— 671-0402
Sunset Corridor Association
15455 NW Greenbrier Pkwy Beav —— 645-4410
SunSet Corridor BBS P O Box 86496 —— 771-1792
Sunset Corridor Insurance Services Inc
9900 SW Wilshire —— 297-2511
Sunset Covenant Church
18555 NW Rock Creek Bv Ptld —— 645-1196
Sunset Crest Adult Foster Care Home
13901 SE Schiller Portland —— 760-0466
Sunset Custom Fencing & Decking Beav- 645-0886
Sunset Deli 402 SE Martin Luther King Jr Bv- 231-1431
Sunset Dental Care 13765 NW Cornell R —— 643-9851
Sunset Electric
1635 SE Enterprise Circle Suite A Hillsboro- 648-0734
Sunset Electric Of The Oregon Electric
Group
1635 SE Enterprise Cir Suite A Hillsboro- 648-0734

Sunset Engine Development
14800 NW Pioneer Rd Beav —— 643-1708
Sunset Express Inc Ptld —— 520-8776
Sunset Fabco 4000 SW Hocken Av Beav- 644-4985
Sunset Family Church
5656 SW Humphrey Bv —— 297-2100
Sunset Family Practice Group PC
12400 NW Cornell Rd Ptld —— 626-0939
Sunset Family Practice Group PC
12400 NW Cornell Rd Ptld —— 626-7436
Sunset Farm & Nursery
7717 NW Jackson School Rd —— 647-7432
Sunset Farms Inc 11825 SW Greenburg Rd
Tig —— 684-6204
Sunset Forest Products Inc
15455 NW Greenbrier Pkwy Beav —— 629-8301
Sunset Fuel Gresh —— 666-5539
Sunset Fuel Co Heating & Cooling—
Corporate Office Southeast
2944 SE Powell Bv Portland —— 234-0611
Northeast —— 281-0005
Gresham —— 666-5539
Milwaukie —— 653-6503
Oregon City —— 656-5144
Tigard —— 245-3842
Westside/Beaverton —— 295-2186
Sunset Garbage Collection Inc
9035 SE Henderson Portland —— 774-4122
Sunset Grill Restaurant
1280 SW Oak Hillsboro —— 693-0469
Sunset Group Inc 14817 SW Teal Bv Beav- 579-3000
Sunset Grove Golf Course
41615 NW Osterman Rd Forest Grove- 357-6044
Sunset Hills Memorial Park Finley's Sunset
Hills Mortuary 6801 SW Sunset Hy Portland- 292-6654
Sunset Hills Mortuary Finley's Sunset Hills
Mortuary 6801 SW Sunset Hy Portland- 292-6654
Sunset Home Video 824 NW Murray Rd
Ptld —— 646-1943
Sunset Home Video 2731 NE Glisan Portland- 231-1869
Sunset Imports 4050 SW 139th Wy Beav- 641-8600
Sunset Interiors Inc
11450 NW Woodmere Ct Beav —— 629-9532
Sunset Joint Venture
4050 SW 139th Wy Beav —— 643-3221
Sunset Laboratory Inc
2017 19th Av Forest Grove —— 357-5151
Sunset Landscaping inc
18600 SE Richey Rd Ptld —— 661-7217

**SUNSET MANUFACTURING CO**
19475 SW 89th Tualatin —— **692-1900**

Sunset Market 4480 Cornwall St WLinn —— 656-7328
Sunset Massage & Wellness Center
1049 SW Baseline Hillsboro —— 681-9673
Sunset Micro Systems
1255 SW Huntngtn Av Ptld —— 644-0358
Sunset Mini Beav —— 690-7958
Sunset Mini & RV Storage
16501 NW Twin Oaks Dr Beav —— 690-4343
Sunset Mortgage
10365 SE Sunnyside Rd Clackamas —— 698-5800
Sunset Mortgage Co 15865 SW 72nd Av Tig- 620-4471
Sunset Nails 13591 NW Cornell Rd Ptld —— 646-4573
Sunset Office Outfitters Inc
14201 NW Science Pk Dr Ptld —— 626-2665
Sunset Opticians —— See Sight Shop The
Sunset Oregonian 3685 SW 170th Av Beav- 591-9729
Sunset Orthopaedic And Fracture Clinic
1881 NW 185th Av Aloha —— 645-5083
Sunset Pacific Construction Company— 777-3455
Sunset Painting & Decorating Beav —— 645-3200
Sunset Plumbing Co Beav —— 641-3212
Sunset Plumbing Co Tig —— 245-4926

**SUNSET PORSCHE AUDI**
4050 SW 139th Wy Beav —— **641-8600**

Sunset Presbyterian Church
9100 SW Wilshire Portland —— 292-9293
Sunset Preschool 3228 SW Sunset Bv —— 246-6435
Sunset Printing 3363 SE 20th Portland —— 231-8328
Sunset Sandwich Shop
402 SE Martin Luther King Jr Bv —— 231-1431
Sunset Science Park Federal Credit
Union—
1100 NW Murray Blvd Ptld —— 643-1335
Fax Line —— 646-9902
Sunset Star Tanning
13603 NW Cornell Rd Ptld —— 641-6088
Sunset Station 10765 SW Butner Rd Ptld- 641-6224
Sunset Store & Deli
16155 NW Cornell Rd Beav —— 645-5327
Sunset Summit Apartments
7400 SW Barnes Rd —— 292-4891
Sunset Surf Oceanfront Resort Motel
248 Ocean Rd Manzanita
Toll Free-Dial 1 & Then —— 800 243-8035
Sunset Transformers Hillsboro —— 647-2217
Sunset Travel Ltd
1400 NW Compton Dr Suite 201J Beav- 690-1276
Sunset Valley Canine Academy
Forest Grove —— 357-3243
Sunset West Construction Beav —— 649-1185
Sunset Wood-Revivers —— 227-0805
Sunshine Cafe 1220 SW Morrison Portland- 242-1118
Sunshine Carpet Cleaning
3063 Keen Av Ne Salem
Toll Free-Dial 1 & Then —— 800 576-2072
Sunshine Cleaners 400 Sitka Av Newberg- 538-2621
Sunshine Creek Apartments The
10690 SW Davies Rd Beav —— 590-4909

**SUNSHINE DAIRY FOODS INC**
801 NE 21st Portland —— **234-7526**

Sunshine Farm Equestrian Center
Oregon City —— 557-3299
Sunshine Gallery—
12345 SW Canyon Rd Beav —— 520-9494
Or Call —— 626-6067

Sunshine Houseware & Linen Rentals
7236 SW Durham Rd Tig —— 639-6160
Sunshine Learning Land
18330 SW Kinnaman Rd Aloha —— 649-5677
Sunshine Market 2001 SE Stark Portland- 232-4954
Sunshine Market
13580 SE Powell Bv Portland —— 761-4141
Sunshine Market Deli & Laundromat
9950 SW Glencoe Rd Hillsboro —— 647-2240
Sunshine Meadows Apartments
13605 SE Division Portland —— 760-6282
Sunshine Pizza Exchange
16050 SE 82d Dr Clackamas —— 655-5094
Sunshine Property Management
1125 SE Madsn Portland —— 234-1237
Sunshine School Trinity Baptist Church
2700 SE 67th Portland —— 775-1533
SunSites Inc P O Box 1558 Gresham —— 230-1933
Suntans 1423 NE 181st Av Ptld —— 492-1314
Suntans 3030-G NE Hogan Dr Gresh —— 667-2957
Suntel Design 7165 SW Fir Lp Tig —— 624-0555
Suntel Home Design 7165 SW Fir Lp Tig- 624-0555
Suntime Tour And Travel
5411 E Mill Plain Bv Vancouver Wa
Portland Tel No- —— 286-5726
Suntracer Inc 4800 SW Griffith Dr Beav —— 643-2255
Suntree Cabinets Hillsboro —— 648-1838

**SUNTREE INC REALTORS**
7925 SE Lake Rd Milw —— **659-3300**

Sunview Homes—
Home #1 8579 SE Bachman Gladstn —— 650-9020
Home #2 8530 SE Bachman Gladstn —— 655-6942
Home #3 8490 SE Bachman Gladstn —— 655-2045
Sunway Company Ptld —— 297-6233
Sunwest Energy Corp —— 285-5168
Sunwest Energy Corp —— 286-8200

**SUNWEST GRAPHICS INC**
1136 NW Hoyt Portland —— **222-9588**

Sunwest Inc Gresh —— 618-1800
Sunwest Tax & Bookkeeping Service
Inc 9665 SW Bvrtn-Hillsdale Hy Beav —— 643-7950
Sunwood Apartments
755 SE Hogan Rd Gresh —— 666-8438
Sunworks 11304 SW Boones Ferry Rd —— 245-5650
Super Burrito Express
4210 SE King Rd Milw —— 786-9370
Super Burrito Express
9019 N Lombard Portland —— 283-2181
Super-Cargoes & Clerks Union—
Business Agent 2401 NW 23d Portland- 221-0342
Fax —— 221-0554
Hiring Hall 2401 NW 23d —— 221-0340
Super Chevrolet Parts
8705 SE Stark Portland —— 256-0098
Super Coups Of Oregon
Mobile Service —— 799-1000
Super Express Mobile —— 257-8988
Super 8 Motel 11011 NE Holman —— 285-1444
Super Express Fuels 4803 N Lombard Portland- 283-3866
Super Girls Car Wash
3410 N Williams Portland —— 281-7957
Super King Sentry 6100 SE King Rd Milw- 833-1484
Super Lube 895 Molalla Av Oregon City —— 650-6554
Super Maids 4004 SE 9th Portland —— 636-2295
Super Movers —— 222-5970
Super Natural Deli & Juice Bar
168 E Main —— 640-6392
Super One Inc 10959 SW 5th Beav —— 643-5721
Super Printers
Eastside 239 SE 6th Portland —— 232-5241
Super-Rooter Service Co—
Eastside —— 256-5895
Westside —— 245-0574
Super Shops Automotive Performance
Center 11415 SW Canyon Rd Beav —— 627-0877
Super Shops Automotive Performance
Centers—
Beaverton 11445 SW Canyon Rd Beaverton- 627-0877
Portland 4616 SE 82d —— 777-1727
Super Shuttle
Portland —— 318-3642
Super Sports Club Inc
1139 NE Imperial Portland —— 234-2349
Super Stretch Limousines Portland —— 223-0366
Super Valu Fruit & Produce
295 37th Av NE Salem Portland Tel No- 223-0084
Super Wash 12935 NW Cornell Rd Ptld- 626-3175
Super 8 Motels
25438 SW Pkwy Av Wilsonville —— 682-2088
Superb Automotive Repairs 8226 E Burnsd- 257-9379
Superb Hair & More Inc
12911 SW 63rd Av Ptld —— 639-2856
Superbath Showroom Familian
Northwest Inc 610 SW Alder —— 222-2284
Supercars Unlimited 8029-A SW 17th —— 244-8249
Supercom 10140 SW Allen Blvd Beav —— 526-8888
Supercuts—
Portland—
82nd & Powell —— 775-7481
10075 SW Barbur Bv —— 293-9467
39th & Powell —— 233-0184
44th & Sandy Bv —— 284-7278
6525 SW Bway-Hisdl Hy Portland —— 291-5225
Aloha—
Sunset Square 185th At Walker —— 690-2116
Beaverton—
Beaverton Town Square Mall —— 644-6662
Gresham—
Gresham Town Fair— —— 665-6450
Gresham Town Fair— —— 665-7844
2830 NE Hogan Rd —— 659-3681
Milwaukie Jennings Shopping Center- 659-3681
Salem 831 Lancaster Dr NE Salem —— 363-8506
Vancouver—
16420 SE McGillivray Bv Vancouver- 360 891-4869
8101 NE Parkway Dr Vancouver —— 360 892-9000
Supercuts 9009 SW Hall Blvd Tig —— 639-3702
Supercuts 15532 SW Pacific Hwy Tig —— 639-5034

