ELLIOTT J. WILLIAMS, Oregon Bar No. 144835
elliott.williams@stoel.com
BRIAN D. BOLLT, Oregon Bar No. 223576
brian.bollt@stoel.com
AUSTIN L. ZUCK, Bar No. 257130
austin.zuck@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Lynx Franchising Intellectual
Property, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LYNX FRANCHISING INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR FENCE AND CONSTRUCTION, INC., an Oregon corporation,<br><br>        Defendant. | Case No.:  3:25-cv-00150-MC<br><br>**DECLARATION OF SANJAY MALHOTRA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

153136111.2 0084049-00001

I, Sanjay Malhotra, hereby declare as follows:

1.      I am general counsel and corporate secretary for Plaintiff Lynx Franchising Intellectual Property, LLC ("Lynx"), and am competent to testify to all matters contained herein.

2.      On or about October 8, 2024, I received an email forwarded from Brent McGraw enclosing a summons and complaint by Superior Fence and Construction that was served on McGraw Enterprises, LLC dba Superior Fence & Rail of Portland Metro (the "State Case"). I glanced at the caption on the summons and complaint and forwarded the materials to Shawn Martin, who at the time was in house counsel in my office, to handle the matter.

3.      On or about October 10, 2024, and in connection with the departure of Julie McClellan, an attorney who had previously handled certain trademark matters for Lynx, it was discovered that certain email and communications between Lynx and McHale Slavin, the law firm that handles Lynx's trademark filings, were not reaching Lynx's employees' inboxes.  After the email issue was identified and resolved, I thereafter received various trademark filings that needed to be executed and returned to McHale Slavin.  In connection with this, on or about October 14, 2024, I received an email from McHale Slavin requesting my signature for a trademark filing relating to Lynx's trademark registration for SUPERIOR FENCE & RAIL INC.  Enclosed as Exhibit A is a true copy of a privilege log that includes information concerning email correspondence with McHale Slavin in October 2024, as produced in this case and used as Exhibit 7 to my deposition.

4.      I read and signed the declaration of incontestability for Lynx's trademark registration for SUPERIOR FENCE & RAIL INC. on October 14, 2024.  I believed the representations made in the declaration to be true at the time that I signed it.

Page 1 – DECLARATION OF SANJAY MALHOTRA

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DATED this 3rd day of June, 2026, at  Glen Allen  , Virginia.

/s/ *Sanjay B. Malhotra*
Sanjay Malhotra

Page 2 – DECLARATION OF SANJAY MALHOTRA
153136111.2 0084049-00001