# EXHIBIT A

## TO MALHOTRA DECLARATION

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_001 | REV00018501 | 10/2/2024 20:33 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5726U.000019 EMPOWER BRANDS Serial Number 98782585: USPTO Received Your Trademark/Service Mark Application, Principal Register | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_002 | REV00018479 | 10/4/2024 20:38 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | RE: [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal. The renewal needs to be filed prior to October 7, 2024 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_003 | REV00018480 | 10/4/2024 20:38 | | | | 5952U.000007 CONSERVA IRRIGATION 8 and 9 Declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_004 | REV00018506 | 10/7/2024 17:52 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000004 ARCHADECK is due for its required USPTO 10-year renewal. The deadline for filing is due prior to April 2, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_005 | REV00018507 | 10/7/2024 17:52 | | | | 5952U.000004 ARCHADECK 8 and 9 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_006 | REV00018502 | 10/7/2024 19:36 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5726U.020 - TM - JUNK JUNK BABY | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_007 | REV00018503 | 10/7/2024 19:36 | | | | JUNK JUNK BABY Notice of Acceptance.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_008 | REV00018490 | 10/8/2024 15:15 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Shawn Martin <shawn.martin@empowerfranchising.com> | | FW: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_009 | REV00018491 | 10/8/2024 15:15 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_010 | REV00018488 | 10/8/2024 17:53 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_011 | REV00018489 | 10/8/2024 17:53 | | | | 2024-10-08 10-23 summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_012 | REV00018499 | 10/8/2024 22:14 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Julie McClellan <julie.mcclellan@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 4201U.000018 JAN JPS PRO logo is due for its required USPTO 6 year renewal. The renewal must be filed prior to December 11, 2024 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_013 | REV00018500 | 10/8/2024 22:14 | | | | 4201U.000018 JAN JPS PRO 8 and 15 declaration .docx | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_014 | REV00018486 | 10/10/2024 17:27 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com>; Chris Johnson <chris@superiorfenceandrail.com> | | Fwd: [External] Name use dispute | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_015 | REV00018487 | 10/10/2024 17:27 | | | | SFR notice.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_016 | REV00018472 | 10/10/2024 18:10 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | Emails from the firm and Empower matters | Email | Privileged - Withhold Entirely | Attorney Client |