SuperDigital Ltd 1634 SW Alder Portland- 228-2222
Superior Air Handling Corp Troutdale —— 492-4544
Superior Air Parts —— 653-2188
Superior Answering Service Inc
8714 SE 17th Portland —— 236-6666
Superior Appliance Service
19250 S Fischers Mill Rd Oregon City —— 650-0433
Superior Asphalt & Sealing Co
Forest Grove —— 359-5900
Superior Auto Body 1200 NE 8th Gresh —— 666-6434
Superior Carpet & Upholstery Dry
Cleaning Co Hillsboro —— 640-2759
Superior Cleaners—
5119 SW Macadam —— 274-0781
Superior Cleaners 8409 SE Division Portland- 771-7545
Superior Cleaning Systems —— 257-2911
Superior Coffee & Foods
9565 SW Ridder Rd Suite 230 Wilsonville- 685-9404
Superior Counter Tops —— 788-1018
Superior Deck & Gazebo
8700 SW 26th Portland —— 768-5557
Superior Design Co Inc
3800 SW Cedar Hills Blvd Beav —— 671-0300
Superior Door Inc
Toll Free-Dial 1 & Then —— 800 450-5010
Superior Electric Motor Service Inc
330 SE 6th —— 233-5223
Superior Engines And Service
5232 NE Sacrmnto Portland —— 284-9116
Superior Fence & Construction—
Sales Office 10001 SE Powell Bv Portland- 760-7716
Clackamas —— 657-0900
Gresham —— 665-7146
Portland —— 253-5980
Westside —— 684-6961
Superior Fence & Construction Inc Gresh- 665-7146
Superior Fence & Construction Inc Tig- 684-6961
Superior Funeral Service Inc —— 252-2545
Superior Gas Construction Newberg —— 538-3554
Superior Homes Of Oregon
9415 SW Jamieson Rd Beav —— 291-0194
Superior Inboard Repair
17530 SW 63d Av LkOs —— 699-1825
Superior Interior —— 255-5058
Toll Free-Dial 1 & Then —— 800 252-5058
Superior Landscape Inc
27127 SW Mountain Rd WLinn —— 655-7311
Superior Landscape Management —— 253-9194
Superior Limousine —— 238-2820
Superior Mfg Co 6767 NE Columbia Bv —— 288-7417
Superior Medical Transportation
2121 SE Clinton Portland —— 232-1841
Superior Metal Finishing Inc
18240 SW 100th Ct Tualatin —— 692-4251
Superior Mortgage Corp —— 292-4905
Superior Nautiques 17885 SE 82d Dr Gladstn- 650-8715
Superior Plaster & Stucco —— 257-2011
Superior Portrait Packages
1125 SE Madsn Portland —— 230-0221
Superior Radiator Repair
624 McLoughlin Blvd Oregon City —— 655-0510
Superior Roofing Co
P O Box 723 Oregon City —— 657-5211
Superior Services— —— 244-5243
Superior Signs
11705 SW Pacific Hy Suite Y Tig —— 598-0835
Fax Line —— 598-0984
Superior Skatework Inc
PO Box 653 Troutdale —— 667-2817
Superior Sleeve & Machine
14920 SE 82d Dr Clackamas —— 650-6555
Superior Sound 5612 NE 72d Portland —— 251-9794
Superior Staffing Services Inc
3800 SW Cedar Hills Blvd Beav —— 671-0300
Superior Stage & Lighting Inc
5231 SE McLoughlin Bv —— 233-9690
Superior Stripping Services
9940 N Vancouver Wy —— 283-1046
Superior Sub Flooring PO Box 370 Gresh- 666-6271
Superior Sweeping P O Box 30255 Portland- 254-8185
Superior Tape & Label Inc Suite 7
121 NE Victory Av Suite 7 Gresh —— 665-6367

**SUPERIOR TEL** 3314 SW Kelly —— **242-1543**

Superior Temporary Services Inc
3800 SW Cedar Hills Blvd Beav —— 671-0300
Superior Tire Service—
Gladstone Truck/Semi Service
90 82d Dr Gladstn —— 650-0871
Longview Truck-Semi Service 660 14th
Av Longview Wa—
Portland Tel No- —— 283-3069
Salem Truck-Semi Service
2350 Mission SE Salem
Oregon City Tel No- —— 657-8359
Portland Tel No- —— 241-7931
Superior Torque Converter
3701 SE Caruthers Portland —— 238-0441
Superior Transportation Systems Inc
One Centerpointe Dr Suite 400 LkOs —— 624-0491
Superior Underwriters Division Of
Groninger & Co inc
10700 SW Beaverton Hillsdale Hy Suite 22
Beav —— 643-3560
Superior Vending Inc —— 777-2925
Superior Woodworking & Remodeling
Forest Grove —— 357-2425
Superior World Travel
645 SE 223rd Av Gresh —— 669-8385

SUPERIOR_FENCE-00000028

Exhibit 17
Page 8 of 20





SUPERIOR_FENCE-00000030

Exhibit 17
Page 10 of 20



SUPERIOR_FENCE-00000061

Exhibit 17
Page 11 of 20

DexOnline.com

Emergency/Emergencia

# Portland

## Making an Emergency Call

- Do not hang up!
- Stay on the line until a 9-1-1 operator answers your call. Even if you dialed 9-1-1 by mistake, remain on the line until your call is answered.
- Remain calm and be prepared to answer questions regarding the location of the problem, victim and suspect information.
- 9-1-1 will prioritize your information and provide response in accordance with local public safety directives.
- Your cooperation in providing information to 9-1-1 is essential to providing the best service to the public.

## Non-Emergency Public Safety Situations
(For all other public safety response calls.)

(Situations involving a fire, medical emergencies, or for crimes in progress.)

## Child Abuse
**Dial 9-1-1**

## TTY, TDD Users
**Dial 9-1-1**
Pressing the space bar several times may help you complete your call.

## Poison Center
**1 800 222-1222**

| Hazardous Materials/ Marterials Pelligrosos | Medical/ Médico | Police/ Policìa | Fire/ Bomberos |
| --- | --- | --- | --- |

## Emergency Dial: 9 1 1
### NINE - ONE - ONE

## Other Important Numbers

| | |
| --- | --- |
| Clackamas County Mental Health | 503 655-8401 |
| Multnomah County Mental Health | 503 988-4888 |
| Washington County Mental Health | 503 291-9111 |
| Coast Guard (emergency only) | 503 240-9300 |
| FBI | 503 224-4181 |

| | |
| --- | --- |
| **Multnomah County** (all areas) | 503 823-3333 |

(This is an auto-attendant system that will provide you with choices to correctly route your call to the appropriate agency.)

| | |
| --- | --- |
| **Washington County** (all areas) | 503 629-0111 |
| **Clackamas County** | 503 655-8211 |
| or | |
| Gladstone | 503 655-8211 |
| Lake Oswego/West Linn | 503 635-0238 |
| Milwaukie | 503 786-7500 |
| **Yamhill County** | |
| Newberg/Eastern Yamhill County | 503 538-8321 |
| All other Yamhill County Locations | 503 434-6500 |

## Emergency #'s for kids

Emergency # to Call: _____

Mom's Work #: _____

Dad's Work #: _____

Friend's #: _____

Neighbor's #: _____

My Address: _____

My Home Phone #: _____

Cell Phone #: _____

*Warning: It is a misdemeanor under Oregon Law: (1) to abuse the 9-1-1 system or to falsely report a crime or emergency, (2) to refuse to relinquish a party line or pay phone when it is needed to report an emergency or (3) to obtain the use of a party line or pay phone by stating that it is needed for an emergency call.*



**DEX.** *Need more directories? Want to Recycle your outdated directories? Looking for information on advertising? Find the info you need on the next page.* ❯

061702 © 2004 Dex Media, Inc.

SUPERIOR_FENCE-00000062

Exhibit 17
Page 12 of 20

**Su** /362 **Sunriver-Superior**                              **DEX**

**Business**

Sunriver Resort —
Convention Sales Information —
PO Box 3609 ------------------------- SUNRIVER 97707 541 593-4605
Resort Information Sunriver ------------------- 97201 541 593-1000
Suns 2701 NW Vaughn St ---------------------------- 97210 503 225-1154
Sun's Market 8707 SE Division St ------------------ 97266 503 771-5582
Sun's Up Tanning 9620 SE 82d Av ------------------- 97266 503 777-1296
Sun's Up Tanning 15532 SW Pacific Hwy ------------- 97224 503 639-2360
Suns Up Tanning Inc ------------------- CLCKMS 97015 503 558-0406
Sunseekers Tanning Salon LLC
18084 SE McLoughlin Blvd --------------- MLWK 97267 503 653-5494
Sunseri Dental 9201 SE 91st ------------------------ 97266 503 253-1344
Sunset Animal Clinic
14740 NW Cornell Rd Ste 20 ------------- BVRTN 97229 503 690-8249
Sunset Animal Clinic LLC
14740 NW Cornell Rd ----------------- BVRTN 97229 503 690-8249
**www.sunsetanimal.com**
Sunset Appraisal Inc 1342 SW Bertha Bv ------- 97219 503 977-0027
Sunset Athletic Club 13939 NW Cornell Rd -------- 97229 503 645-3535
Sunset Auto Parts 372 SE 3rd Ave -------- FRST GRV 97123 503 648-3186
Sunset Auto Parts 2214 Pacific Ave ----- FRST GRV 97116 503 357-6181
Sunset Bakery & Coffee Shop
806 NW Murray Rd ----------------------------- 97229 503 574-4717
Sunset Beauty & Barber
1205 NW 185th Ave ----------------------- ALOHA 97006 503 690-6631
Sunset Bingo 4830 SW Western Ave --------- BVRTN 97005 503 234-5678
Sunset Business Forms PO Bx 605 ---------- BANKS 97106 503 324-1100
Sunset Business Supply
3895 SW 185th Ave ----------------------- ALOHA 97007 503 591-1619
Sunset Chapel 260 82d Dr ----------------- GLDSTN 97027 503 656-4271
Sunset Chevron 13675 NW Cornell Rd ---------------- 97229 503 643-2174
Sunset Chiropractic 11507 SW Shilo Ln ------------- 97225 503 643-2225
Sunset Christian Fellowship
19004 SW Shaw St --------------------- BVRTN 97007 503 642-2964
Sunset Cleaners 1195 NW 185th Ave ------ BVRTN 97006 503 690-2172
Sunset Corridor Ins
16100 NW Cornell Rd ------------------- BVRTN 97006 503 645-3626
Sunset Corridor Insurance Services --------- 97223 503 624-9111
Sunset Covenant Church
18555 NW Rock Creek Blvd -------------------- 97229 503 645-1196
Sunset Cycles LLC 4708 NW Bethany Blvd -------- 97229 503 531-9254
Sunset Direct Lending
5000 Meadows Rd Ste 131 ------------- LK OSWG 97035 503 968-3070
Sunset Eye Clinic
1865 NW 169th Pl Suite 105 ----------- BVRTN 97006 503 533-8441
Sunset Factory Teriyaki & Deli
402 SE Martin Luther King Jr Blvd ----------------- 97214 503 231-1431
Sunset Family Health Center
10395 NW Glencoe Rd ------------------- N PLNS 97133 503 647-9400
Sunset Family Practice Group PC
12400 NW Cornell Rd ------------------- BVRTN 97229 503 626-0939
Sunset Family Practice Group PC
12400 NW Cornell Rd ------------------- BVRTN 97229 503 626-7436
Sunset Farm & Nursery
7715 NW Jackson School Rd --------- HLLSBR 97124 503 647-5736
Sunset Farms
7200 S Lone Elder Rd --------------- CANBY OR OR 97013 503 266-4887
Sunset Foot & Ankle Center
17175 SW Tualatin Vly Hwy ----------- BVRTN 97006 503 356-0152
Sunset Forest Products Inc
15455 NW Greenbrier Pkwy ----------- BVRTN 97006 503 629-8301
Sunset Fuel Co Heating & Cooling —
Westside/Beaverton ----------------------------- 503 295-2186
Sunset Garbage Collection Inc
9035 SE Henderson St ----------------------- 97266 503 774-4122
Sunset Garden's Apts
951 SE 13th Ave ------------------------- HLLSBR 97123 503 648-1400
Sunset Grill Restaurant
1280 SW Oak St ----------------------- HLLSBR 97123 503 693-0469
Sunset Group Inc 14817 SW Teal Blvd ------ BVRTN 97007 503 579-3000
Sunset Grove Golf Course
41615 NW Osterman Rd ---------------- FRST GRV 97116 503 357-6044

**SUNSET HILLS MEMORIAL PARK**
6801 SW Sunset Hy --------------------- 97225 503 292-6654
Finley-Sunset Hills Mortuary
Sunset Hills Memorial Park
6801 SW Sunset Hy --------------------- 97225 503 292-6654
Sunset Home Inspections ------------- HLLSBR 97124 503 846-9822
Sunset Homes 8528 SW 190th Ave ------- BVRTN 97007 503 259-9285
Sunset Humdinger 812 NW Murray Rd ----------- 97229 503 646-2911
Sunset Janitorial ------------------------- BVRTN 97008 503 641-5517
Sunset Koi & Gardens
19800 SW Farmington Rd ------------ BVRTN 97007 503 591-8848
Sunset Laboratory Inc 10160 NW Nimbus Ave --- 97223 503 624-1100
Sunset Landscape & Irrigation Inc ---- HLLSBR 97123 503 547-0082
Sunset Landscaping & Creekside Nursery Inc
16600 SE Richey Rd ----------------------- 97236 503 661-7217
Sunset Landscaping Inc 18600 SE Richey Rd ----- 97236 503 661-7217
Sunset Lanes 12770 SW Walker Rd -------- BVRTN 97005 503 646-1116
Sunset Manufacturing
19355 SW Teton Rd ----------------------- TULTN 97062 503 692-1900

**SUNSET MANUFACTURING CO**
19355 SW Teton Rd -------------------- TULTN 97062 503 692-1900
Sunset Market 4480 Cornwall St -------- WST LNN 97068 503 656-7328
Sunset Masonry 8610 N Drummond ----------------- 97217 503 287-8286
Sunset Micro Systems
1255 SW Huntington Ave -------------------- 97225 503 644-0358
Sunset Mini ----------------------------- BVRTN 97006 503 690-7958
Sunset Mini & RV Storage
16501 NW Twin Oaks Dr -------------- BVRTN 97006 503 690-4343
Sunset Mortgage Co 9600 SW Barnes Rd --------- 97225 503 203-6300
Sunset Mortgage Co
4230 Galewood St Suite 200 ----------- LK OSWG 97035 503 635-7393
Sunset Mortgage Co
10365 SE Sunnyside Rd Ste 330 ------- CLCKMS 97015 503 698-5800
Sunset Mortgage Company
7020 SW Nyberg St ----------------------- TULTN 97062 503 691-2633