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_017 | REV00018496 | 10/11/2024 12:05 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_018 | REV00018509 | 10/11/2024 16:03 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_019 | REV00018510 | 10/11/2024 16:03 | | | | 5952U.000007 CONSERVA IRRIGATION 8 and 9 Declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_020 | REV00018504 | 10/11/2024 21:24 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.0000017 ARCHADECK OUTDOOR LIVING Logo Re-file in Black and White | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_021 | REV00018505 | 10/11/2024 21:24 | | | | 5952u.017 ArchadeckAU TM Application.docx | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_022 | REV00018512 | 10/14/2024 20:40 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com>; MariJo Reep <mreep@mchaleslavin.com> | [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Section 15 Declaration for Incontestability for signature | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_023 | REV00018513 | 10/14/2024 20:40 | | | | 5952U.000010 SUPERIOR FENCE & RAIL, INC. section 15 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_024 | REV00018481 | 10/14/2024 21:22 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com>; MariJo Reep <mreep@mchaleslavin.com> | RE: [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Section 15 Declaration for Incontestability for signature | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_025 | REV00018482 | 10/14/2024 21:22 | | | | 20241014172327429 Declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_026 | REV00018477 | 10/14/2024 21:35 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | RE: [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_027 | REV00018478 | 10/14/2024 21:35 | | | | 20241014172301145 declaration.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_028 | REV00018511 | 10/14/2024 22:13 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000010 SUPERIOR FENCE & RAIL, INC. Registration Number 3873318: Received Your Declaration of Incontestability of a Mark under Section 15 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_029 | REV00018508 | 10/15/2024 14:16 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Legal Invoices (shared MB) <legalinvoices@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 5952U.000007 CONSERVA IRRIGATION Registration Number 4616372:USPTO Received Your Combined Declaration of Use and Renewal under Sections 8 & 9 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_030 | REV00018514 | 10/16/2024 22:26 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_031 | REV00018473 | 10/17/2024 20:52 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | FW: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_032 | REV00018474 | 10/17/2024 20:52 | | | | 7677.001 - Response ltr with Attachments 9-3-2024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_033 | REV00018475 | 10/17/2024 20:52 | | | | ADL Ltr to Rouse 07242024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_034 | REV00018476 | 10/17/2024 20:52 | | | | ADL Ltr to Rouse 10182024 v2.docx | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_035 | REV00018484 | 10/21/2024 20:15 | Andrew Lockton <alockton@mchaleslavin.com> | Ben Benson <bbenson@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | RE: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_036 | REV00018485 | 10/21/2024 20:15 | | | | ADL Ltr to Rouse 10212024.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_037 | REV00018483 | 10/21/2024 21:47 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | RE: [External] Routine Trademark Matters | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_038 | REV00018492 | 10/22/2024 15:00 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Ben Benson <bbenson@empowerfranchising.com> | | FW: [External] Superior Fence action [SR-ACTIVE.FID5963889] | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_039 | REV00018493 | 10/22/2024 15:00 | | | | 2023_Superior_Fence_Franchise_Agreement_(50 303768.2)_-_McGraw_&_Bloemer_-_1.docx.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_040 | REV00018494 | 10/22/2024 15:00 | | | | SFR notice.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_041 | REV00018495 | 10/22/2024 15:00 | | | | 2024-10-08 10-23 Summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_042 | REV00018497 | 10/28/2024 15:17 | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | Fiona Sparacio <fiona.sparacio@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com> | [External] 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP is due for its required USPTO 10 year. The filing deadline is due prior to December 2, 2024. | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_043 | REV00018498 | 10/28/2024 15:17 | | | | 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP 8 and 9 declaration .pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_044 | REV00018465 | | | | | Draft 4201U.000017 JAN-PRO YOUR FAMILY FIRST SCHOLARSHIP 8 and 9 declaration .pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_045 | REV00018466 | | | | | Draft 4201U.000018 JAN JPS PRO 8 and 15 declaration .docx | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_046 | REV00018467 | | | | | Draft 5952U.000004 ARCHADECK 8 and 9 declaration.pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_047 | REV00018468 | | | | | Draft 5952U.000007 CONSERVA IRRIGATION 8 and 9 Dec .pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_048 | REV00018469 | | | | | Draft 5952U.000010 SUPERIOR FENCE & RAIL, INC. section 15 declaration.pdf | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_049 | REV00018470 | | | | | Draft 5952u.017 ArchadeckAU TM Application.docx | Electronic File | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_050 | | 10/11/2024 11:25 | Sanjay Malhotra <sanjay@empowerfranchising.com> | U.S. TRADEMARKS <ustrademarks@mchaleslavin.com>; Fiona Sparacio <fiona.sparacio@empowerfranchising.com> | | [External] 5952U.000007 CONSERVA IRRIGATION is due for its required USPTO 10 year renewal in grace period. The renewal needs to be filed prior to April 7, 2025 | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_051 | | 10/21/2024 13:47 | Sanjay Malhotra <sanjay@empowerfranchising.com> | Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | | RE: [External] Routine Trademark Matters | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_052 | | 10/17/2024 14:03 | Andrew Lockton <alockton@mchaleslavin.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Julie McClellan <julie.mcclellan@empowerfranchising.com> | Litigation <litigation@mchaleslavin.com>; Carl Spagnuolo <cspagnuolo@mchaleslavin.com> | RE: [External] Superior Fence & Rail Draft Response Letter | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_053 | | 10/8/2024 7:52 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Sanjay Malhotra <sanjay@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_054 | | 10/8/2024 7:52 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_055 | | 10/8/2024 6:19 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_056 | | 10/8/2024 6:19 | | | | summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |

Lynx Franchising Intellectual Property, LLC v. Superior Fence and Construction, Inc.
Case No. 3:25-cv-00150-MC

January 14, 2026 Lynx Privilege Log

| PRIV_ID | DOCID_BEG | Sort Date | Email - From | Email - To | Email - CC | Combined Title | Document Class | Privilege/Redaction Status | Privilege/Redaction Reasons |
|---|---|---|---|---|---|---|---|---|---|
| PRIV_057 | | 10/8/2024 10:53 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | | Fwd: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client/Work Product |
| PRIV_058 | | 10/8/2024 10:53 | | | | 2024-10-08 10-23 summons.pdf | Attachment | Privileged - Withhold Entirely | Attorney Client |
| PRIV_059 | | 10/17/2024 14:09 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |
| PRIV_060 | | 10/8/2024 8:33 | Zach Peyton <zach.peyton@fencingjacksonville.com> | Sanjay Malhotra <sanjay@empowerfranchising.com> | Thomas L. Welter <twelter@empowerfranchising.com>; Scott Zide <szide@empowerfranchising.com>; Shawn Martin <shawn.martin@empowerfranchising.com> | Re: [External] Summons | Email | Privileged - Withhold Entirely | Attorney Client |