**SUNSET MORTGAGE COMPANY INC**
4230 Galewood St ---------------------- LK OSWG 97035 503 635-7393
Sunset Mortgage Company LP
2440 SE 8th Ct ----------------------- GRSHM 97080 503 491-5951
Sunset Nails 13591 NW Cornell Rd ----------------- 97229 503 646-4573
Sunset Nursery Products Inc
18221 SE Richey Rd ----------------------- 97236 503 669-0630
Sunset Office Outfitters Inc --------------- See Sight Shop The
Sunset Opticians ------------------ See Sight Shop The
Sunset Painting & Decorating ---------- BVRTN 97006 503 645-3200
Sunset Pizza 250 NW Railroad St --------- SHRWD 97140 503 625-6700

**SUNSET PORSCHE AUDI**
4050 SW 139th ------------------------- BVRTN 97005 **641-8600**
**www.sunsetimports.com**
Sunset Presbyterian Church
9100 SW Wilshire ----------------------------- 97225 503 292-9293
Sunset Preschool 5656 SW Humphrey Blvd ----- 97221 503 246-6435
Sunset Printing 3363 SE 20th ---------------------- 97202 503 231-8328
Sunset Produce Market
4710 NW Sunset Hwy ------------------- BANKS 97106 503 324-0682
Sunset Rock 50147 NW Roderick Rd -------- FRST GRV 97116 503 357-9311
Sunset Rock LLC ---------------------- LK OSWG 97223 503 624-7255
Sunset Science Park FCU —
Fax Line ----------------------------------- 97229 503 646-9902
1100 NW Murray Blvd Suite 200 --------------- 97229 503 643-1335
Sunset Station 10765 SW Butner Rd --------------- 97225 503 641-6224
Sunset Summit 7400 SW Barnes Rd ---------------- 97225 503 296-0973
Sunset Surf Oceanfront Resort Motel
248 Ocean Rd ------------------------ MANZANITA 97130
Toll Free-Dial 1 & Then ---------------------------- 800 243-8035
Sunset Transformers --------------------- HILLSBORO 503 647-2217
Sunset West Express ------------------------------- 503 286-9546
Sunset Windows & Doors -------------------------- 503 647-5000
Sunset Yoga Center LLC
10200 SW Eastridge St ----------------------- 97225 503 626-6245
Sunshine Antiques and Collectibles
12400 SW Main St --------------------- TGRD 97223 503 639-6067
Sunshine Appraisal Services -------------------- WLSNVL 97070
Moreen Sutton ----------------------------------- 503 570-9158
Sunshine Cafe 1220 SW Morrison -------------------- 97205 503 242-1118
Sunshine Cleaners 400 N Sitka Ave ------ NWBRG 97132 503 538-2621

**SUNSHINE DAIRY FOODS INC**
801 NE 21st Ave --------------------------- 97232 503 234-7526
Sunshine Farm Equestrian Center
Oregon City --------------------------- ORGN CTY 97045 503 557-3299
Sunshine Gallery 12400 SW Main St -------- TGRD 97223 503 639-7474
Sunshine Gardenhouse Co ------------------ TGRD 503 590-8657
Sunshine Housewares & Linens Rentals
2056 NW Aloclek Dr Suite 322 ---------- HLLSBR 97124 503 617-6555
Sunshine Landscape Maintenance & Design Inc -- HLLSBR 503 617-6555
Sunshine Market Deli & Laundromat
9950 SW Glencoe Rd ------------------ HLLSBR 503 647-2240
Sunshine Meadows Apartments
13605 SE Division St ----------------------- 97236 503 760-6282
Sunshine Montessori
4845 SW Murray Blvd ----------------- BVRTN 97005 503 644-1466
Sunshine Painting ---------------------- 97007 503 356-8612
Sunshine Pizza Exchange
16050 SE 82d Dr ---------------------- CLCKMS 97015 503 655-5094
Sunshine School 2700 SE 67th ----------------- 97206 503 775-1533
Sunshine Stones & Cabinets Inc
3308 SE 50th ----------------------------- 97206 503 771-3980
Sunsigns 4903 NE Sandy Blvd ----------------- 97213 503 288-4360
Sunstone Hotel Mgmt 518 SW Broadway ----- 97205 503 973-5645
Sunsup Tanning Inc 9620 SE 82d Av --------------- 97266 503 772-1966
Sunsup Tanning Inc 9220 SW Barbur Blvd --------- 97219 503 977-2949
Sunsup Tanning Inc
8553 SW Main St ---------------------- WLSNVL 97070 503 682-8600
Sun Supply Inc 2310 NW 24th ----------------------- 97210 503 222-3078
SUNTANS 1423 NE 181st Av ---------------------- 97230 503 492-1314
Suntel Home Design
7165 SW Fir Lp Suite 104 ------------------- TGRD 97223 503 624-0555
Suntree Inc Realtors 7925 SE Lake Rd ---------- MLWK 97267 503 659-3300
Suntron 800 N Brutscher St ---------------- NWBRG 97132 503 538-0626
Suntrust Bank Inc 5331 SW Macadam Ave ----------- 97239 503 471-5770
Sunview Homes
Home # 1 8579 SE Bachman ------------ GLDSTN 97027 503 650-9020
Home # 2 8530 SE Bachman ------------ GLDSTN 97027 503 655-6942
Home #3 8490 SE Bachman -------------- GLDSTN 97027 503 655-2045
Sunwest Inc General Contractors ------------------ 503 618-1800
Sunwest Inc General Contractors --------------- 97030 503 618-1818
SunWest Mortgage Banking Group
1865 NW 169th Pl --------------------- BVRTN 97006 503 533-9880
Sunwest Tax & Bookkeeping
9665 SW Beaverton-Hillsdale Hwy ------ BVRTN 97005 503 643-7950
Sunwest Tax & Bookkeeping Service Inc
9665 SW Beavrtn-Hillsdale Hwy ------ BVRTN 97005 503 643-7950
Sunworks 11304 SW Boones Ferry Rd ------------ 97219 503 245-5650
Super Burrito Express
10506 SE 42d Av ------------------------ MLWK 97222 503 786-9370
Super Burrito Express 9019 N Lombard ----------- 97203 503 283-2181
Super Chevrolet Parts 8705 SE Stark St ---------- 97216 503 256-0098
Super Coups Of Oregon
Mobile Service --------------------------------- 503 799-1000
Super Digital LTD 1150 NW 17th ----------------- 97209 503 228-2222
Super 8 Motel 121 NE 181st Ave ------------ GRSHM 97230 503 661-5100
Super 8 Motel-Portland 11011 NE Holman St ---- 97220 503 257-8988
Super 8 Motels
25438 SW Parkway Ave ---------------- WLSNVL 97070 503 682-2088
Super Express Mobile ----------------------------- 503 285-1444
Super Look Beauty Salon
1207 E Powell Blvd --------------------- GRSHM 97030 503 618-1045
Super Low Price Cigarette Store
8243 SE Division St ----------------------- 97266 503 774-2607

**SUPER MOVERS** ---------------------------- 503 222-5970
Super Nails 20559 SW Tualatin Vly Hwy ----- BVRTN 97006 503 591-9898
Super Rooter Service 3233 NE 135th ------------ 97230 503 245-0574
Super Seams 29 E Powell Blvd ------------- GRSHM 97030 503 674-5262
Super Service 5555 SE Sun Meadow Ter ---- MLWK 97267 503 659-2937
Super Shots 2201 Lloyd Center ------------------- 97232 503 284-6535
Super Stretch Limousine ---------------- PORTLAND 9866 503 223-0366
Super Sub 5907 N Lombard St ------------------- 97203 503 283-1782
Super Torta 710 Washington St ----------- ORGN CTY 97045 503 722-2306
Super Torta 5640 SE Woodstock Blvd --------------- 97206 503 788-3650
Super Wash 12935 NW Cornell Rd ---------------- 97229 503 626-3175
Superb Automotive Repairs
8226 E Burnside St ----------------------- 97216 503 257-9379
Superb Hair & More Inc 12911 SW 63rd Av ------- 97219 503 639-2856
Superbath Showroom Familian Northwest
10185 SW Beaverton-Hillsdale Hwy Suite 1118
------------------------------------ BVRTN 97005 503 222-2284
Superbath Showroom Familian Northwest Inc
10185 SW Beaverton-Hillsdale Highway ----- BVRTN 97005 503 222-2284
Superbowl Teriyaki
12865 SW Canyon Rd -------------------- BVRTN 97005 503 626-0552
Super-Cargoes & Clerks Union —
Fax --------------------------------------------- 503 221-0554
Hiring Hall 2401 NW 23d ------------------------- 97210 503 221-0340
Supercars Unlimited 8029 A SW 17th ------------- 97219 503 244-8249

Supercuts —
Aloha —
Sunset Square 185th At Walker -------- BVRTN 97005 503 690-2116
Beaverton —
Beaverton Town Square Mall ----------- BVRTN 97005 503 644-6662
Gresham —
Gresham Town Fair --------------------- GRSHM 97030 503 665-6450
Vancouver —
Jennings Shopping Center ------------------------ OR 503 659-3681
Oregon City —
Berryhill Shopping Center ------------- ORGN CTY 97045 503 723-7285
Portland —
39th & Powell ------------------------------------ OR 503 233-0184
2020 NE 44th Av & Sandy Bv ------------------- OR 503 284-7278
10075 SW Barbur Bv --------------------------- 97219 503 293-9467
6525 Sw Beaverton-Hillside Hy ---------------- 503 291-5225
2020 NE 44th Av ----------------------- BVRTN 97005 503 284-7278
9610 SE 82nd Av & Johnson Crk --------------- 97266 503 777-2255
Sherwood —
16006 SW Tualatin Sherwood Rd ------- SHRWD 97140 503 625-9599
Tigard —
9009 SW Hall Blvd ---------------------- TGRD 97223 503 639-3702
15532 SW Pacific Hwy ------------------- TGRD 97224 503 639-5034
Troutdale —
25667 SE Stark St ---------------------- TRTDL 97060 503 667-5824
Tualatin —
7715B SW Nyberg Rd ------------------- TULTN 97062 503 691-0973
Vancouver —
8101 NE Parkway Dr ------------------- VNCVR 98662 360 892-9000
16420 SE McGillvray ------------------- BVRTN 97005 360 891-4869
13215 SE Mill Plain Bv ----------------- BVRTN 97005 360 944-4415
Supercuts 1477 SE 1st Ave --------------- CANBY 97013 503 651-2840
Supercuts 1884 Baseline St -------------- CRNLS 97113 503 359-5643
Supercuts 25725 SW Gwen Dr ---------- WLSNVL 97070 503 582-9626
Supercuts 2567 SE TV Hwy --------------- HLLSBR 97123 503 640-0115
Supercuts 14845 SW Murray Scholls Dr --- BVRTN 97007 503 579-3378
SuperDigital Ltd 1150 NW 17th ----------------- 97209 503 227-1210
Superdigital Ltd 1150 NW 17th ----------------- 97209 503 228-2222
SuperDigital Ltd. 1150 NW 17th ----------------- 97209 503 228-2222
Superior Appliance Service
19250 S Fischers Mill Rd ------------- ORGN CTY 97045 503 650-0433
Superior Appraisals Inc
4475 SW Schlls Ferry Rd ----------------------- 97223 503 297-4070
Superior Asphalt & Sealing
33535 SW TV Hwy --------------------- HLLSBR 97123 503 846-1772
Superior Auto Body & Accessories
1543 SE Orient Dr --------------------- GRSHM 97080 503 666-6434
Superior Auto Credit Inc ----------------------- 97070 503 682-8509
Superior Auto Recovery --------------------------- 503 253-0571
Superior Bank ------------------ Portland Tel No 503 285-2828
Superior Bank Pacific Equity Division
11300 NE Halsey ------------------------------ 97220 503 816-1110
Superior Bankcard Service
1017 SW Morrison ----------------------------- 97205 503 223-2157
Superior Carpet Service ----------------------- 503 238-4311
Superior Claims Specialists ----------- BVRTN 97008 503 350-0765
Superior Cleaners 8409 SE Division St ----------- 97266 503 771-7565
Superior Coffee 27350 SW 95th Ave ---- WLSNVL 97070 503 685-9404
Superior Community Management --------------- SHRWD 97140
------------------------------------------------------ 503 925-1832
Superior Counter Tops
8085 SE Deer Creek Ln ---------------- MLWK 97222 503 654-2245
Superior Door Inc
Toll Free-Dial 1 & Then --------------------------- 800 450-5010
Superior Electric Motors 330 SE 6th Ave --------- 97214 503 233-5225
Superior Engines ------------------- See Superior Engines
Superior Exteriors Inc 738 E Burnside St --------- 97214 503 234-1993
Superior Exteriors Northwest -------------------- 97214 503 259-3354
Superior Fast Freight
9835 SW Commerce Circle -------------- WLSNVL 97070 503 682-2244
Superior Fence & Construction —
Sales Office 10001 SE Powell Blvd ------------- 97266 503 760-7725
Clackamas ----------------------------------- 503 657-0900
Gresham ------------------------------------- 503 665-7146
Portland ------------------------------------- 503 253-5988
Westside ------------------------------------ 503 684-6961
Superior Fence & Construction --------- GRSHM 97223 503 625-5544
Superior Fence & Construction Inc ----- GRSHM 97223 503 665-7146
Superior Fence & Construction Inc ----- GRSHM 97223 503 684-6961
Superior Gas Corporation ------------------------- 503 310-0176
Superior Glass Works
31816 S 0na Wy ---------------------- MOLALLA 97038 503 829-7634
Superior Glass Works 31816 S 0na Wy Rd -------- 503 829-9634
Superior Home Inspection Inc
PO Box 398 -------------------------- CORBETT 97019 503 380-3333
Superior Housekeeping Service Inc ----- LK OSWG 97035
------------------------------------------------------ 503 431-2222
Superior Import Repair Inc 5120 NE 42d -------- 97218 503 288-8634
Superior Inboard Repair
17530 SW 63d Av -------------------- LK OSWG 97035 503 699-1821
Superior Insurance & Investment
330 SE 82nd Ave ----------------------------- 97216 503 252-9898
Superior Interiors Inc 4234 NE Prescott ---------- 97218 503 282-0578
Superior Judgment Recovery
P 0 Box 230523 ------------------------- TGRD 97281 503 968-3221
Superior Lock & Key ----------------------------- 503 253-0571
Superior Metal Finishing Inc
18240 SW 100th Ct --------------------- TULTN 97068 503 692-4252
Superior Nails 21530 Willamette Dr ----- WST LNN 97068 503 656-3206
Superior Performance 6834 NW St Helens Rd ----- 97210 503 285-4667
Superior Plaster & Stucco ----------------------- 503 257-2011
Superior Pool Covers
19248 S Fernwood Rd ------------------ MOLALLA 97038 503 829-8767
Superior Radiator & Air Conditioning Inc
624 McLoughlin Blvd ---------------- ORGN CTY 97045 503 655-0516
Superior Radiator Repair
624 McLoughlin Blvd ---------------- ORGN CTY 97045 503 655-0516
Superior Roller Technology LLC
300 S Redwood St ------------------ CANBY OR 97013 503 266-8088
Superior Service 7203 SE Raymond St ----------- 97206 503 771-0142
Superior Service 7203 SE Raymond St ----------- 97206 503 772-2853
Superior Siding Solutions ----------------------- 503 253-2300
Superior Signs —
12529 SW Hall Blvd --------------------- TGRD 97223 503 598-0839
Superior Signs 12529 SW Hall Blvd ------- TGRD 97223 503 598-0629
Superior Signs - Fax Only
12529 SW Hall Blvd ---------------------- 97223 503 598-0984
Superior Skatework Inc PO Box 653 ------ TRTDL 97060 503 667-2817
Superior Sleeve & Machine
13510 SE Pheasant Ct ------------------ MLWK 97222 503 786-3956
Superior Sweeping Inc 5724 NE 109th ----------- 97220 503 254-8189
Superior T & L Inc ----------------------- GRSHM 97030 503 669-0655
Superior Tank Wash 5741 NE 92d Dr ------------- 97220 503 408-5880
Superior Tape & Label Inc
121 NE Victory Av Suite 7 ------------------- GRSHM 97030
Suite 7 ------------------------------------------ 503 665-6364

Gilroy & Napoli • Attorneys At Law

**Fe / 554   Fence-Filing**   **DEX**



## Fence (Cont'd)

**MCDERMOTT FENCE CO**

**McDERMOTT FENCE CO.**

CHAIN LINK FENCES
INDUSTRIAL - RESIDENTIAL
• ALL SIZES IN WOOD & WIRE
EXCELLENT FENCING
AT VERY REASONABLE PRICES
SINCE 1983
FREE ESTIMATES • PHONE QUOTES
"Ask About Our Warranties"
VISA & MASTERCARD ACCEPTED
CALL STEVE McDERMOTT
CCB # 074236

PORTLAND .................. 503 245-3575
OREGON CITY..................... 503 655-9619
FAX .................... 503 654-4508

MIKE'S CUSTOM FENCING --------503 246-8319
MILWAUKIE LUMBER CO
10998 SE 21st Milwaukie -------------- 503 654-5417
8048 SE Stark Street ----------------- 503 253-0000
MINUTE FENCING-YOUR LINK TO
SECURITY

**FREE ESTIMATES**
COMMERCIAL & RESIDENTIAL
FENCING • DECKS • GATES
Rental • Wood • Chainlink • Custom Designs
"Your Link to Security"
CCB#107391     503-251-7446

MORNING STAR FENCE INC
10701 SE Foster Rd ---------------------- 503 452-1621
*Please See Advertisement Page 552*
Mr Plywood
Retail Store 7609 SE Stark ------------ 503 254-7387
NATIONAL RENT-A-FENCE ------- 866 877-3574
NEW HUDSON FENCE BUILDERS INC
15506 NE 64th Av Vancouver WA
Toll Free-Dial 1 & Then ------------------- 877 573-3033
New World Fencing ---------------------- 503 626-1962
New Zealand Fence Systems Inc
P O Box 2500 Clackamas ---------------- 503 657-3657
Northwest Fence & Deck LLC ------- 503 222-1110
Northwest Pet Containment ---------- 503 291-1520

**NORTHWEST VINYL INC**
[W] Authorized Westech
Distributor in the
Western Region USA
STANDARD OR CUSTOM FABRICATIONS
FENCE • DECK • RAILING
GAZEBOS • ARBORS
Ready to install--box kits -- single job or truckloads
www.northwestvinyl.com
877.658.4695 Toll Free
15812 10th AVE Ridgefield WA 98842

Oregon City Fence Co
15092 S Wooglen Wy Oregon City ------ 503 657-3003
Oregon City Fence Co
15092 Woodglen Way Oregon City ------- 503 657-3003
Outdoor Fence Co ---------------------- 503 582-8264
**P & W CEDAR PRODUCTS**
4232 NE 148th ------------------------- 503 256-4874
**PACIFIC FENCE & WIRE CO**
13770 Se Ambler Rd
Clackamas ------------ Portland Tel No 503 233-6248
*Please See Advertisement Page 549*
PETSAFE OF PORTLAND ----------- 503 291-1520
*Please See Advertisement Page 551*
PORTLAND FENCE CO
9940 SE Oak ------------------------- 503 256-3060
*Please See Advertisement Page 550*
Professional Fence Service ------------ 503 777-5191

Quality Fence & Deck ------------------ 503 693-9849
**RELIABLE FENCE & CONSTRUCTION INC**
----------------------------- 503 669-8148
www.reliablefence@msn.com

*Please See Advertisement Page 548*
**RICK'S CUSTOM FENCING & DECKING INC**
4543 SE Tualatin Vly Hy Hillsboro --- 503 640-5434
*Please See Advertisement Page 546*
**RIVERSIDE FENCE COMPANY**
9204 N.E. 11th St --------------------- 503 232-7333
Sandy Fence Co
Sandy ----------------------------- 503 668-5287
**SECURITY CONTRACTOR SERVICE**

**RENTAL FENCE**
Porta-Panels • Crowd Control Barriers
Special Events Panels
1-800-843-7893

12520 NE Whitaker Way -------------- 503 255-9950
**STATEWIDE RENT-A-FENCE OF OREGON
INC**
**Fence & Panel Rental**
Contractors - Special Events
Serving Oregon Since 1976
Locally Owned & Operated
PHONE.......................... 503 221-0238
TOLL FREE......................... 1 800 821-0425
**SUPERIOR FENCE & CONSTRUCTION INC**
--------------------------- 503 760-7725
*Please See Advertisement Page 547*
**TOWN & COUNTRY FENCE CO OF OREGON**
8810 SE Herbert Ct Clackamas -------- 503 655-2055
**VANNOY TERRY FENCE CONTRACTING**
6919 SE Johnson Creek Blvd ----------- 503 774-0901
Westcoast Fence & Construction LLC
----------------------------- 503 638-8920
**WEST-MEYER FENCE** -------------- 503 978-1830
*Please See Ad on Previous Page*
Willamette Fence Co
11304 NE Marx ------------------------ 503 285-2761
**ZOCHERT FENCE COMPANY INC**
8205 SE Gray St ----------------------- 503 774-4311
*Please See Advertisement Page 552*

## Fence Posts & Fittings

American Fence Co --------------------- 503 234-7934
Interstate Fence Co
P O Box 301061 ParkroseStn ---------------- 503 241-4283
**PACIFIC FENCE—**
*INDUSTRIAL-RESIDENTIAL*
PACIFIC FENCE & WIRE CO
13770 Se Ambler Rd Clackamas
---------------------- Portland Tel No 503 233-6248
Reliable Fence & Construction Inc -- 503 669-8148
www.reliablefence@msn.com

Superior Fence & Construction Inc --503 684-6961

## Fencing-Sport

Fencing Center Salle Trois Armes
8517 N Lombard St --------------------- 503 285-2962
Northwest Fencing Center
4950 SW Western Ave Beaverton -------- 503 277-2237
Oregon Fencing Alliance
4840 SW Western Ave Beaverton ------ 503 643-7218
Studio Of American Fencing
4048 NE 42d --------------------------- 503 249-2884

## Feng Shui

Anne Mansfield M Ed ------------------ 503 318-3824
www.annemansfieldfengshui.com

Driver Suzy --------------------------- 503 224-8006
Feng Shui Northwest Lisa Hersh
5325 NE Flanders St -------------------- 503 238-8681
Paula Hills ---------------------------503 810-4061
Shen Men Feng Shui
615 SE Alder Suite 303A Portland --------503 232-2543

## Fertilizers-Dealers

**CONCENTRATES INC**
SPECIALIZING IN ORGANIC FERTILIZER
2613 SE 8th Ave ---------------------503 234-7501
http://www.concentratesnw.com

Custom Farm Services Inc
32801 SE Lusted Rd Gresham ------------ 503 663-0397
**WEBFOOT—**
WICHITA FEED & HARDWARE
6089 SE Johnson Creek Blvd Milwaukie
----------------------------- 503 775-6767
Western Farm Service ----------------- 503 640-2371

## Fertilizers-Whsle & Mfrs

Ag-Chem Warehouse Inc
429 SW Baseline St Hillsboro ----------- 503 640-8126
J R Simplot Co
14003 N Rivergate Blvd ------------------- 503 286-8206
North Pacific AG Products
815 NE Davis -------------------------- 503 231-1166
Stutzman Farms Fertilizer Plant
9205 S Kraxberger Rd Canby -------------503 266-4610
United Horticultural Supply
28500 SE Orient Dr Gresham -------------503 663-0164
Wilbur-Ellis Company
9685 SW Ridder Road Ste 190 Wilsonville
----------------------------- 503 227-3525

## Festivals & Special Events

Christmas Jubilee ---------------------- 503 293-1884
Lake Oswego Festival Of The Arts
368 S State St Lake Oswego ------------- 503 636-1060
Opus Solutions
9309 SW Nimbus Beaverton -------------- 971 223-0777
Portland Jazz Festival
921 SW Morrison ----------------------- 503 228-5299
Portland Rose Festival
5603 SW Hood ------------------------503 227-2681
Royal Rosarians
P O Box 6915 ------------------------- 503 295-4288
Wordstock 1500 SW 12th Ave ----------- 503 546-1013

## Fiber Glass Fabricators

Alan Salmela Fiberglass --------------- 503 663-6361
Attbar Inc
1721 NW 262d St Ridgefield WA
------------------Portland Tel No 503 285-2594
**CHEYENNE LIVESTOCK & PRODUCTS**
FIBERGLASS FABRICATORS
TOOLING • MOLDING
PRODUCTION RUNS
RTM–RESIN TRANSFER MOLDING
www.cheyennemfg.com
14712 NE 13th------------------------ 360 574-7771
Corrosion Controllers Inc
2930 Ford St Washougal WA ------------ 360 835-2171
M & W Fiberglass Fabrication
20929 NE Niederberger Rd Dundee -------503 538-0101
**MILES FIBERGLASS & COMPOSITES**



**MILES FIBERGLASS & COMPOSITES**
Specializing In
Tooling • Custom Products • In-House Design
Experienced in Large
Parts & Production Runs.
40 Years in Business
www.milesfiberglass.com
8855 SE Otty------------------------- 503 775-7755
**MOLDED FIBER GLASS / NORTHWEST**
30 SE Cascade Ave Stevenson WA -----509 427-7755
**REINFORCED FIBERGLASS & PLASTICS INC**
FIBERGLASS FABRICATION
• Production • Patterns
• Tooling • Repair
12721 NE Whitaker Wy------------------ 503 253-3306



**SHAW'S FIBERGLASS & PLASTICS INC**
Quality & Timely Service
Industrial & Custom Parts
Patterns and Molds
40 Years Experience
shawsfg@msn.com
19402 SE Foster Rd Boring
----------------------- 503 658-SHAW(7429)
**TOM SMITH FIBERGLASS**
85451 Highway 99S Eugene ----------- 541 741-2809

## Fiber Glass Materials

**FIBERLAY INC**
RETAIL/WHOLESALE since 1955
CLOTH•MAT•ROVING•KEVLAR•GRAPHITE
POLYESTER/EPOXY RESINS
URETHANE FOAM AND CASTING SUPPLIES
www.fiberlay.com   24 S Idaho St • Seattle
Toll Free-Dial 1 & Then-------------- 800 942-0660
**TAP PLASTICS INC**
SUPPLIES • RESINS • EPOXIES
CLOTH • MAT • ROVING
WE HAVE CARBON-FIBER • KEVLAR®
Industry & Do-It-Yourself
Visit us at: www.tapplastics.com
2842 NE Sandy Blvd Portland......... 503 230-0770
15230 SW Sequoia Pkwy Tigard...... 503 620-4960

## Fiber Glass Repair

Bath Crest
Tub & Shower Stall Repairs
15785 SW 72nd Av Tigard ---------------- 503 598-0133
Custom Renovation ---------------------- 503 697-0501
**MARINE TECH**
10707 NE 2nd Ave ----------------------503 735-0553
**MIRACLE METHOD OF PORTLAND LLC**
5663-C NE 105th -----------------------503 256-3405
**PACIFIC POWER BOATS**
2900 NE Marine Dr --------------------- 503 288-9350

## Fiber Optics

Alcatel Submarine Networks Inc
15540 N Lombard ----------------------- 503 289-4572
Cache Valley Teledata
9315 SW Nimbus Bldg 10 Beaverton ------ 503 431-6600
**FIBER GUYS**
OVER 20 YEARS EXPERIENCE
• FUSION SPLICING • TERMINATION & TESTING
• MAINTENANCE & RESTORATION • CONSULTATION
(503) 666-8859
Nettest 9405 SW Gemini Dr Beaverton --- 503 644-1960
Photon Kinetics
9405 SW Gemini Dr Beaverton -----------503 526-4600
**TIMBERLINE CONNECTIVITY**
5618 NE Hassalo ---------------------- 503 827-8141

## Filing Equip, Systems & Supplies



**PACIFIC BUSINESS SYSTEMS**
Complete Storage, Access
and Retrieval Systems
• KARDEX LEKTRIEVER Sales & Service
• Space Saving Movable Shelving
• Electronic Document Management Systems
• Records Relocation & Conversion Services
• Color Coded Labels, Folders & Supplies
• Library Stacks & Mailroom Furniture
• KARDEX • SMEAD • TIMES TWO •
• ROTARY FILES • WAREHOUSE STORAGE •
www.webpacificbusiness.com
CCB# 113205
503 231-7223
502 SE Lincoln Street

*(Continued Next Page)*

© 2004  Dex Media, Inc.  061702

SUPERIOR_FENCE-00000064

Exhibit 17
Page 14 of 20

DexOnline.com

Fence  547  Fe

# A SUPERIOR FENCE AT AN AFFORDABLE PRICE

# SUPERIOR
## FENCE & CONSTRUCTION

- **Chain Link • Wood • Vinyl**
- **Ornamental Iron & Aluminum**
- **Gates & Security Fences**
- **Pre-Cast Concrete**
  (Stone, Brick & Wood Designs)

    
    
    
    

CUSTOM DESIGN & EXPERT ADVICE • AUTOMATIC GATE OPERATORS • DOG RUNS & KENNELS, FARM FENCING
FENCE RENTAL • 24-HOUR EMERGENCY SERVICE • DELIVERING OF MATERIALS FOR DO-IT-YOURSELFERS

**RESIDENTIAL • COMMERCIAL • INDUSTRIAL**

 Your Ornamental Fence Source For:
**AMERISTAR**

 AMERICAN EXPRESS · DISCOVER · VISA · MasterCard

FINANCING (OAC)

View More Pictures At:
**WWW.SUPERIORFENCE.COM**

CCB # 70422
Corporate Fax
503 762-1127

FREE ESTIMATES

| GRESHAM | CLACKAMAS | PORTLAND | WASHINGTON Co. | SHERWOOD |
|---|---|---|---|---|
| **503 665-7146** | **503 657-0900** | **503 760-7725** | **503 684-6961** | **503 625-5544** |

## Who knows
how to find licenses from marriage to hunting?

## Dex Knows™
Check the Government Pages or log onto DexOnline.com.

**DEX**

## Who knows how to find a veterinarian who specializes in cats, that's open on Saturday and accepts credit cards?

## Dex Knows™
Go to DexOnline.com to find exactly what you need.

**DEX**

61702  © 2004  Dex Media, Inc.



SUPERIOR_FENCE-00000086

Exhibit 17
Page 16 of 20



**Welcome to Dex**

# welcome to your Dex business white & yellow pages



Photo courtesy of the Rose Quarter

# looking for residential listings information?

**Looking for residential listings information? Residential white pages for your area will be included in the following directories:**

- Clackamas County: Covers Clackamas County
- East County: Covers Gresham and Portland proper, East of 82nd
- Greater Westside: Covers Washington County
- Portland White Pages: Covers Portland proper, West of 82nd

- All of the residential listings are on DexKnows.com, our top-rated website. Access it at www.DexKnows.com and click on the "White Pages" tab to find your listing quickly.
- Copies of the residential White Pages are available at no charge. You should have it in 7-10 business days. Please call **(877) 2-GET-DEX** to order one.



**For all your Yellow and White Pages needs, visit us at DexKnows.com®**

 To find recycling options, order or stop delivery of any Dex published directory, or order a complimentary CD-ROM, call **(877) 2-GET-DEX** or visit DexKnows.com/Green.

**Advertising Sales & Customer Service: (800) 422-1234**

To view and download all of our directories online, visit DexPages.com.

**The directory cover design is a trademark of Dex.**

061702 © 2010 Dex

SUPERIOR_FENCE-00000087

Exhibit 17
Page 17 of 20



Sunset Healing And Cooling ---------- GRSHM 97030 503 665-8866
Sunset Hearing Care
 10395 NW Glencoe Rd ------------------------ N PLNS 97133 503 647-2095
Sunset Heating & Cooling 0607 SW Idaho St ---- 97239 503 234-0611
Sunset Heating & Cooling Inc —
 Westside/Beaverton --------------------------------------- 503 295-2186
Sunset Helicopters Inc
 23115 Airport Rd --------------------------------- ARRA 97002 503 678-1813
Sunset Helicopters Inc
 23115 Airport Rd --------------------------------- ARRA 97002 503 678-1814
Sunset Hills Mortuary 6801 SW Sunset Hy ------ 97225 503 292-6654
**SUNSET IMPORTS**
 4050 SW 139th Way ---------------------------- BVRTN 97005 **641-8600**
☞ www.sunsetimports.com

Sunset Imports Used Cars
 13745 SW Tualatin Valley Hwy --------------- BVRTN 97005 503 601-2068
Sunset Imports Used Cars
 4190 SW 144th Ave ---------------------------- BVRTN 97005 503 643-6740
Sunset Janitorial --------------------------------- BVRTN 97008 503 641-5517
Sunset Koi & Gardens
 19800 SW Farmington Rd -------------------- BVRTN 97007 503 591-8848
Sunset Koi & Gardens
 19800 SW Farmington Rd -------------------- BVRTN 97007 503 591-8848
Sunset Laboratory Inc ------------------------------------ 97223 503 624-1100
Sunset Landscaping Inc 18600 SE Richey Rd ------- 97236 503 661-7217
Sunset Landscaping Inc & Creekside Nursery
 18600 SE Richey Rd -------------------------- GRSHM 97080 503 661-7217
Sunset Lanes 12770 SW Walker Rd ------------ BVRTN 97005 646-1116
Sunset Lanes 12770 SW Walker Rd ------------ BVRTN 97005 646-1446
Sunset Lanes 12770 SW Walker Rd ------------ BVRTN 97005 646-1116
Sunset Limousine & Towncar
 12390 S Center St ------------------------------ BVRTN 97005 503 641-8100
Sunset Liquor 1285 NW 185th ------------------- ALHA 97006 503 645-5813
Sunset Mfg
 19355 SW Teton Ave
Sunset Manufacturing
 19355 SW Teton Ave ----------------------------- TULTN 97062 692-1900
Sunset Manufacturing Company
 19355 SW Teton Ave ----------------------------- TULTN 97062 692-1900
Sunset Manufacturing Co
 19355 SW Teton Ave ----------------------------- TULTN 97062 692-1900
Sunset Market 4480 Cornwall St --------------- WST LNN 97068 503 656-7328
Sunset Masonry 8610 N Drummond Ave ---------- 97217 503 287-8286
Sunset Medical Offices
 17200 NW Corridor Ct ------------------------- BVRTN 97006 503 614-8400
Sunset Medical Practice Group
 12400 NW Cornell Rd ---------------------------------- 97229 503 626-0939
Sunset Medical Practice Group Pc ---------------- 97229 503 372-2334
Sunset Medical Practice Grp ------------------ BVRTN 97005 503 520-1100
Sunset Mini ----------------------------------------- BVRTN 97006 690-7958
Sunset Mini & RV Storage
 16501 NW Twin Oaks Dr ------------------------ BVRTN 97006 503 690-4343
Sunset Mortgage 2077 N Hwy 99 W ------- MCMVL 97128 503 472-9477
Sunset Mortgage 16101 SW 72nd Ave Ste 200 ----- 97224 503 635-7393
Sunset Mortgage 9600 SW Barnes Rd Ste 175 ----- 97225 503 203-6300
Sunset Mortgage
 10365 SE Sunnyside Rd ------------------------- CLKMS 97015 503 594-1120
Sunset Mortgage
 10365 SE Sunnyside Rd Ste 340 --------------- CLKMS 97015 503 594-1144
Sunset Mortgage Co
 16110 NW Cornell Rd --------------------------- BVRTN 97006 503 646-3525
Sunset Mortgage Co
 4500 SW Kruse Way -------------------------- LK OSWEGO 97035 503 744-3370
Sunset Mortgage Co
 365 Warner Milne Rd --------------------------- ORGN CTY 97045 503 657-1122
Sunset Nursery Products Inc
 18221 SE Richey Rd --------------------------------------- 97236 503 669-0630
Sunset Opticians
 See Sight Shop The
Sunset Pediatrics --------------------------------------------- 503 296-7800
Sunset Pediatrics LLC
 9135 SW Barnes Rd Ste 763 ------------------------ 97225 503 296-7800
Sunset Produce Market
 47170 NW Sunset Hwy -------------------------- BNKS 97106 503 324-0682
Sunset Psychological 10200 SW Eastridge ------ 97225 503 292-1885
Sunset Science Park FCU —
 Fax Line --------------------------------------------------- 503 646-9902
 1100 NW Murray Blvd ------------------------------- 97229 503 643-1335
Sunset Speedway 485 S Main St ------------------ BNKS 97106 503 324-3040
Sunset Station 10765 SW Butner Rd ------------------ 97225 503 641-6224
Sunset Station Apts 10765 SW Butner Rd ----------- 97225 503 641-6224
Sunset Strip 10205 SW Park Way ------------------- 97225 503 641-6224
Sunset Summit 7400 SW Barnes Rd ------------------ 97225 503 296-0973
Sunset Tire Factory LLC
 301 NW Murray Blvd --------------------------- BVRTN 97225 503 643-6767
Sunset Trading 620 SW 5th Ave ---------------------- 97204 503 241-1026
Sunset Transformers ---------------------------- HLLSBR 97647-2217
Sunset Vision Center 333 S 1st Ave -------------- HLLSBR 97123 503 357-8454
Sunset Vision Center 333 S 1st Ave -------------- HLLSBR 97123 503 648-0796
Sunset Vision Center 2200 Baseline St ---------- CRNLS 97113 503 357-8454
Sunset Vision Center
 22075 NW Imbrie Dr ------------------------- HLLSBR 97124 503 844-6858
Sunset West Business Park
 1800 N 25th Ave ----------------------------- HLLSBR 97124 503 648-7762
Sunset West Tanning
 11745 SW Beaverton Hillsdale Hwy Hwy
 ----------------------------------------------------- BVRTN 97005 503 646-9653
Sunset West Tanning
 11745 SW Bvtn Hillsdale Hwy ----------------- BVRTN 97005 503 646-9653
Sunset Windows & Doors ----------------------------------- 503 647-5000
**Sunshine Antiques and Collectibles**
 12400 SW Main St ---------------------------- BVRTN 97005 503 639-6067
Sunshine Appraisal Services ---------------- WLSNVL 97070 503 570-7869
Sunshine Cafe 1220 SW Morrison ------------------- 97205 503 242-1118
Sunshine Cleaners 400 N Sitka Ave ------------- NWBRG 97132 503 538-2621

**SUNSHINE DAIRY FOODS INC**
 801 NE 21st Ave ---------------------------------------- 97232 503 234-7526
☞ www.sunshinedairyfoods.com

Sunshine Delivery 13806 NE Airport Way ------ 97230 503 254-5512
Sunshine Delivery 13806 NE Airport Way Ste B ---- 97230 503 258-1000
Sunshine Gardenhouse Co -------------------------- TGRD 97230 503 590-8657
Sunshine Housewares & Linens Rentals
 2056 NW Aloclek Dr Suite 322 ---------------- HLLSBR 97124 503 617-6555
Sunshine Landscape Maintenance & Design Inc
 ----------------------------------------------------------- 97220 503 572-3936
Sunshine Market Deli & Laundromat
 9950 SW Glencoe Rd --------------------------- HLLSBR 503 647-2240
Sunshine Montessori Preschool Kindergarten &
 Child Care 4845 SW Murray Blvd ------------ BVRTN 97223 503 644-1466
Sunshine Nail & Spa 14350 SW Barrows Rd ----- 97223 503 524-5086
Sunshine Painting ------------------------------------------ 503 356-8612

**SUNSHINE PIZZA EXCHANGE**
The Great Pizza/Pasta Restaurant
 16050 SE 82nd Dr --------------------------- CLKMS 97015 **503 655-5094**
Sunshine School 2700 SE 67th ------------------------- 97206 503 775-1533
Sunshine Smoke Shop 603 Main St ------------ ORGN CTY 97045 503 305-8885
Sunsigns 4903 NE Sandy Blvd ------------------------ 97213 503 288-4360
Sun-Sport Sunglasses of Oregon LLC
 11080 NW Allen Blvd Ste 200 --------------- BVRTN 97005 503 567-3488
Sunstone Circuits 13626 S Freeman Rd ---------- MLNO 97042 503 829-9108
Sunstone Montessori School
 4817 SW 53rd Ave ----------------------------------- 97221 503 892-6366
Sunstone Montessori School
 7740 SW Capitol Hwy ---------------------------------- 97219 503 768-3847
Sunstone Parc Apartments
 12000 SW Pioneer Ln --------------------------------- 97008 503 590-8915
Sunstone Parc Apartments
 12000 SW Pioneer Ln --------------------------------- 97008 503 524-5221
SunsUp Tanning 8553 SW Main St --------------- WLSNVL 97070 503 558-0406
SunsUp Tanning 15021 SE Mcloughlin ----------- MILW 97267 503 558-0406
Sunsup Tanning 8410 SW Nimbus Ave ------------ BVRTN 97008 503 641-7304
Sunsup Tanning Centers
 16015 Se Hpy Vlv Twn Ctr Dr ------------------- HPPY VLLY 97086 503 658-7238
Sunsup Tanning Inc 1007 1st Ave SW ------------ CNBY 97013 503 266-2441
Sun Supply Inc 2310 NW 24th ------------------------ 97210 503 222-3078

**SUNSUP: TANNING**

Portland                                                         Beaverton
Tigard                                                          Happy Valley
Wilsonville                                                     Hazel Dell
Clackamas        **SunsUp**                                     Canby
Oak Grove        Tanning Centers                                East Gresham
Gresham          We care enough to do it right                  West Linn
Oregon City                                                     Milwaukie
                 **14 Convenient Locations**
                 www.sunsuptanningcenters.com

**503 558-0406**

SUNTANS 1423 NE 181st Av ------------------------ 97230 503 492-1314
Suntree Inc Realtors 7925 SE Lake Rd --------- MILW 97267 503 659-3300
Sunview Homes 4 415 SE 76th Ave ----------------- 97215 503 255-0096
Sunview Homes #5 417 SE 76th Ave --------------- 97215 503 255-0091
Sunview Homes 1
 8579 SE Bachman St ------------------------------ GLDSTN 97027 503 650-9020
Sunview Homes 3
 8490 SE Bachman Dr ----------------------------- GLDSTN 97027 503 655-2045
Sunview Homes 2
 8530 SE Bachman Dr ----------------------------- GLDSTN 97027 503 655-6942
Sunwear of California Inc Pacific
 1151 NW Civic Dr -------------------------------- GRSHM 97030 503 665-9076
Sunwest Construction ------------------------------------------- 503 656-1818
Sunwest Tax & Bookkeeping Service Inc
 9665 SW Bvrtn-Hillsdale Hwy ----------------- BVRTN 97005 503 643-7950
Sunwood Apartments Gresham
 755 NE Hogan Dr -------------------------------- GRSHM 97030 503 328-9638
Sunworks 11304 SW Boones Ferry Rd ------------ 97219 503 245-5650
Super Burrito Express
 10506 SE 42d Ave ------------------------------- MILW 97222 503 786-9370
Super Burrito Express 9019 N Lombard ----------- 97203 503 283-2181
Super Chevrolet Parts 8705 SE Stark St ---------- 97216 503 256-0098
Super China Buffet-Forest Grove
 2834 Pacific Ave ---------------------------------- FRST GRV 97116 503 992-8899
Super Cuts 14845 SW Murray Scholls Dr ------- BVRTN 97007 503 579-3378
Super Digital LTD 1150 NW 17th ------------------ 97209 503 228-2222
Super 8 Motel 121 NE 181st Ave ------------------- 97230 503 661-5100
Super 8 Motel 121 NE 181st Ave ------------------ GRSHM 97230 503 661-5100
Super 8 Motel 11011 NE Holman St ---------------- 97220 503 257-8988
Super 8 Motels
 25438 SW Parkway Ave ------------------------ WLSNVL 97070 503 682-2088
Super F Paint Inc 8404 N Albina Ave -------------- 97217 503 548-4983
Super Heros Stuff -------------------------------------------- 503 248-4753
Super King Buffet 5105 SE 82nd Ave --------------- 97266 503 774-7775
Super Look Beauty Salon
 1207 E Powell Blvd ------------------------------ GRSHM 97030 503 618-1045
Super Look Beauty Salon
 1207 E Powell Blvd ------------------------------ GRSHM 97030 503 618-1045
Super Low Price Cigarette Store
 8243 SE Division St ------------------------------------ 97266 503 774-2607
Super Market 8210 Se Division St St ---------------- 97266 503 327-8689
Super Mercado La Montana
 1905 Mountain View Ln ------------------------- FRST GRV 97116 503 357-0404
Super Movers ------------------------------------------------ 503 222-5970
Super Movers
 4540 SE Johnson Creek Blvd ------------------- MILW 97222 503 222-5970
Super Nails 20559 SW Tualatin Vly Hwy -------- BVRTN 97006 503 591-9898
Super Realty Group 4605 NE Fremont St ------------ 97213 503 244-7873
Super Saver Systems ------------------------------------- CNBY 503 643-7283
Super Seams 29 SE Powell ----------------------- GRSHM 97030 503 674-5262
Super Shots 2201 Lloyd Dr --------------------------- 97232 503 284-6535
Super Stretch Limousine -------------------------------------- 503 223-0366
Super Supplements 333 SW 10th Ave -------------- 97205 503 222-2029
Super Supplements
 9919 SE Sunnyside Rd --------------------------- CLKMS 97015 503 794-9355
Super Torta 710 Washington Blvd ---------------- ORGN CTY 97045 503 722-2306
Super Torta 5640 SE Woodstock Blvd ---------------- 97206 503 788-3650
Super Value Inn 5205 N Interstate Ave -------------- 97217 503 285-2556
Superb Automotive Repairs
 8226 E Burnside St ------------------------------------- 97216 503 257-9379
Superb Hair & More Inc 12911 SW 63rd Ave ----- 97219 503 639-2856
Superbowl Terivaki
 12865 SW Canyon Rd -------------------------- BVRTN 97005 503 626-0552
Supercars Unlimited 8029 A SW 17th ---------------- 503 244-8249
Supercuts—
 Aloha
  Sunset Square 185th At Walker ---------------------- 503 690-2116
 Beaverton
  Beaverton Town Square Mall ------------------------ 503 644-6662
  15532 SW Pacific Hwy ------------------------- 97005 503 639-5034
 Milwaukie
  18030 SE McLoughlin Blvd ------------------ MILW 97267 503 659-3681
 Gresham—
  Gresham Town Fair --------------------------- 97030 503 665-6450
 Oregon City—
  Berryhill Shopping Center --------------------- ORGN CTY 97045 503 723-7285
 Portland—
  2000 NE 44th Ave ---------------------------------- 97213 503 284-7278
  2020 NE 44th Av ----------------------------------- 97005 503 284-7278
  10075 SW Barbur Blvd ----------------------------- 97219 503 293-9467
  6525 SW Beaverton-Hillsdale Hwy ---------------- 97225 503 291-5225
  3848 SE Powell Blvd ------------------------------- 97202 503 233-0184
 *Continued Next Column*

Supercuts—
 Portland—
  9610 SE 82nd Av & Johnson Crk ----------------- 97030 503 777-2255
 Sherwood—
  16006 SW Tualatin Sherwood Rd ---------------- 97005 503 625-9599
 Tigard—
  9610 SE 82nd Av & Johnson Crk ----------------- 97030 503 777-2255
 Troutdale—
  25667 SE Stark St ---------------------------------- 97060 503 667-5824
 ---------------------------------------------------------------- 503 288-3545
Supercuts
 Supercuts 1477 SE 1st Ave --------------------- CNBY 97013 503 651-2840
 Supercuts 1884 Baseline St -------------------- CRNLS 97113 503 359-5643
 Supercuts 9009 SW Hall Blvd ------------------------ 97223 503 639-3702
 Supercuts 25725 SW Gwen Dr ------------------- WLSNVL 97070 503 582-9626
 Supercuts 1010 SE 96th Ave -------------------------- 97216 503 256-6227
 SuperCuts 10983 SE Oak St --------------------------- 97222 503 659-2444
 Supercuts 14919 SE Stark St --------------------------- 97233 503 256-0560
 Supercuts 8874 1249 NW 185th Ave --------------- ALHA 97006 503 690-2116
 Supercuts 9823 7013 SW Nyberg St -------------- TULTN 97062 503 692-1438
 Superdog 1438 SW Park Ave --------------------------- 97201 503 243-5045
 Super Dog Pdx 1033 SW 6th ---------------------------- 97204 503 719-4009
 Superelevation Inc 320 NE Stark St Ste 405 ------- 97204 503 548-4832
 Superelevation Inc 107 SE Washington St ------------- 97214 503 517-0290
Superior Appliance Service
 9250 S Fischers Mill Rd ------------------------ ORGN CTY 97045 503 650-0433
Superior Auto Body & Accessories
 1543 SE Orient Dr ------------------------------ GRSHM 97080 503 666-6434
Superior Auto Recovery --------------------------------------- 503 253-0571
Superior Bank Pacific Equity Division
 11300 NE Halsey Ste 205 ---------------------------- 97220 503 816-1110
Superior Community Mgt ----------------------- SHRWD 97140 503 925-1832
Superior Community Mgt
 17300 Sw Upr Boons Frry Rd -------------------- 97224 503 684-1832
Superior Design 3723 NW Devoto Ln ----------------- 97229 503 292-2979
Superior Engines
 See A Superior Engines
Superior Enterprises Inc
 17410 SW 110th Ave --------------------------- TULTN 97062 503 692-8844
Superior Exterior Systems ----------------------------- 503 285-0875
Superior Exteriors Northwest
 ----------------------------------------------------- BVRTN 97005 503 646-6230
Superior Fence Gresham -------------------------- GRSHM 97080 503 643-4344
Superior Fence 10001 SE Powell Blvd -------------- 97266 503 760-1086
Superior Fence 10001 SE Powell Blvd -------------- 97266 503 760-7725
Superior Fence & Construction—
 Sales Office 10001 SE Powell Blvd --------------- 97266 503 760-7725
 Clackamas ---------------------------------------------- 503 657-0900
 Gresham ------------------------------------------------- 503 665-7146
 Portland ------------------------------------------------- 503 253-5988
 Westside ------------------------------------------------ 503 684-6961
Superior Fence & Construction ---------------- SHRWD 97140 503 625-5544
Superior Fence & Construction Inc -------------- GRSHM 97030 503 665-7146
Superior Fence & Construction Inc ------------- TGRD 97223 503 684-6961
Superior Floors & Counters
 14325 NE Airport Way Ste 103 ------------------- 97230 503 255-6310
Superior Home Inspection Inc
 PO BOX 398 ------------------------------------ CRBTT 97019 503 380-3333
Superior House Keeping Inc -------------------- TULTN 97062 503 454-0734
Superior Import Repair 635 E Burnside St ---------- 97214 503 239-8506
Superior Import Repair Inc
 4443 NE 82nd Ave ------------------------------------ 97220 503 288-8634
Superior Inboard Repair Inc
 17530 SW 63d Ave -------------------------- LK OSWEGO 97035 503 699-1821
Superior Interiors Inc 4234 NE Prescott ---------- 97218 503 282-0578
Superior Lock & Key ------------------------------------------ 503 253-0571
Superior Metal Finishing Inc
 18240 SW 100th Ct ----------------------------- TULTN 97062 503 692-4252
Superior Nails Salon
 21530 Williamette Dr ---------------------------- WST LNN 97068 503 656-3206
Superior Off-Road 1543 SE Orient Dr ------------ GRSHM 97080 503 674-9515

**SUPERIOR PERFORMANCE**

**SUPERIOR PERFORMANCE AUTO RESTORATION**
**503-285-4667**
www.superiorperformancenw.com
**6834 NW St Helens Rd Portland**

6834 NW St Helens Rd Unit B --------------------- 97210 **503 285-4667**

Superior Pool Covers
 19248 S Fernwood Rd --------------------------- MLLA 97038 503 829-8765
Superior Radiator & Automotive
 624 Mcloughlin Blvd -------------------------- ORGN CTY 97045 503 655-0513
Superior Roller Technology LLC
 300 Redwood St S ------------------------------- CNBY 97013 503 266-8080
Superior Roofing --------------------------------------------- 503 762-3124
Superior Siding Solutions ----------------------------------- 503 253-2303
Superior Signs—
 12529 SW Hall Blvd ---------------------------- TGRD 97223 503 598-0830
Superior Signs- Fax Only
 12529 SW Hall Blvd ----------------------------------- 97223 503 598-0981
Superior Sleeve & Machine
 13510 SE Pheasant --------------------------- MILW 97222 503 786-3956
Superior Sweeping Inc 5724 NE 109th Ave ------- 97220 503 254-8182
Superior Tank Wash 5741 NE 92nd Dr ------------- 97220 503 408-5880
Superior Tape & Label
 121 NE Victory Ave --------------------------- GRSHM 97030 503 665-1427
Superior Tape & Label Inc
 121 NE Victory Av -------------------------------- GRSHM 9703
 Suite 7 ------------------------------------------------- 503 665-6360
Superior Technical Resources Inc 97219 503 977-0120
Superior Technical Services Inc
 16307 NE Cameron Blvd -------------------------- 97230 503 252-2327
Superior Tel ----------------------------------- NWBRG 97132 503 554-9494
Superior Tel ------------------------------------------------- 503 242-1540
Superior Tel 17 SW Gibbs St ------------------------ 97239 503 242-1100
Superior Tire Service 1409 NE Columbia Blvd ------- 97211 503 284-0285
Superior Torque Converter
 3711 SE Crutchers P ----------------------------------- 97214 503 238-0440
Superior Underwriters Division Of Groninger & Co
 Inc 10700 SW Beaverton Hillsdale Hwy --- BVRTN 97005 503 643-3565
Superior Underwriters Division Of Groninger & Co
 Inc 10700 SW Bvtn Hillsdale Hwy ---------- BVRTN 97005 503 643-3565
SuperMedia LLC
 Toll Free-Dial '1' & Then --------------------------------- 800 555-4833
SuperMedia LLC ------------------------------------------------- 97880
 Toll Free-Dial '1' & Then --------------------------------- 800 555-4833

SUPERIOR_FENCE-00000088

Exhibit 17
Page 18 of 20

# dexknows.com.

## Fence (Cont'd)

Fitzpatrick Fence & Rail Trtdl --------- 503 674-9125
www.fitzpatrickfenceandrail.com

**FOX FENCE CO**
www.dexknows.com/info/503-235-4188
4330 SE Division St ------------------- 503 235-4188
*Please See Advertisement Page 308*

G D B Fence ----------------------------- 503 222-4835

George & Gabe Professional Fencing & Decks
-------------------------------------------- 503 628-5677

**HAWKE CONSTRUCTION**
*- CUSTOM BUILT -*
FENCES • DECKS • ARBORS
GATES • RETAINING WALLS • DOG RUNS
**503-380-6599**
*"Keeping an eye on quality"*

Hidden Fence-PetSafe of Portland --503 291-1520
Invisible Fence Of Greater Portland -888 290-0721
Kasey's Contruction Company
4714 SE 104th Ave ----------------------- 503 760-1122
Kennys Fenicng & Construction Llc
3880 Sw Binford Ave -------------------- 971 255-7472
Lake Fence Co Llp ----------------------- 503 635-6326
Landels Construction Bvrtn ------------ 503 642-9062
**LANDMARK FENCE CO**
Cedar, Chain Link & Vinyl Fencing
19700 SE Cottonwood Milw ------------ 503 657-7272
Mc Dermott Fence ---------------------- 503 654-4508

Refresh your memory regarding the name of a firm or its location right here in the Dex Yellow Pages. Why wonder? The Yellow Pages will help you recall the name of the firm you've forgotten.

# dex™

## The most complete local info is mobile. m.DexKnows.com.

---

**MCCUTCHEON FENCE CO**
www.dexknows.com/info/503-771-4617
5819 SE Flavel --------------------- 503 771-4617
*Please See Ad on Previous Page*
**MIKE'S CUSTOM FENCING** --------- 503 246-8319
Milwaukie Lumber Co-Stark Street Yard
8048 SE Stark St ---------------------- 503 253-0000
**MR PLYWOOD** 7609 SE Stark St --- 503 254-7387
Morning Star Fence
10701 SE Foster Rd -------------------- 503 452-1621

**NATIONAL RENT-A-FENCE**
Serving All of Oregon
Low Rates • Call For A Free Quote
rentnational.com
Toll Free.............................. 800 352-5675

Oregon City Fence Co ---------------- 503 657-3003
Outdoor Fence Co Wlsnvl ------------ 503 582-8264

**PACIFIC FENCE & WIRE CO**
**PACIFIC FENCE & WIRE CO.**
EVERYTHING YOU NEED FOR THE
DO-IT-YOURSELFER
**BUY FACTORY DIRECT**
Vinyl Chain Link — Tennis Courts
Snow Fence — Farm Fence
Chain Link — Fittings
Posts — Gates
Barb Wire — Pipe Tubing
Portable Dog Runs — Ornamental Steel Fence
Post & Rail Vinyl Fencing
**Also Serving Contractors And Commercial Builders**
Licensed & Bonded — Installation
CCB # 15121 — Estimates
13770 SE Ambler Rd. Clackamas — **503-659-6881**
(Exit 13 Off I-205)
*Please See Advertisement Page 309*

---

Pdx Fencing 5645 SW Arctic Dr Bvrtn --- 503 644-7739
PetSafe-Hidden Fence of Portland --503 291-1520
**PORTLAND FENCE CO**
**PORTLAND FENCE CO.** Since 1972
Industrial & Commercial Fencing
Custom Gates • Ornamental Aluminum/Steel
• Airport • Dams • School
• Military • Ports • Sport
**FREE ESTIMATES**
**503-256-3060**
9940 SE Oak • Portland, OR 97216
*Please See Advertisement Page 309*

Reliable Fence & Construction Inc
See Our Ad At Beginning Of Heading
www.dexknows.com/info/503-669-8148
2105 SE 190th Ave --------------------- 503 669-8148
www.ReliableFenceCompany.com

**RICK'S CUSTOM FENCING & DECKING INC**
HILLSBORO - 4543 SE TV HWY.......... (503) 640-5434
GRESHAM - 20132 SE STARK........... (503) 669-0795
VANCOUVER - 11516 NE 66th ST......(360) 253-3792
Cedar, Vinyl, Ornamental Aluminum, Chain Link and
Simulated Rock Fencing - Partial or Complete Installation
Material Packages - Delivery Service - 5 Locations in OR & WA
www.RicksFencing.com

**SECURITY CONTRACTOR SERVICES**
**RENTAL FENCE**
Porta-Panels • Crowd Control Barriers
Special Events Panels
www.scsfence.com   Over 30 Yrs
12520 NE Whitaker Way------- **503 255-9950**
Statewide Rent-A-Fence Of Oregon
www.dexknows.com/info/503-221-0238
----------------------------------------- 503 221-0238
**STATEWIDE RENT-A-FENCE OF OREGON INC**
**Fence & Panel Rental**
Contractors - Special Events
Serving Oregon Since 1976
Locally Owned & Operated
PHONE.............................503 221-0238
TOLL FREE.......................1 800 821-0425

Superior Fence Gresham Grshm -------- 503 663-4344

**SUPERIOR FENCE & CONSTRUCTION INC**
**SUPERIOR FENCE & CONSTRUCTION**
**AFFORDABLE PRICE**
Chain Link • Wood • Vinyl
*24 Hour Emergency Service*
Custom Design & Install
www.superiorfence.com
**503-278-4508**
CCB# 70422
*Please See Advertisement Page 308*

Use the Yellow Pages.

---

## Fertilizers  311  Fe

Tailor Made Fencing & Decking Inc
4828 NE Going St ----------------------- 503 969-8633
The Fence Company
24220 SW Old Highway 99w Shrwd ------- 503 925-1249
**TOWN & COUNTRY FENCE CO**
8810 SE Herbert Ct Clkms -------------- 503 655-2055
**UNITED SITE SERVICES TEMPORARY FENCE**
-------------------------------------------- 800 864-5387
Walter Bros Construction Llc
1179 S Sw Tualatin Rd #8 ---------------- 503 332-5076
Westcoast Fence & Construction LLC
Wlsnvl -------------------------------------- 503 638-8920
West-Meyer Fence 712 N Columbia ----- 503 978-1830
Willamette Fence Co 11304 NE Marx --- 503 285-2761

**ZOCHERT FENCE CO**
**ZOCHERT**
**Fence Company**
*All Types of Fence-*
*Specializing in Chainlink*
Residential & Commercial
Install • Service • Repair
*Serving OR & WA for*
*over 50 years*
www.zochertfence.com
8205 SE Gray St. Portland
CCB#42425     503 774 4311
VISA  MasterCard
*Please See Ad on Previous Page*

## Fence
*See Fence; Also Fence Posts & Fittings*

## Fence Posts & Fittings

D & V Lumber Inc ----------------------- 503 775-1025
Interstate Fence Co
30106 1 Parkrose Stn -------------------- 503 241-4283
**PACIFIC FENCE**
*INDUSTRIAL-RESIDENTIAL*
Pacific Fence & Wire Co 13770 SE Ambler Rd Clkms
--------------------Portland Tel No 503 233-6248
Reliable Fence & Construction Inc
2105 SE 190th Ave --------------------- 503 669-8148
Superior Fence & Construction Inc
Tgrd ---------------------------------------- 503 684-6961

## Fencing-Sport

Fencing Center Salle Trois Armes
8517 N Lombard St ---------------------- 503 285-2962
Northwest Fencing Center
4950 SW Western Ave Bvrtn ------------- 503 277-2237
Studio Of American Fencing
4048 NE 42nd Ave ---------------------- 503 249-2884

## Feng Shui

Feng Shui Northwest Lisa Hersh
5325 NE Flanders St -------------------- 503 238-8681
Shen Men Feng Shui 2826 NE 61st ----- 503 232-2543

## Fertilizers-Dealers

Concentrates Organic Farm supply
2613 SE 8TH -------------------------- 503 234-7501
Custom Farm Services Inc
32801 SE Lusted Rd Grshm ------------- 503 663-0397
Dip-n-Grow Inc
15130 SE 82nd Dr
Clkms --------------- Beaverton Tel No 503 445-0100
Western Farm Service ------------------ 503 640-2371

The One That Gets Used - Dex.

061702   Dex   © 2010





SUPERIOR_FENCE-00000090

Exhibit 17
Page 20 of 20

Tech Support    Fax: +15035759242    To: 5033784381@rcfax.com    Fax: +15033784381    Page: 1 of 3    04/25/2025 3:53 PM

**Trade and Service Marks - Registration**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200

**REGISTRY NUMBER:** *53565*

For office use only

FILED

APR 28 2025

OREGON
SECRETARY OF STATE

**Exhibit**

**16**

For office use only

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request.

Please Type or Print Legibly in **Black** ink. Attach additional Sheets if Necessary.

1) **CORRESPONDENT NAME:**

Kevin M. Hayes, Klarquist Sparkman, LLP

**MAILING ADDRESS:**

121 SW Salmon St., Ste. 1600, Portland, OR 97204

2) **APPLICANT'S NAME:** (Owner: ☐ Individual or ☑ Entity)

Superior Fence and Construction, Inc.

**ADDRESS:**

10001 SE Powell, Portland, OR 97266

3) **IF THE APPLICANT IS AN ENTITY, ENTER THE STATE OF FORMATION:**

Oregon

4) **IF ENTITY IS A PARTNERSHIP, LIST NAMES OF GENERAL PARTNERS:**

5) **DESCRIPTION OF TRADE OR SERVICE MARK:** (Include all words, designs and borders that comprise the mark) **(Attach additional page if needed.)**

design mark (see attached, no color claimed) with words "SUPERIOR FENCE & CONSTRUCTION"

6) **SPECIMEN OF MARK IS REQUIRED:** ☑ Attach a drawing or photocopy of the mark as it is actually used to this application.

7) **GOODS OR SERVICES WITH WHICH THE MARK IS USED:** (Examples of goods are pizzas, shirts; examples of services are serving food and selling clothing.)

Fence installation services; fence construction services; fence repair services; metal fencing materials; nonmetal fencing materials

8) **EXPLAIN MODE OR MANNER IN WHICH THE MARK IS USED:** (Example: on goods, tags, labels, containers, etc.)

On goods, tags, labels, packaging, advertising, marketing, website, company signs, company vehicles

9) **CLASS NUMBER(S) OF GOODS OR SERVICES:** (See form 290-a)

106, 119, 137

10) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED ANYWHERE BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**

At least as early as January 1, 1994

11) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED IN OREGON BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**

At least as early as January 1, 1994

12) **EXECUTION:**

I, the applicant, own the mark, the mark is in use, and no other person has registered the mark with the federal government or in Oregon or has the right to use the mark or a mark that so resembles the mark as to be likely to cause confusion or mistake or deceive when applied to the goods or services of the other person. I declare under penalties of perjury that this application is true, correct and complete.

(If applicant is an entity, a member of a firm, officer of the corporation, officer of the limited liability company, or officer of an association must sign.)

Signature:

Greg Heath    Digitally signed by Greg Heath Date: 2025.04.14 09:50:21 -07'00'

Title:

President

Date:

4/14/25

**CONTACT NAME:** (To resolve questions with this filing.)

Kevin M. Hayes

**PHONE NUMBER:** (Include area code.)

503-595-5300

FE
Requ

Proc



53565

Received Time Apr. 25. 2025 3:55PM No. 6233

SUPERIOR_FENCE-00001417

Exhibit 18
Page 1 of 5

# SUPERIOR
# FENCE & CONSTRUCTION

rom: Tech Support

Fax: +15037559242

To: 5033786520@rcfax.com

Fax: +15033786520

Page: 4 of 5    04/14/2025 2:01 PM

# 53565

SUPERIOR_FENCE-00001418

Exhibit 18
Page 2 of 5



rom: Tech Support

Fax: +15035759242

To: 5033786520@rcfax.com    Fax: +15033786520

Page: 5 of 5    04/14/2025 2:01 PM

# 53565

SUPERIOR_FENCE-00001419

Exhibit 18
Page 3 of 5



rom: Tech Support    Fax: +15035759242    To: 5033786520@rcfax.com    Fax: +15033786520    Page: 3 of 4    04/14/2025 2:59 PM

**Trade and Service Marks - Registration**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200

**FILED**

**APR 28 2025**

**OREGON
SECRETARY OF STATE**



Exhibit

**17**

REGISTRY NUMBER: _53564_
For office use only

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is pu
We must release this information to all parties upon request.
Please Type or Print Legibly in **Black** ink. Attach additional Sheets if Necessary.

1) **CORRESPONDENT NAME:**
Kevin M. Hayes, Klarquist Sparkman, LLP

**MAILING ADDRESS:**
121 SW Salmon St., Ste. 1600, Portland, OR 97204

2) **APPLICANT'S NAME:** (Owner: ☐ Individual or ☑ Entity)
Superior Fence and Construction, Inc.

**ADDRESS:**
10001 SE Powell, Portland, OR 97266

3) **IF THE APPLICANT IS AN ENTITY, ENTER THE STATE OF FORMATION:**
Oregon

4) **IF ENTITY IS A PARTNERSHIP, LIST NAMES OF GENERAL PARTNERS:**



5) **DESCRIPTION OF TRADE OR SERVICE MARK:** (Include all words, designs and borders that comprise the mark) (Attach additional page if needed.)
the words "SUPERIOR FENCE & CONSTRUCTION"

6) **SPECIMEN OF MARK IS REQUIRED:** ☑ Attach a drawing or photocopy of the mark as it is actually used to this application.

7) **GOODS OR SERVICES WITH WHICH THE MARK IS USED:** (Examples of goods are pizzas, shirts; examples of services are serving food and selling clothing.)
Fence installation services; fence construction services; fence repair services; metal fencing materials; nonmetal fencing materials

8) **EXPLAIN MODE OR MANNER IN WHICH THE MARK IS USED:** (Example: on goods, tags, labels, containers, etc.)
On goods, tags, labels, packaging, advertising, marketing, website, company signs, company vehicles

9) **CLASS NUMBER(S) OF GOODS OR SERVICES:** (See form 290-a)
106, 119, 137

10) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED ANYWHERE BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**
At least as early as November 20, 1990

11) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED IN OREGON BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**
At least as early as November 20, 1990

12) **EXECUTION:**
I, the applicant, own the mark, the mark is in use, and no other person has registered the mark with the federal government or in Oregon or has the right to use the mark or a mark that so resembles the mark as to be likely to cause confusion or mistake or deceive when applied to the goods or services of the other person. I declare under penalties of perjury that this application is true, correct and complete.

(If applicant is an entity, a member of a firm, officer of the corporation, officer of the limited liability company, or officer of an association must sign.)

Signature:
Greg Heath    Digitally signed by Greg Heath
Date: 2025.04.14 09:50:21 -07'00'

Title:
President

Date:
4/14/25

**CONTACT NAME:** (To resolve questions with this filing.)
Kevin M. Hayes

**PHONE NUMBER:** (Include area code.)
503-595-5300

53564

Received Time Apr. 25. 2025 3:40PM No. 6231

SUPERIOR_FENCE-00001420

Exhibit 18
Page 4 of 5



Exhibit 18
Page 5 of 5

# Williams Declaration Ex. 19
# (Filed Under Seal)



| | |
|---|---|
| Document title: | Superior Fence & Rail \| Superior Fence & Construction \| Portland |
| Capture URL: | https://www.superiorfence.com/superior-fence-and-rail/ |
| Page loaded at (UTC): | Mon, 22 Sep 2025 21:23:15 GMT |
| Capture timestamp (UTC): | Mon, 22 Sep 2025 21:24:16 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | pFbYphSaDNpoxzRrZAMvX9 |
| Display Name: | hayley.hoff |

PDF REFERENCE #:    npyyHiWxsGbPeWBfXk7Zmv

Exhibits#:

Resk 18
3/13/2026

exhibitsticker.com

MCGRAW_00000805
Exhibit 20
Page 1 of 4

503.760.7725   **Request A Quote**

 

Home   About Us   Chain Link   Wood   Industrial   Services   Materials   Contact Us   Now Hiring   Blog

## Safety Rail Installation by Superior Fence, Portland, Oregon

At Superior Fence, our commitment to safety is unwavering. We specialize in the installation and repair of safety rails for any staircase or pathway, irrespective of its complexity. Our team of skilled professionals is adept at handling various materials and designs, ensuring that each installation is not only safe but also complements the architectural style of your property. Whether it's a sleek, modern design for a contemporary home or a more traditional look for a classic business facade, we have the expertise to deliver results that exceed expectations.

**Tailored Solutions for Every Need**

**Durability and Quality Assurance**

**Compliance with Safety Regulations**

Document title: Superior Fence &amp; Rail | Superior Fence &amp; Construction | Portland
Capture URL: https://www.superiorfence.com/superior-fence-and-rail/
Capture timestamp (UTC): Mon, 22 Sep 2025 21:24:16 GMT

Page 1 of 3
MCGRAW_00000806
Exhibit 20
Page 2 of 4

503.760.7725     **Request A Quote**

 

Home     About Us     Chain Link     Wood     Industrial     Services     Materials     Contact Us     Now Hiring     Blog

### Tailored Solutions for Every Need

Understanding that each property in Portland is unique, we offer tailored safety rail solutions. Our process begins with an in-depth consultation to understand your specific needs and preferences. We then conduct a thorough assessment of the site to ensure that our installation aligns perfectly with the structural requirements and aesthetic desires. This bespoke approach ensures that every safety rail installation is a perfect fit for your home, business, or housing development.

### Durability and Quality Assurance

Durability is at the heart of what we do at Superior Fence. We source high-quality materials that withstand the test of time and the challenging weather conditions of Portland. Our safety rails are designed to be low-maintenance yet highly durable, ensuring long-term safety without the constant need for repairs. Furthermore, each installation is carried out with meticulous attention to detail, adhering to the highest standards of quality and safety.

### Compliance with Safety Regulations

Adhering to local and national safety regulations is non-negotiable for us. Superior Fence ensures that every safety rail installation complies with the latest safety codes and standards. This commitment to regulatory compliance not only guarantees the safety of our installations but also provides peace of mind to our clients, knowing that their safety solutions are legally sound.

## Request A Quote

**Contact Us**

Document title: Superior Fence &amp; Rail | Superior Fence &amp; Construction | Portland
Capture URL: https://www.superiorfence.com/superior-fence-and-rail/
Capture timestamp (UTC): Mon, 22 Sep 2025 21:24:16 GMT

Page 2 of 3

MCGRAW_00000807
Exhibit 20
Page 3 of 4



503.760.7725    Request A Quote

**SUPERIOR** FENCE & CONSTRUCTION     AFA American Fence Association     Home   About Us   Chain Link   Wood   Industrial   Services   Materials   Contact Us   Now Hiring   Blog

## Rental Fencing Gallery

    



**Members of**
AFA American Fence Association

**Licensing**

CCB# 70422

SUPERFC081DC

Serving the Portland Metro and the Tri State Area

**Site Map**

Vinyl Fences          Dog Kennels
Chain Link Fences     Industrial
Rental Fence          Ornamental Steel &
Wood Fences           Aluminum Fencing
Installation          Farm Fencing
Service               Precast Concrete
About Us              Fences
Home                  Fence Materials

**Contact**

Superior Fence & Construction

10001 S.E. Powell Blvd.
Portland, OR 97266

503.760.7725

Powered By:
@LARGE

Document title: Superior Fence &amp; Rail | Superior Fence &amp; Construction | Portland
Capture URL: https://www.superiorfence.com/superior-fence-and-rail/
Capture timestamp (UTC): Mon, 22 Sep 2025 21:24:16 GMT

Page 3 of 3
MCGRAW_00000808
Exhibit 20
Page 4 of 4

# Williams Declaration Ex. 21
# (Filed Under Seal)

REDACTED



**From:** greg superiorfence.com <greg@superiorfence.com>
**Sent:** Monday, March 9, 2026 6:28 AM
**To:** karen superiorfence.com <karen@superiorfence.com>
**Subject:** FW: New submission from Contact Superior Fence With Our Online Form

Thank You

Greg Heath

SUPER1OR
FENCE & CONSTRUCTION

**503-760-7725**

**503-762-1127 FAX**

**We Rent Temporary Fence**



Exhibits#:

**Heath 30**

3/18/2026

SUPERIOR_FENCE-00011664

Exhibit 22
Page 1 of 2

From: sales superiorfence.com <sales@superiorfence.com>
Sent: Sunday, March 8, 2026 2:39 PM
To: greg superiorfence.com <greg@superiorfence.com>; sales superiorfence.com <sales@superiorfence.com>; Nick Heath <nick@superiorfence.com>; matt@portlandatlarge.com; davey@portlandatlarge.com
Subject: New submission from Contact Superior Fence With Our Online Form

### Name

Emma Brennan

### Email

emmasbrennan@mail.com

### Phone

(503) 550-4988

### Your Fence Estimate

### How did your hear about Superior Fence and Construction?

Other

### Other

Home and Garden Show

### Mailing Address

14667 S Forsythe Rd
Oregon City, Oregon 97045
United States
Map It

### Job Site Address (if different than the billing address)

14783 S Forsythe Rd
Oregon City, Oregon 97045
United States
Map It

### Type of Fence

White vinyl 3 rail fence

03/08/2026

SUPERIOR_FENCE-00011665

Exhibit 22
Page 2 of 2



| | |
|---|---|
| Document title: | superior fence and rail of portland - Google Search |
| Capture URL: | https://www.google.com/search?q=superior+fence+and+rail+of+portland&sca_esv=ae1e161c6b0f2947&source=hp&ei=Y-N7ad6Zl6au5NoPjrCRoQs&iflsig=AFdpzrgAAAAAaXvxc06yAvryQOh0FC-OqkKA1-FgQjeJ&ved=0ahUKEwie17iT6rGSAxUmF1kFHQ5YJLQQ4dUDCBY&uact=5&oq=superior+fence+and+rail+of+portland&gs_lp=Egdnd3Mtd2l6IiNzdXBlcmlvciBmZW5jZSBhbmQgcmFpbCBvZiBwb3J0bGFuZDIGEAAYFhgeMgYQABgWGB4yCxAAGIAEGIYDGIoFMggQABiABBiiBDIIEAAYgAQYogQyCBAAGIAEGKIEMgUQABjvBUj5IFAAWJlgcAJ4AJABAJgBgQGgAYwVqgEEMjkuOLgBA8gBAPgBAZgCJ6AC-RbCAgsQABiABAiBixAxiDAcICDhAAGIAEGLEDGIMBGIoFwgIREC4YgAQYsQMY0QMYgwEYxwHCAgUQLhiABMICCxAuGIAEGNEDGMcBwgIOEC4YgAQYsQMY0QMYxwHCAggQABiABBixA8ICCxAuGIAEGLEDGIMBBwgIFEAAYgATCAhAQABiABBixAxiDARiKBRgKwgIIEC4YgAQYsQPCAg4QABiABBixAxiDARjJA8ICCxAAGIAEGJlDGIoFwgILEC4YgAQYxwEYrwHCAgcQABiABBgNwgINEC4YgAQYxwEYDRivAclCChAAGIAEGâ€¦ |
| Page loaded at (UTC): | Thu, 29 Jan 2026 22:47:08 GMT |
| Capture timestamp (UTC): | Thu, 29 Jan 2026 22:48:07 GMT |
| Capture tool: | 10.77.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 9k5Jts2x6VvXHk4SoGJCGW |

**Exhibits#:**

**Resk 03**

3/13/2026

Exhibit 23
Page 1 of 4



Document title: superior fence and rail of portland - Google Search
Capture URL: https://www.google.com/search?q=superior+fence+and+rail+of+portland&amp;sca_esv=ae1e161c6b0f2947&amp;source=hp&amp;ei=Y-...
Capture timestamp (UTC): Thu, 29 Jan 2026 22:48:07 GMT

Page 1 of 3

Exhibit 23
Page 2 of 4



Document title: superior fence and rail of portland - Google Search
Capture URL: https://www.google.com/search?q=superior+fence+and+rail+of+portland&amp;sca_esv=ae1e161c6b0f2947&amp;source=hp&amp;ei=Y-...
Capture timestamp (UTC): Thu, 29 Jan 2026 22:48:07 GMT

Page 2 of 3

Exhibit 23
Page 3 of 4



Document title: superior fence and rail of portland - Google Search
Capture URL: https://www.google.com/search?q=superior+fence+and+rail+of+portland&amp;sca_esv=ae1e161c6b0f2947&amp;source=hp&amp;ei=Y-...
Capture timestamp (UTC): Thu, 29 Jan 2026 22:48:07 GMT

Page 3 of 3

Exhibit 23
Page 4 of 4

# Williams Declaration Ex. 24
# (Filed Under Seal)

# Williams Declaration Ex. 25
# (Filed Under Seal)